Case: **2:24−cv−02385**
Assigned To : **Parker, Thomas L.**
Referral Judge: **Christoff, Annie T.**
Assign. Date : **6/7/2024**
Description: **Grose v. Lincoln National Life Insurance Company**