**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**AT MEMPHIS**

| | |
|---|---|
| **HERBERT GROSE,** | **CIVIL ACTION NO. 2:24-CV-2385-TLP-atc** |
| **Plaintiff,** | |
| **V.** | **JUDGE THOMAS L. PARKER** |
| **THE LINCOLN NATIONAL INSURANCE COMPANY** | **MAGISTRATE JUDGE ANNIE T. CHRISTOFF** |
| **Defendant.** | |

**UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant, The Lincoln National Insurance Company ("Lincoln"), by and through its undersigned counsel of record, files this Unopposed Motion to Extend Deadline to Respond to Plaintiff's Complaint and would show unto the Court as follows:

1. Plaintiff's Complaint (the "Complaint") was filed on June 7, 2024 (Doc 1), and Lincoln was served through delivery of the summons to the Tennessee Department of Commerce and Insurance on June 14, 2024. Accordingly, Lincoln must answer or otherwise respond by July 5, 2024.

2. Lincoln requests an extension to respond to or answer the Complaint in order to allow it time to obtain the necessary documents to appropriately respond to the Complaint. As such, Lincoln requests that the Court enter an order that Lincoln have until and including July 19, 2024, to answer or otherwise respond to the Complaint. Plaintiff is not opposed to this Motion.

3. This Unopposed Motion to Extend Deadline to Respond to Plaintiff's Complaint is not filed for purpose of delay, but only so that justice may be done.

4. There have been no previous extensions of time to plead in this matter.

WHEREFORE, PREMISES CONSIDERED, the Lincoln respectfully request this Honorable Court to grant this Unopposed Motion to Extend Deadline for Defendant to Respond to Plaintiff's Complaint and allow Lincoln until and including July 19, 2024, to answer or otherwise respond to Plaintiff's Complaint.

Respectfully submitted this 2nd day of July 2024.

*_/s/ Iwana Rademaekers_*
Iwana Rademaekers (Texas State Bar No. 16452560)
iwana@rademaekerslaw.com
**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456

**COUNSEL FOR DEFENDANT**

## CERTIFICATE OF CONSULATION

I certify that the office of the undersigned conferred with Plaintiff's counsel, John E. Dunlap, with regard to the relief requested in this Motion, and Mr. Dunlap has stated that Plaintiff is not opposed to the relief requested herein.

| | |
|---|---|
| July 2, 2024 | /s/ Iwana Rademaekers |
| Date | Iwana Rademaekers |

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2024, the above and foregoing Pleading was filed with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the parties.

*/s/ Iwana Rademaekers*
Iwana Rademaekers