**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**AT MEMPHIS**

| | |
|---|---|
| **HERBERT GROSE,**<br><br>**Plaintiff,** | **CIVIL ACTION NO.**<br>**2:24-CV-2385-TLP-atc** |
| **V.** | **JUDGE THOMAS L. PARKER** |
| **THE LINCOLN NATIONAL INSURANCE COMPANY**<br><br>**Defendant.** | **MAGISTRATE JUDGE ANNIE T. CHRISTOFF** |

## ORDER

On this day, came on to be considered the Unopposed Motion to Extend Deadline to Respond to Plaintiff's Complaint. Upon reviewing the Motion, the Court finds that it has merit and should be and hereby is granted.

IT IS ORDERED that Defendant The Lincoln National Insurance Company shall have until and including July 19, 2024, to answer or otherwise respond to Plaintiff's Complaint.

**SIGNED** this ______ day of July 2024.

______________________________
UNITED STATES DISTRICT JUDGE