TN Department of Commerce & Insurance

RECEIVED

JUL 1 2024

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

June 17, 2024

Lincoln National Life Ins. Co.
2908 Poston Avenue C/O C S C
Nashville, TN 37203
NAIC # 65676

Certified Mail
Return Receipt Requested
7020 1290 0001 6214 8337
Cashier # 242489

Re: Herbert Grose V. Lincoln National Life Ins. Co.

Docket # 224Cv2385

To Whom It May Concern

Pursuant to Tennessee Code Annotated §56-2-504 or § 56-2-506, the Department of Commerce and Insurance was served June 14, 2024, on your behalf in connection with the above-styled proceeding. Documentation relating to the subject is herein enclosed.

Designated Agent
Service of Process

Enclosures

cc: Federal District Court Clerk
167 North Main Street
Memphis, Tn 38103

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Tennessee

| | |
|---|---|
| Herbert Grose<br><br>*Plaintiff(s)*<br>v.<br><br>The Lincoln National Life Insurance Co.<br>(NAIC CoCode: 65676)<br><br>*Defendant(s)* | Civil Action No. 2:24-cv-2385-TLP-atc |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Commissioner of the Tennessee Department of Commerce and Insurance
Davy Crockett Tower, 10th Floor
500 James Robertson Pkwy.
Nashville, TN 37243

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: John E. Dunlap
3340 Poplar Ave Ste. 321
Memphis, TN 38111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 6/7/2024

s/ Melinda Terrell
*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT * WESTERN DISTRICT OF TENNESSEE *

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-2385-TLP-atc

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

☐ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

☐ I returned the summons unexecuted because ______________________ ; or

☐ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information

Date: __________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

Print | Save As... | Reset