TN Department of
**Commerce & Insurance**
Service of Process
500 James Robertson Parkway
Nashville, TN 37243

FIRST CLASS

US POSTAGE PITNEY BOWES
ZIP 37243 $ 000.64[0]
02 4W
0000390138 JUN 24 2024

RECEIVED

JUL 1 2024

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

Federal District Court Clerk
167 North Main Street
Memphis, TN 38103

3810331815 C015