**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

| | | |
|---|---|---|
| HERBERT M. GROSE,<br><br>Plaintiff,<br><br>v.<br><br>LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 2:24-cv-02385-TLP-atc |

---

## ADMINISTRATIVE TRACK SCHEDULING ORDER

---

Pursuant to Local Rule 16.2, a Scheduling Conference was held by Microsoft Teams on August 28, 2024. Present were John Dunlap, counsel for Plaintiff, and Iwana Rademaekers, counsel for Defendant. At the Conference, the following dates were established as the final deadlines for:

**FILING OF THE ADMINISTRATIVE RECORD:** September 12, 2024

**FILING OF MOTIONS OR BRIEFS:**

| | |
|---|---|
| Cross Motions for Judgment: | March 12, 2025 (up to 25 pages) |
| Responses: | April 9, 2025 (up to 15 pages) |
| Replies: | April 23, 2025 (up to 5 pages) |

***This order has been entered after consultation with the parties. Absent good cause shown, the deadlines set by this order will not be modified or extended.***

**SO ORDERED**, this 28th day of August, 2024.

s/ Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE