**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**AT MEMPHIS**

| | |
|---|---|
| **HERBERT GROSE,** | **CIVIL ACTION NO. 2:24-CV-2385-TLP-atc** |
| **Plaintiff,** | |
| **V.** | **JUDGE THOMAS L. PARKER** |
| **THE LINCOLN NATIONAL INSURANCE COMPANY** | **MAGISTRATE JUDGE ANNIE T. CHRISTOFF** |
| **Defendant.** | |

**DEFENDANT'S SUBMISSION OF ADMINISTRATIVE RECORD**

Defendant, The Lincoln National Life Insurance Company, files Defendant's Submission of Administrative Record pursuant to the Scheduling Order entered by the Court on August 28, 2024 (Document 15).

1. Group Disability Income Policy (Lincoln/Grose 001-045);
2. August 16, 2023, correspondence containing decision on appeal (Lincoln/Grose 054-057);
3. The Administrative Record (Lincoln/Grose 046-053, 058-235).

Dated this 12th day of September 2024.

Respectfully submitted,

By: /s/ Iwana Rademaekers
Iwana Rademaekers (Texas Bar # 16452560)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing pleading was served upon all known counsel of record via the Court's ECF Mail System and that an unredacted version of the exhibits was served via electronic mail upon the following:

John E. Dunlap, Esq.
Email: jdunlap00@gmail.com

September 12, 2024
Date

/s/ Iwana Rademaekers
Iwana Rademaekers