**From:** Newman, Mary Jane
**To:** jdunlap00@gmail.com
**Subject:** (secure) email from Lincoln Financial Group re 187027
**Date:** Wednesday, August 16, 2023 7:07:32 PM
**Attachments:** image001.png
image002.png
image003.png
image004.png
image005.png
image006.png
H GROSE CI 2ND APPEAL UPH LETTER.pdf

---

**Mary Jane Newman**
**DIA, DHP, DBA, HCAFA**
**Claim Resolution Consultant**
**Claim Resolution Services**
**Lincoln Financial Group**
**8801 Indian Hills Drive**
**Omaha NE 68114**

800-423-2765 Toll Free
402-361-1460 Fax

**LincolnFinancial.com**

**Follow us on:**

EXHIBIT
2

Lincoln
Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

August 16, 2023

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

LAW OFFICE OF JOHN DUNLAP
3340 POPLAR AVENUE
SUITE 320
MEMPHIS TN 38111

Re: Claimant Name: Herbert Grose
Group Policy Number: 00040500411700000
Claim: 00187027

Dear Mr. Dunlap:

We have completed our review of your client's Critical Illness (CI) appeal. Based on the information provided, we have determined that we are unable to approve benefits. In our appeal review process, all information previously submitted as well as any new documentation was used to make a determination.

To be eligible for benefits under the policy issued to your employer, an individual must satisfy all of the provisions of the policy. This includes, but is not limited to, the following:

**This is a limited benefit policy. It provides Critical Illness insurance coverage. There is no coverage for hospital, medical-surgical or major medical expenses.**

**DEFINITIONS**

**GENERAL CRITICAL ILLNESS BENEFITS.** The Company will pay a Critical Illness Benefit if an Insured Person or Insured Dependent sustains an Event/Illness shown in the Schedule of Benefits while covered under this Policy.

**EVENT/ILLNESS** means a Critical Illness event or illness:
(1) shown in the Schedule of Benefits; and
(2) for which the Insured Person or Insured Dependent is covered under this Policy.

**HEART ATTACK (MYOCARDIAL INFARCTION)** means death of a portion of heart muscle due to inadequate circulation in coronary arteries. If no death of heart muscle occurs, this is not considered a heart attack. Diagnosis is made by a board-certified or board-eligible cardiologist and based on findings from an electrocardiogram (EKG) and elevation of cardiac enzymes associated with heart attack.

**Event/Illness**

• Wellness
• Heart
• Cancer

- Organ
- Quality of Life
- Accident

**Heart Category**

**Event/Illness**

- Aneurysm due to Arteriosclerosis
- Arteriosclerosis
- Heart Attack
- Placement on United Network for Organ Sharing (UNOS) List for Heart Transplant
- Stroke

**Summary of Initial Claim Filing**

Our records indicate that we received your client's CI claim that was applying for the Heart benefit for cardiomyopathy. Benefits were denied as cardiomyopathy is not a listed Event/Illness under the CI policy. For complete details please refer to our letter dated June 2, 2021.

**Summary of First Level Appeal**

On July 19, 2021, your client filed an appeal in response to our determination to deny benefits. Benefits were not considered, and the appeal was upheld as his diagnosis of cardiomyopathy is not listed as an Event/Illness under the CI policy. For more details, please see our letter dated September 13, 2021.

**Summary of Second Level of Appeal and Decision**

On January 10, 2023, your client filed their second and final appeal in response to our determination to uphold our previous decision to deny benefits.

We provided your client multiple extensions of time to submit medical records to support his appeal. As of this date, we have not received medical records/information from your client.

In order to determine if the medical records/information supported that this claim met the policy definition of a heart attack, we referred your client's claim file for a review by a licensed health care consultant. The review found that the medical records/information in the claim file do not support that this claim met the above policy definition of a heart attack. The review found that the medical records documented a history of non-ischemic dilated cardiomyopathy status post biventricular pacemaker October 2019. The medical evidence does not support your client having a heart attack (myocardial infarction) as defined in the policy. The records did not report the death of heart muscle, elevation of cardiac enzymes, and that he was diagnosed with a heart attack by a board certified or board eligible cardiologist.

Our review of the Policy provisions and the claim file has found that your client's claim is not eligible for benefits as his diagnosis of cardiomyopathy is not listed as an Event/Illness under

the CI policy and the medical records/information do not support he had a heart attack, as defined by the policy. Therefore, we are upholding the denial of benefits.

The appeal was upheld as the medical records did not support this claim met the policy definition of a heart attack. For complete details, please see our letter dated September 16, 2022

In summary, we find that the medical documentation does not support that this claim is covered under this CI policy.

You have exhausted all rights of appeal, and your administrative file is now closed. You have the right to pursue litigation and you may request copies of the pertinent documents.

If your plan is subject to ERISA, you and your plan may have other voluntary alternative dispute resolution options, such as mediation. One way to find out what may be available is to contact your local U.S. Department of Labor Office and your State insurance regulatory agency.

Please contact our office with any questions you may have 800-423-2765 x7634 or via email at LFGappeals@lfg.com.

Sincerely,

Mary Newman
Claim Resolution Consultant
Claim Resolution Services
The Lincoln National Life Insurance Company