(A) TAGTMI - PASSPORT Tuesday, July 2, 2024, 14:52:17 PM

```
                                                       C091 07022024 14:50:13CT
 MENU 21              LFG VOLUNTARY INITIATIVE-P-4F                      LSN443
    REQUIREMENT                NOTE RECORD          ADDED BY MNEW ON 08/16/2023
 KEY LN521950   RECORD P POLICY              LAST MODIFIED BY      ON
 ACTION L TYPE 002                                FOLLOWUP TO      ON
 OWNER GROSE! HERBERT                    RECEIVED 03/09/2023 COMPLETE

3/9/23 - 2nd Appeal 187027- Sent attorney ack letter providing 30 days(4/10/22)
         to submit medical records for review. TOLLING 60 DAYS. MJNEWMAN
7/27/23- Sent for medical review. MJNEWMAN
8/16/23- 2ND LEVEL APPEAL 187027 UPHOLD: UPHOLDING DENIAL OF BENEFITS AS THE
         MEDICAL RECORDS DO NOT SUPPORT CLAIM MET POLICY DEFINITION OF A HEART
         ATTACK. SENT ATTORNEY UPH LETTER. MJNEWMAN

                                              WARNING - DESC REC NOT FOUND
 PF2 BACKWARD 3 FORWARD 4 COMPLETE 8 EXIT 10/11 HELP
```

EXHIBIT

3

```
(A) TAGTMI - PASSPORT                              Tuesday, July 2, 2024, 14:52:18 PM

                                                       C091 07022024 14:50:36CT
 MENU 21               LFG VOLUNTARY INITIATIVE-P-4F                           LSN443
    REQUIREMENT                 NOTE RECORD         ADDED BY MNEW ON 02/27/2023
 KEY LN521950   RECORD P POLICY              LAST MODIFIED BY      ON
 ACTION L TYPE 002                                FOLLOWUP TO      ON
 OWNER GROSE! HERBERT                     RECEIVED 10/26/2022 COMPLETE

 10/26/2022- PHONE NOTE CONTINUED...A NEW APPEAL FOR CI BENEFIT. PROVIDED HIM
             MY EMAIL/FAX INFORMATION. MJNEWMAN
 02/02/2023 - Claim 187027 - Herbert (Date of Diagnosis: 06/14/2020, Cardio-
                 myopathy) Applying for the Heart Category and the Permanent and
                 Total Disability Benefit but the claimant does not carry that
                 benefit. Received another appeal request and it was sent to the
                 appeals team for review...............................kfr3
 02/27/2023 - Claim 187027 - Herbert (Date of Diagnosis: 06/14/2020, Cardio-
                 myopathy) Applying for the Heart Category and the Permanent and
                 Total Disability Benefit but the claimant does not carry that
                 benefit. Received another appeal request and it was sent to the
                 appeals team for review...............................kfr3

 2/27/23- Claim 187027- Rec CI appeal from attorney/assigned to MNEWMAN. MZN

                                              WARNING - DESC REC NOT FOUND
 PF2 BACKWARD 3 FORWARD 4 COMPLETE 8 EXIT 10/11 HELP
```

(A) TAGTMI - PASSPORT Tuesday, July 2, 2024, 14:52:18 PM

```
                                                       C091 07022024 14:50:47CT
MENU 21                  LFG VOLUNTARY INITIATIVE-P-4F                     LSN443
   REQUIREMENT                    NOTE RECORD          ADDED BY MNEW ON 10/26/2022
KEY LN521950   RECORD P POLICY              LAST MODIFIED BY      ON
ACTION L TYPE 002                                FOLLOWUP TO      ON
OWNER GROSE! HERBERT                    RECEIVED 09/16/2022 COMPLETE

09/16/2022 - Claim 187027 - Herbert (Date of Diagnosis: 06/14/2020, Cardio-
               myopathy) Applying for the Heart Category and the Permanent and
               Total Disability Benefit but the claimant does not carry that
               benefit. Received another appeal request and it was sent to the
               appeals team for review..............................kfr3


10/25/2022- Claim 187027- Rec'd phone call from attorney inquiring as to status
of 2nd level appeal. After researching this in LifeSys & Portal found no appeal
was opened.  Sent email to Matthew Vicar requesting a 2nd appeal be opened for
review and have it assigned to MJNEWMA for review.

10/26/2022- Called attorney office and spoke with Chris- advised we never rec-
            eived appeal from 10/21 and the 9/22 fax states appeal for disab-
            ility, which EE does not have with LFG.  He stated e will fax a new
                                              WARNING - DESC REC NOT FOUND
PF2 BACKWARD 3 FORWARD 4 COMPLETE 8 EXIT 10/11 HELP
```

(A) TAGTMI - PASSPORT Tuesday, July 2, 2024, 14:52:18 PM

C091 07022024 14:51:01CT
MENU 21 LFG VOLUNTARY INITIATIVE-P-4F LSN443
REQUIREMENT NOTE RECORD ADDED BY JOL1 ON 09/09/2021
KEY LN521950 RECORD P POLICY LAST MODIFIED BY JOL1 ON 09/09/2021
ACTION L TYPE 002 FOLLOWUP TO ON
OWNER GROSE! HERBERT RECEIVED 08/30/2021 COMPLETE

08/30/2021- Claim 187027- 1ST APPEAL- Sent email to Pete Grumbles with atty's office inquiring if they have made a decision whether to move forward with this appeal or if they want it withdrawn. Pending response. JOLSEN, APPEALS

09/09/2021- Claim 187027- 1ST APPEAL- Rec'd response from attorney noting their client will not allow them to withdraw the appeal. Responded to email noting we will move forward with our review of this appeal & send them ackn ltr. JOLSEN, APPEALS

09/09/2021- Claim 187027- Sent ackn letter to atty. JOLSEN, APPEALS

WARNING - DESC REC NOT FOUND
PF2 BACKWARD 3 FORWARD 4 COMPLETE 8 EXIT 10/11 HELP

(A) TAGTMI - PASSPORT Tuesday, July 2, 2024, 14:52:18 PM

C091 07022024 14:51:10CT
MENU 21 LFG VOLUNTARY INITIATIVE-P-4F LSN443
REQUIREMENT NOTE RECORD ADDED BY JOL1 ON 08/20/2021
KEY LN521950 RECORD P POLICY LAST MODIFIED BY JOL1 ON 08/20/2021
ACTION L TYPE 002 FOLLOWUP TO ON
OWNER GROSE! HERBERT RECEIVED 08/06/2021 COMPLETE

08/06/2021- Claim 187027- 1ST LEVEL APPEAL- Emailed Pete at pete@johnedunlap.com and attached copies of original claim form and medical documents & copy of our claims denial letter. I requested the office confirm if they want their appeal withdrawn or if they are requesting an appeal review of the critical illness clm - PENDING RESPONSE FROM ATTY. JOLSEN, APPEALS

08/10/2021- Claim 187027- 1ST LEVEL APPEAL - Emailed Pete at pete@johnedunlap.co m in follow-up and Pete responded that they were meeting with claimant by weeks end and they would let us know. JOLSEN, APPEALS

08/20/2021- Claim 187027- 1ST LEVEL APPEAL - Called attorneys office in followup and left vml msg inquiring if they had made a decision whether they want us to review this appeal or if they are withdrawing it. Also sent an email to atty. J OLSEN, APPEALS

WARNING - DESC REC NOT FOUND
PF2 BACKWARD 3 FORWARD 4 COMPLETE 8 EXIT 10/11 HELP

```
                                                       C091 07022024 14:51:25CT
 MENU 21              LFG VOLUNTARY INITIATIVE-P-4F                        LSN443
    REQUIREMENT                    NOTE RECORD          ADDED BY JOL1 ON 08/05/2021
 KEY LN521950   RECORD P POLICY              LAST MODIFIED BY JOL1 ON 09/09/2021
 ACTION L TYPE 002                                 FOLLOWUP TO      ON
 OWNER GROSE! HERBERT                      RECEIVED 08/03/2021 COMPLETE

08/03/2021 - Claim 187027 - Herbert (Date of Diagnosis: 06/14/2020, Cardio-
               myopathy) Applying for the Heart Category and the Permanent and
               Total Disability Benefit but the claimant does not carry that
               benefit. Received an appeal request from John E Lunlap, Law
               Office and it was sent to the appeals team for review...kfr3
                                                                                0
8/05/2021 - Claim 187027- 1st Level Appeal- Rec'd letter from atty req appeal  f
or disability benefits. JOLSEN, APPEALS DEPT
                                                                                8
/05/2021 - Claim 187027- 1st Level Appeal - Called atty at 901-320-1603 & spk w/
Pete - advised his client's Employer does not have disability coverage with us a
nd the claim denied was for Critical Illness and his diagnosis does not fall ina
ny of the categories and claim was denied. Pete req this information be emailed
to him at pete@johnedunlap.com & he will present to atty and they will respond i
f the appeal should be withdrawn or reviewed. JOLSEN, APPEALS DEPT
                                              WARNING - DESC REC NOT FOUND
 PF2 BACKWARD 3 FORWARD 4 COMPLETE 8 EXIT 10/11 HELP
```

(A) TAGTMI - PASSPORT Tuesday, July 2, 2024, 14:52:18 PM

C091 07022024 14:51:42CT
MENU 21 LFG VOLUNTARY INITIATIVE-P-4F LSN443
REQUIREMENT NOTE RECORD ADDED BY BSAA ON 06/02/2021
KEY LN521950 RECORD P POLICY LAST MODIFIED BY ON
ACTION L TYPE 001 FOLLOWUP TO ON
OWNER GROSE! HERBERT RECEIVED 06/02/2021 COMPLETE

06/02/2021 - Claim 187027 - Herbert (Date of Diagnosis: 06/14/2020, Cardio-myopathy) Applying for the Heart Category and the Permanent and Total Disability Benefit but the claimant does not carry that benefit. Received critical illness claim form, auth, blank APS, American Airlines Disability Claim Form, and APS signed by Dr Joseph S Weinstein 03/31/2021. The policy eff date is 01/01/2019 w/o pre-ex. However, claim is being denied as the claimant does not have a covered condition or illness. Claim is being denied d/t no covered illness. Called claimant @ and left a VM to call. If he calls, please advise of the denial status... ..........................................................kfr3

6/2/2021 - Claim 00187027 Rec'd call from Herbert, advised claim is denied for no coverage for the illness submitted. Advised he'll receive a letter of explanation with his appeal rights - REDSA2

WARNING - DESC REC NOT FOUND
PF2 BACKWARD 3 FORWARD 4 COMPLETE 8 EXIT 10/11 HELP

(A) TAGTMI - PASSPORT Tuesday, July 2, 2024, 14:52:19 PM

```
                                                       C091 07022024 14:51:49CT
 MENU 21              LFG VOLUNTARY INITIATIVE-P-4F                       LSN443
    REQUIREMENT                   NOTE RECORD          ADDED BY KBR9 ON 03/04/2021
 KEY LN521950   RECORD P POLICY              LAST MODIFIED BY TTYL ON 11/28/2023
 ACTION L TYPE 000                                FOLLOWUP TO      ON
 OWNER GROSE! HERBERT                    RECEIVED 03/04/2021 COMPLETE
 03/04/2021- Coverage terminated 12/31/2020 due to Group Policy termination.-kah
ri1

05/26/21 - PO c/i regards to getting his policy number. I gave him policy number
 LN521950. mecve5

 11/28/23 Pete from attny office John Dunlap called for cl 187027, faxed letter
mailed on 8/16/23 to 901-320-6914 and advised letter states cl was denied and ap
peals have been exhausted. traty9

                                              WARNING - DESC REC NOT FOUND
 PF2 BACKWARD 3 FORWARD 4 COMPLETE 8 EXIT 10/11 HELP
```

**The medical records document a history of non-ischemic dilated cardiomyopathy status post biventricular pacemaker October 2019, however the medical evidence does not support the employee having a heart attack (myocardial infarction) as defined in the policy. EKG August 12, 2021 showed sinus rhythm with ventricular pacing and there are no cardiac enzyme levels provided.**

**Amy M. RN, CCM**

**Nurse Disability Consultant, Lincoln Financial Group**

Lincoln Financial Group®

Date: **August 14, 2023**

Subject: **Appeal Nursing Memorandum**

**Claim #: Critical Illness LN521950**

**Claimant: Herbert Grose**

**Review of medical records on file completed. Information summarized below includes those portions of the records received that have relevance to the questions and time frame identified for this review.**

**Question:**

**Please review the medical records and advise if the claimant met the below policy definition of a Heart Attack.**

**HEART ATTACK (MYOCARDIAL INFARCTION) means death of a portion of heart muscle due to inadequate circulation in coronary arteries. If no death of heart muscle occurs, this is not considered a heart attack. Diagnosis is made by a board-certified or board-eligible cardiologist and based on findings from an electrocardiogram (EKG) and elevation of cardiac enzymes associated with heart attack.**

**Clinical Assessment:**

**Provider statement from Dr. Joseph Weinstein (Cardiology) dated March 31, 2021 documents diagnosis of dilated cardiomyopathy (heart muscle disease that causes the left ventricle of the heart to stretch abnormally making it harder for the heart to pump blood to the rest of the body). Echocardiogram (evaluate the structures of the heart) July 24, 2020 and December 14, 2020 showed ejection fraction (heart's ability to pump blood out of the heart) 10 % (normal 50-70).**

**Employee saw Dr. Javier Sanchez (Cardiology) on August 12, 2021 for yearly follow up. His current ejection fraction is 20-25% and he is getting close to New York Heart Association Class III (moderate) heart failure despite medical regimen and biventricular pacemaker (placed November 11, 2019) to help the heartbeat or pump blood. EKG today showed sinus rhythm with ventricular pacing. Exam is unremarkable. Diagnosis non-ischemic (no impaired blood flow) dilated cardiomyopathy, biventricular pacemaker, ventricular tachycardia and supraventricular tachycardia (rapid heart rate). Provider opines employee is permanently disabled from cardiac standpoint. There are no changes in plan of care. Follow up in 1 year.**

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

The Lincoln National Life
Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

March 9, 2023

LAW OFFICE OF JOHN DUNLAP
3340 POPLAR AVENUE
SUITE 320
MEMPHIS TN 38111

Re: Claimant Name: Herbert Grose
Group Policy Number: 00040500411700000
Claim: 00187027

Dear Mr. Dunlap:

This is to acknowledge receipt of your client's appeal for Critical Illness benefits on your client Herbert Grose. I apologize for the delay as I received the appeal on February 27, 2023.

We will be providing your client 30 days (April 9, 2023) to submit the medical records for this appeal. Lincoln Financial Group does not request medical records for appeals.

Once this information is received, we will continue the review of this appeal. For your convenience, the medical records can be faxed to the appeals fax 402-361-1460.

Please contact our office with any questions you may have 800-423-2765 x7634 or via email at LFGappeals@lfg.com.

Sincerely,

Mary Newman
Claim Resolution Consultant
Claim Resolution Services
The Lincoln National Life Insurance Company

PAGE 1/4 * RCVD AT 2/10/2023 3:37:28 PM [Eastern Standard Time] * SVR:VA1PWFAX201/0 * DNIS:8776685331 * CSID:9013216914 * ANI:9013206914 * DURATION (mm-ss):01-00

# LAW OFFICES
# OF
# JOHN E. DUNLAP

3340 Poplar Avenue,
Suite 320
Memphis, TN 38111
(901) 320-1603
(901) 320-6914

Date: Feb 10, 2023

Fax No: 877 668 5331

Attention: Tom Newman

From: John E. Dunlap, Esq.

Re: Holt Gross

No. of Pages:

Comments: Attd civil ille [illegible]

02/10/2023 14:37 Law Office of John E. Dunlap (FAX)9013216914 P.001/004

The Law Offices of John E Dunlap ,PC

3340 Poplar Avenue #320

Memphis, Tennessee 38111

Lincoln Financial(Appeals Unit)

8801 Indian Hills

Omaha, NE 68114-4066

Attention : Jean Newman, Senior Appeals Specialist

Re: Our Client Herbert Gross

Your Insured: American Airlins

Policy No.: 0004020020041170000

Claim No.: 00187027

Dear Jean,

We appreciate your email/phone message. Accordingly, we are amending the appeal to state that it is a critical illness policy. We are enclosing the following documents for your review:

- Notice of Appeal;
- We will provide additional records;
- Limited Power of Attorney and Authorization to Discuss;
- This letter constitutes an appeal of your most recent decision to terminate disability benefits.

If you have additional questions, please feel free to contact our office.

Respectfully,

John E Dunlap

# NOTICE OF APPEAL

To: Lincoln

From: The Law Offices of John E. Dunlap, P.C., 3340 Poplar Avenue #320
Memphis, Tennessee 38111.
Re: Herbert Gross #00187027

You are hereby informed that the decision to deny critical illness benefits on Policy No. 00040200411700000 is hereby appealed pursuant to administrative action. Please send all future correspondence to the Law Offices of John E. Dunlap.

Respectfully submitted,

John E. Dunlap
3340 Poplar Avenue, No. 320
Memphis, Tennessee 3811
(901) 320-1603
jdunlap00@gmail.com

**LIMITED POWER OF ATTORNEY AND DIRECTION TO PAY**

To: Lincoln

Claimant: Herbert Gross

Employer: American Airlines

Please be advised that I have retained the Law Offices of John E. Dunlap, P.C. to represent me under the jurisdiction of the United States District Court for The Western District of Tennessee with regard to my claim of long-term disability benefits (short-term disability benefits). I have given limited power of attorney to John E. Dunlap, Esquire to discuss my claim with Lincoln , and/or any long-term disability plan administrator and/or fiduciary, to negotiate on my behalf, to agree to the terms of the settlement contingent on my executing settlement documents, to endorse any checks received with regard to any claim, judgment payment, and/or settlement benefits from the plan. I understand that any checks will be deposited into a noninterest-bearing attorney escrow account and will be held until the funds clear before my portion of the proceeds will be forwarded to me. I further authorize all information from my claim file to be made available to John E. Dunlap, Esquire.

I give specific notice and direction to Lincoln , and/or long-term disability plan administrator and/or fiduciary, that, with respect to payment of benefits, settlement or judgment arising from my claim, they will forward all checks for past due, present and/or future benefits and/or attorney fees to my duly appointed attorney, John E. Dunlap, Esquire, 3340 Poplar Avenue, No. 320, Memphis, Tennessee 38111, made payable to : Herbert Gross and John E Dunlap, attorney.

Pursuant to the terms of my engagement with Mr. Dunlap, I have obligated myself to payment of attorney fees and costs in my case and hereby grant a full lien and entitlement to payment I may receive from Herbert Gross, and/or long-term disability plan administrator, in relation to my claim for long-term disability benefits and related attorney fees of any kind. This limited power of attorney and direction to pay shall remain valid until John E. Dunlap, Esquire notifies and/or long-term disability plan administrator and/or fiduciary otherwise.

**Claimant** ______________ Date: July 21, 2021

The above-dated Lien, Direction to Pay and Limited Power of Attorney are hereby accepted:

______________
John E Dunlap

BD0100006801

# Medical City Heart
## Specialist. In Life.

| | | |
|---|---|---|
| 4:38:29 PM | | Guidewire introduced into 9 Fr sheath, sheath advanced |
| 4:38:42 PM | | Wire removed |
| 4:38:45 PM | | RV lead reintroduced |
| 4:39:31 PM | | RV Lead Positioned in RV |
| 4:41:24 PM | | Helix deployed |
| 4:42:28 PM | | Sheath Peeled Away |
| 4:42:28 PM | | ~Visually inspected to include both halves of sheath |
| 4:43:10 PM | | RV Lead--R waves, current of injury, impedance and thresholds measured |
| 4:44:18 PM | | Lead Sutured with: |
| 4:44:18 PM | | 0-Silk x2 |
| 4:44:25 PM | SUTURE 0 Silk C021D | |
| 4:46:30 PM | | Peel-Away Sheath Introduced: |
| 4:46:30 PM | | 10.5F SafeSheath inserted |
| 4:46:55 PM | Safesheath 10.5F 13CM PLS-1010.5 | |
| 4:46:58 PM | | ~Wire and dilator removed and visually inspected to be intact |
| 4:47:18 PM | | 9F Attain CS Introducer Inserted into 10.5 Fr sheath |
| 4:48:27 PM | | 6fr Deflectable Quad Tip EP Catheter inserted and CS Introducer advanced into CS |
| 4:48:53 PM | BSW Quad 6F Webster 5mm D Curve - Reprocessed D6-DR-005-RT-R | |
| 4:55:33 PM | | Deflectable Tip EP Catheter Removed; intact |
| 4:55:48 PM | | Balloon Catheter Inserted |
| 4:55:57 PM | | CS Angio x1 |
| 4:56:48 PM | | Balloon Catheter Removed; intact |
| 5:00:35 PM | | LV Lead Inserted & Advanced over Whisper wire |
| 5:00:37 PM | | Manufacturer of Lead : Medtronic |
| 5:00:37 PM | | Serial # : QUC075605V |
| 5:01:03 PM | 4598-88 Attain Performa LV Lead 88CM | |
| 5:01:03 PM | HT Whisper .014 190cm 1004247HJ | |
| 5:01:28 PM | | LV Lead positioned |
| 5:01:28 PM | | LV Lead--R waves, current of injury, impedance and thresholds- |
| 5:01:28 PM | | measured. |
| 5:02:03 PM | | CS Introducer Split and Removed |
| 5:02:03 PM | | ~Visually inspected to include entire introducer |
| 5:03:27 PM | HT Whisper .014 x 190cm | |
| 5:05:21 PM | | Lead Sutured with: |
| 5:05:22 PM | | 0-Silk x 2 |
| 5:05:22 PM | | Whisper wire removed |
| 5:05:34 PM | | Peel away sheath introduced: |
| 5:05:34 PM | | 7F SafeSheath |
| 5:05:35 PM | SafeSheath Merit 7F 13cm PLS-1007 | |
| 5:05:35 PM | | Wire and dilator removed, intact |
| 5:05:41 PM | | RA Lead inserted & Advanced |
| 5:05:47 PM | | Manufacturer of Lead : MDT |
| 5:05:47 PM | | Serial # : PJN7688478 |
| 5:06:32 PM | 5076-45 Capsurefix Novice | |
| 5:09:07 PM | | RA Lead Positioned in RA |
| 5:09:07 PM | | Helix deployed |

**Patient Name: GROSE, HERBERT** **Study Date: 11/12/2019**
**MRN: BD98** **Admission ID: BD0100006801**

BD0100006801

**Medical City Heart**
**Specialist. In Life.**

| | |
|---|---|
| Dose (mGy) | 158 |
| Total Fluoro Time (min) | 14.9 |

| | Exam Record DAP | Exam Fluoro DAP | Exam Total DAP |
|---|---|---|---|
| Dose Area Product (cGycm2) | 2560.0 | | 2560.0 |

## X-Ray Run Information

| Time | Run | Plane | RAO LAO | CRA CAU | Frames | FPS | kV | mA | mS | SID (cm) | FOV (cm) |
|---|---|---|---|---|---|---|---|---|---|---|---|

## Supplies Summary

| Manufacturer | Item Description | Reorder # | Billing # |
|---|---|---|---|
| Cardinal Health Medical Products | Cardinal Cath Pack | 002477788 | 446475 |
| Cardinal Health Medical Products | Adult Quick Combo Conmed DFib Pads 2001M-C | 135702 | |
| | Grounding Pad E7506 (Blue -EP) | 300118 | 728947 |
| Arizant Healthcare | Bair Hugger Tubes 56000 | 239295 | |
| Vascular Solutions | Micropuncture Kit 4F 10cm 7248V | 736544 | 849160 |
| Vascular Solutions | Micropuncture Kit 4F 10cm 7248V | 736544 | 849160 |
| | Bovie Pencil E2350H | 300002 | 728939 |
| Cardinal Health Medical Products | Megadyne Bovie Blade 7CM 0012AM | 178361 | 218472 |
| Merit Medical | SafeSheath Merit 9F 13cm PLS-1009 | 475034 | 422752 |
| Medtronic - CRM | 6935M-55 Sprint Quattro DF1 Single Coil | 651402 | 753489 |
| Cardinal Health Medical Products | SUTURE 0 Silk C021D | 360622 | 729392 |
| Merit Medical | Safesheath 10.5F 13CM PLS-1010.5 | 475044 | 225445 |
| Stryker Sustainability Solutions | BSW Quad 6F Webster 5mm D Curve - Reprocessed D6-DR-005-RT-R | 770848-R | 858995 |
| Medtronic - CRM | 4598-88 Attain Performa LV Lead 88CM | 704380 | 872493 |
| Guidant - Vascular | HT Whisper .014 190cm 1004247HJ | 442146 | 158002 |
| Guidant - Vascular | HT Whisper .014 x 190cm | 442145 | 449266 |
| Merit Medical | SafeSheath Merit 7F 13cm PLS-1007 | 475029 | 880615 |
| Medtronic - CRM | 5076-45 Capsurefix Novice | 485702 | 158064 |
| Medtronic - CRM | DTMA1QQ CLARIA MRI Quad BIV ICD | 1247161 | 424145 |
| Cardinal Health Medical Products | SUTURE 2.0 VICRYL J259H | 360082 | 729218 |
| Cardinal Health Medical Products | SUTURE 3.0 VICRYL J497H | 360321 | 725881 |
| Cardinal Health Medical Products | SUTURE 4.0 VICRYL J496H | 360316 | 729310 |
| EV3 | Wholey wire .035 x 145cm WWJ35145 | 716279 | 858656 |
| Cura Surgical Inc | Silverlon Dressing W Antimicrobial Silver ID-46 | 883273 | 751950 |

## Ablation Summary

| Target Arrhythmia | Result | Time | Temp | Temp2 | Temp3 | Temp4 | Power | Imp |
|---|---|---|---|---|---|---|---|---|

BD0100006801

**Medical City Heart**
**Specialist. In Life.**

## EP Immediate Post-OP Note

| | |
|---|---|
| Pre-Op Diagnosis: | Non-Ischemic Cardiomyopathy |
| Post-Op Diagnosis: | Non-Ischemic Cardiomyopathy |
| Procedure: | BiVentricular ICD |
| E.B.L. (ml's): | <15 ml |
| Complications: | none |
| Date: | 11/12/2019 |
| Time: | 5:24:17 PM |

**Physician's Signature:** ________ 11-12-19 5:30

**Circulator's Signature:** ________

**Monitor Person's Signature:** Olivia Thompson, RN

**Medtronic**

# DEVICE FOLLOW-UP FORM

Patient: Grose, Herbert. Date: 7/13/19.

Device: ☑ICD ☐Pacer ☑ BI-V Model: DTMA1Q1 Date of implant: 11/12/19

Current rhythm: AS/VP Underlying rhythm: NSR, 70

Programmed parameters: Mode: DDDR. LR: 60 UR: 140 PAV: 150 SAV: 110.

% Pacing: Atrial: 3.0% Ventricular: 96.2% Magnet rate ___ ppm

Battery status: ___ V Charge time: ___ sec Est. remaining longevity: ___ months/years

| Sensing threshold | Impedance | Pacing threshold | Pacing threshold |
|---|---|---|---|
| Atrial: 7.8 mV | 510 Ω | 0.5 V @ 0.4 ms | ___ V @ ___ ms |
| RV: 16.5 mV | 650 Ω | 0.5 V @ 0.4 ms | ___ V @ ___ ms |
| LV: ___ mV | 665 Ω | 0.75 V @ 0.4 ms | ___ V @ ___ ms |
| Programmed sensitivity | RV/HVB 60 Ω | Programmed outputs | Lead Integrity Alert (LIA) Please circle one. |
| A: 0.3 mV | SVC/HVX — Ω | A: 5.0 V @ 0.4 ms | ON OFF |
| RV: 0.3 mV | | RV: 5.0 V @ 0.4 ms | |
| | | LV: 3.0 V @ 0.4 ms | |

High rate episodes:

Atrial: Ø

Ventricular: Ø

Cardiac Compass™/diagnostic observations:

Comments/changes this session: Normal Function

Medtronic Representative: JJM MJT Physician:

1 (800) MEDTRON(IC) or 1 (800) 633-8766

UC201803535a EN © 2018 Medtronic. Minneapolis, MN. All Rights Reserved. Printed in USA 03/2018

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| BI-V | | | | | | | |

Note: Impedance given in Ohms

## CONFIGURATIONS ATTEMPTED

Not Applicable.

## INDUCTIONS

| # | Induction | T-Shock mSec | T-Shock Joules | Epis | RX # | Pre-RX Rhythm | Therapy | Post-RX Rhythm | IMP | Energy | Charge Time | Pathway | CL | DX @1.2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | T-Shock | 310 | 1.2 | 1 | 1 | VF | DEFIB | NSR | 60 | 24.9 | 6.14 | B>AX | 220 | 10 |

## BRADY PARAMETER SETTINGS

Pacing Mode: DDD
Mode Switch: On
Lower Rate: 60
Upper Tracking Rate: 140
Upper Activity Rate: 120

Paced A-V Interval: 150
Sensed A-V Interval: 100
Rate Adaptive A-V Interval: On

| Parameter | Atrial | RV | LV |
|---|---|---|---|
| Amplitude (V): | 3.5 | 3.5 | 4 |
| Pulse Width (ms): | 0.4 | 0.4 | 0.4 |
| Sensitivity (mV): | 0.3 | 0.3 | |
| Paced Polarity: | N/A | Bipolar | LV4 > LV1 |
| Sense Polarity: | N/A | Bipolar | |
| Capture Management: | | | |

Ventricular Pacing:
V to V Interval: 0

Ventricular Sense Response: Off

## DETECTIONS

| PARAMETERS | VF | FVT | VT | Monitor |
|---|---|---|---|---|
| Interval (ms) | 330 | 240 | | 450 |
| Initial (NID) | 30/40 | | | 32 |
| Redetect (NID) | 12/16 | | | |

SVT Discrimination

AF/Afl: On
Sinus Tach: Off
Other 1:1 SVTs: Off
Wavelet: On

High Rate Timeout: On
Twave: On
RV Lead Noise: On

SVT Limit (ms): 260

SVT Stability (ms):
SVT Onset (%):

## TACHY PARAMETER SETTINGS

**VF**

| Therapy # | Therapy Type | Energy (J%) | Pathway |
|---|---|---|---|
| 1 | Defib | 35 | B>AX |
| 2 | Defib | 35 | B>AX |
| 3 | Defib | 35 | B>AX |
| 4 | Defib | 35 | AX>B |
| 5 | Defib | 35 | AX>B |
| 6 | Defib | 35 | B>AX |

ATP Before/During: on
Active Can/SVC Coil: SVC off

**FVT**

| Therapy # | Therapy Type | Energy (J%) | Pathway | Pulse # | Sequence # |
|---|---|---|---|---|---|

Section 164.512(b)(1)(iii) of the HIPAA Privacy Rule permits your facility to disclose the information on this form to Medtronic without patient authorization as a public health disclosure to allow Medtronic to meet its obligation to track and monitor devices and to report to the FDA, as necessary, on product quality, safety, or effectiveness. Receipt of this information does not cause Medtronic to become a business associate. Your Medtronic representative may provide more information about this permitted disclosure.

01/09/2023 15:59 Law Office of John E. Dunlap (FAX)9013216914 P.066/096

Patient:GROSE, HERBERT MRN:BD0000629 Encounter:BD0100006801 Page 1 of 1

GROSE, HERBERT ID:BD98 12-NOV-2019 08:10:42 HCA NORTH TEXAS-HSPAT ROUTINE RECORD

| | | | | |
|---|---|---|---|---|
| Male | (59 yr) Black | Vent. rate | 69 | BPM |
| | | PR interval | 150 | ms |
| | | QRS duration | 122 | ms |
| Room: | | QT/QTc | 438/469 | ms |
| Loc:751 | | P-R-T axes | 74 -19 | 135 |

SINUS RHYTHM WITH FREQUENT PREMATURE VENTRICULAR COMPLEXES
LEFT VENTRICULAR HYPERTROPHY WITH QRS WIDENING
NONSPECIFIC T WAVE ABNORMALITY
ABNORMAL ECG
NO PREVIOUS ECGS AVAILABLE
Confirmed by HURWITZ, JODIE (2025) on 11/12/2019 7:48:24 PM

Technician: CVL1106
Test ind:EP

Referred by: Javier Sanchez Confirmed By: JODIE HURWITZ

ORDER PHSY:SANCHEZ COCDL:



25mm/s 10mm/mV 150Hz 8.0 SP2 12SL 241 HD CID: 5

SID: BD0000629 EID:2025 EDT: 19:48 12-NOV-2019 ORDER: C11120031 ACCOUNT: BD0100006801

Page 1 of 1

PAGE 66/96 * RCVD AT 1/9/2023 4:25:47 PM [Eastern Standard Time] * SVR:VA1PWFAX201/0 * DNIS:3776685331 * CSID:9013216914 * ANI:9013216914 * DURATION (mm-ss):53-04

MEDICAL CITY HEART AND SPINE
11990 N. Central Expressway
Dallas, Texas 75243

Test Reason : POST PACEMAKER Test Date/Time Stamp:Tue Nov 12 2019 18:51:47
Blood Pressure : ***/*** mmHG
Vent. Rate : 068 BPM Atrial Rate : 068 BPM
P-R Int : 140 ms QRS Dur : 112 ms
QT Int : 436 ms P-R-T Axes : 080 -06 -32 degrees
QTc Int : 463 ms

Atrial-sensed ventricular-paced rhythm WITH OCCASIONAL PREMATURE VENTRICULAR COMPLEXES
ABNORMAL ECG
WHEN COMPARED WITH ECG OF 12-NOV-2019 08:10, (UNCONFIRMED)
ELECTRONIC VENTRICULAR PACEMAKER HAS REPLACED SINUS RHYTHM
Confirmed by HURWITZ, JODIE (2025) on 11/13/2019 6:39:18 PM

Referred By: Javier Sanchez Confirmed By:JODIE HURWITZ

Electronically Signed by Jodie L Hurwitz, MD on 11/13/19 at 1839

PATIENT NAME: GROSE,HERBERT ACCT #: BD0100006801

PAGE 68/96 * RCVD AT 1/9/2023 4:25:47 PM [Eastern Standard Time] * SVR:VA1PWFAX201/0 * DNIS:8779685331 * CSID:9013216914 * ANI:9013206914 * DURATION (mm-ss):53-04

GROSE, HERBERT | ID: BD98 | 12-Nov-2019 8:10:42 | MEDICAL CITY HEART AND SPINE

19-Jul-1960
Male

Room:
Loc: 751
BD0100006801

[redacted]

| | |
|---|---|
| Vent. rate | 69 bpm |
| PR interval | 150 ms |
| QRS duration | 122 ms |
| QT/QTc | 438/469 ms |
| P-R-T axes | 74 -19 135 |

Technician: CVL1106
Test ind: EP

Sinus rhythm with frequent premature ventricular complexes
Left ventricular hypertrophy with QRS widening
Nonspecific T wave abnormality
Abnormal ECG

GROSE, HERBERT
MR#: BD00000629 11/12/19
Sanchez, Javier E MD
Medical City Heart and Spine CATH

Secondary ID: BD00000629
Referred by: Sanchez, Javier
COCDL

Order no: C11.20031
Unconfirmed

ORDER PHSY: SANCHEZ




For Marquette 9402-034

Patient:GROSE, HERBERT MRN:BD00000629 Encounter:BD0100006801 Page 1 of 2

01/09/2023 16:00 Law Office of John E. Dunlap (FAX)9013216914 P.068/096


GROSE,HERBERT BD0100006801 13-Nov-2019 00:49:03
B1 Pace PVC 1 ST V1 1.9
TTX# 8695AP
Full Disclosure
3SPOU321*TTX# 8695AP
END OF REPORT

**GROSE,HERBERT** **BD0100006801 Caliper Measurements - PACED/KK**

12-Nov-2019 20:39:57 - 12-Nov-2019 20:40:07

YK




Values displayed reflect measurements acquired against the measured waveform only.

R-R = 0.701 sec
Rate = 86 /min

CARESCAPE Central Station (7.1.0).
Tuesday, November 12, 2019 8:41:09 PM

25 mm/
Page
END OF REPOR

PAGE 21/26 RX 9725569725 01:34 11/13/2019

**Patient:GROSE, HERBERT** **MRN:BD00000629** **Encounter:BD0100006801** **Page 3 of 3**

01/09/2023 16:05 Law Office of John E. Dunlap (FAX)9013216914 P.071/096



PAGE 71/96 * RCVD AT 1/9/2023 4:25:47 PM [Eastern Standard Time] * SVR:VA1PWFAX201/0 * DNIS:8776685331 * CSID:9013216914 * ANI:9013206914 * DURATION (mm-ss):53-04

11/14/19 0048 MEDICATION DISCHARGE SUMMARY PAGE: 1

NAME: GROSE,HERBERT ADMIT DATE: 11/12/19 AGE: 59
UNIT #: BD00000629 DISCHARGE DATE: 11/13/19 SEX: M
ACCT #: BD010000006801 STATUS: DIS IN
CODED ALLERGIES warfarin (From COUMADIN)
CODED ADRs
UNCODED ALLERGIES ALERT!! **No Allergies Entered** Pls chk
UNCODED ADRs

| ADMINISTRATION PERIOD: 0700 11/12/19 to 0659 11/13/19 | START/STOP | |
|---|---|---|
| Numeric pain scale:: Severe/worst possible-10 | | |
| Numeric pain scale:: No pain-0 | | |
| GENTAMICIN (GENTAMICIN SULFATE 80 MG/2 ML VIAL)<br>See Dose Ins. .ROUTE .STK-MED/ONE<br>Comments: USE FOR GARAMYCIN<br>RX #: 00018986 | 11/12/19 | 1511<br>1513 Pharmacy Discontinue STK MED |
| MARCAINE (BUPIVACAINE 0.25% 30 ML VIAL)<br>See Dose Ins. .ROUTE .STK-MED/ONE<br>Comments: USE FOR MARCAINE<br>RX #: 00018987 | 11/12/19 | 1511<br>1513 Pharmacy Discontinue STK MED |
| LIDOCAINE HCL 1% (LIDOCAINE 1% 30 ML VIAL (PF))<br>See Dose Ins. .ROUTE .STK-MED/ONE<br>RX #: 00018988 | 11/12/19 | 1511<br>1513 Pharmacy Discontinue STK MED |
| HEPARIN 1000U/NS 500ML (HEPARIN NA/NACL 0.9% 1,000 units/500 ML BAG)<br>See Dose Ins. IV .STK-MED/ONE<br>Comments: HEPARIN 2 UNIT/ML<br>RX #: 00018989 | 11/12/19 | 1511<br>1513 Pharmacy Discontinue STK MED |
| DIPRIVAN (PROPOFOL 200 MG/20 ML AMP)<br>See Dose Ins. IV .STK-MED/ONE<br>Comments: USE FOR DIPRIVAN<br>RX #: 00018999 | 11/12/19 | 1524<br>1531 Pharmacy Discontinue STK MED |
| XYLOCAINE-MPF (LIDOCAINE 2% 5 ML VIAL)<br>See Dose Ins. .ROUTE .STK-MED/ONE<br>RX #: 00019000 | 11/12/19 | 1525<br>1531 Pharmacy Discontinue STK MED |

*** CONTINUED ON PAGE 2 ***
This document is part of the legal medical record.

11/14/19 0848 MEDICATION DISCHARGE SUMMARY PAGE: 3

NAME: GROSE,HERBERT UNIT #: BD00000629 ACCT #: BD0100006801

| ADMINISTRATION PERIOD: 0700 11/12/19 to 0659 11/13/19 (Continued) | START/ STOP | |
|---|---|---|
| FENTANYL INJ (fentaNYL CITRATE 100 MCG/2 ML AMP)<br>See Dose Ins. IV .STK-MED/ONE<br>Comments: USE FOR SUBLIMAZE<br>This pain medication may be administered for a level of pain higher than the ordered pain scale if both of the following apply:<br>1. The patient has an order for the pain score being treated. AND<br>2. The patient prefers the medication from the lower scale.<br>RX #: 00019166 | 11/12/19 | 1858 H.DJU6500 at 1900 GAVE: 50 MCG<br>Administering for pain: Yes<br>(End)<br>Pain details:<br>: SUBLIA.052:Dizziness. Sedation. nausea/vomiting. Constipation<br>Pain scale utilized::<br>Numeric pain scale::<br>Wong-Baker pain scale::<br>Pain intensity::<br>Face::<br>Legs::<br>Activity::<br>Cry::<br>Consolability::<br>FLACC total score::<br>Facial expression::<br>Breathing patterns::<br>Arms::<br>Legs::<br>State of arousal::<br>Cry::<br>NIPS total score greater than 3 indicates pain::<br>Is the patient extubated and unable to communicate::<br>Facial expression::<br>Body movements::<br>Muscle tension::<br>Ventilator compliance::<br>Vocalization (extubated patients)::<br>CPOT total score::<br>Most common side effects reviewed with patient?: Yes<br>11/12/19-2035 File Document by H.DJU6500<br>1901 Pharmacy Discontinue STK-MED<br>1906 Nursing Acknowledged Order H.DJU6500<br>2000 Nursing Reassessment by H.DJU6500 at 2035<br>Pain scale utilized: Verbal numeric<br>Pain intensity: 10<br>(End) |

*** CONTINUED ON PAGE 4 ***

This document is part of the legal medical record.

01/09/2023 16:05 Law Office of John E. Dunlap (FAX)9013216914 P.073/098

Patient:GROSE, HERBERT MRN:BD00000629 Encounter:BD0100006801 Page 6 of 11



| ADMINISTRATION PERIOD: 0700 11/12/19 to 0659 11/13/19 (Continued) | START/ STOP | |
|---|---|---|
| SYMBICORT 160/4.5 (BUDESONIDE/FORMOTEROL 160/4.5 INHALER)<br>2 PUFF INH TWICE DAILY<br>Comments: Non-Formulary: Budesonide/Formoterol (Symbicort) 160/4.5<br>Symbicort (160/4.5) 2 puffs BID<br>-> Brovana 15mcg BID + Pulmicort 0.5mg neb BID<br>RINSE MOUTH OR DRINK SOMETHING AFTER USING INHALER<br>**Dispose in BLACK bin**<br>RX #: 00019195 | 11/12/19<br>09/07/20 | 2123<br>2123 Order Entry CPHY.ZK<br>2123 Pharmacy Edit or Verification CPHY.ZK<br>2137 Pharmacy Edit or Verification SYSTEM<br>2137 Pharmacy Discontinue BFPHA;GHN |
| BROVANA NEBS (ARFORMOTEROL TARTRATE 15 MCG/2 ML INH)<br>15 MCG INH RT- TWICE DAILY<br>Comments: USE FOR BROVANA<br>Interchanged for:<br>Formoterol (Foradil), Formoterol (Perforomist),<br>Indacaterol (Arcapta), Salmeterol (Serevent):<br>In Combination:<br>Budesonide/Formoterol (Symbicort), Fluticasone/Salmeterol<br>(Advair), Fluticasone/Vilanterol (Breo Ellipta),<br>Mometasone/Formoterol (Dulera), Umeclidinium/Vilanterol<br>(Anoro Ellipta)<br>RX #: 00019197 | 11/13/19<br>09/08/20 | 2137 Order Entry BFPHA,GHN<br>2137 Pharmacy Edit or Verification BFPHA.GHN<br>2141 Pharmacy Edit or Verification BFPHA.GHN<br>2141 Pharmacy Edit or Verification BFPHA:GHN |
| PULMICORT RESPULES (BUDESONIDE 0.5 MG/2 ML UD)<br>0.5 MG INH RT- TWICE DAILY<br>Comments: Use for PULMICORT 0.5mg Respule<br>RINSE FACE/MOUTH OR DRINK SOMETHING AFTER DOSE<br>Interchanged for:<br>Beclomethasone (Qvar), Budesonide (Pulmicort) MDI,<br>Ciclesonide (Alvesco), Flunisolide (Aerospan),<br>Fluticasone (Flovent),Mometasone (Asmanex):<br>In Combination:<br>Budesonide/Formoterol (Symbicort),<br>Fluticasone/Salmeterol (Advair), Fluticasone/Vilanterol<br>(Breo Ellipta), Mometasone/Formoterol (Dulera)<br>RX #: 00019198 | 11/13/19<br>09/08/20 | 2137 Order Entry BFPHA.GHN<br>2137 Pharmacy Edit or Verification BFPHA.GHN<br>2141 Pharmacy Edit or Verification BFPHA.GHN<br>2141 Pharmacy Edit or Verification BFPHA.GHN |

*** CONTINUED ON PAGE 6 ***
This document is part of the legal medical record.

PAGE 73/96 * RCVD AT 1/9/2023 4:25:47 PM [Eastern Standard Time] * SVR:VA1PWFAX201/0 * DNIS:8776685331 * CSID:9013216914 * ANI:9013206914 * DURATION (mm-ss):53-04

01/09/2023 16:06 Law Office of John E. Dunlap (FAX)9013216914 P.074/098





| ADMINISTRATION PERIOD: 0700 11/12/19 to 0659 11/13/19 (Continued) | START/ STOP | |
|---|---|---|
| NARCAN (NALOXONE HCL 0.4 MG/ML AMP)<br>0.4 MG IV AS DIRECTED/PRN<br>PRN Reason: OPIATE REVERSAL PER PROTOCOL<br>Comments: USE FOR NARCAN<br>*With Narcan use, incident report MUST BE COMPLETED if patient requires transfer to a higher level of care.<br>RX #: 00019193 | 11/12/19<br>09/07/20 | 2120 Order Entry CFHY.ZK<br>2127 Pharmacy Edit or Verification BFPHA.GHW |
| ULTRAM (traMADol HCL 50 MG TAB)<br>50 MG PO EVERY 4 HOURS AS NEEDED/PRN<br>PRN Reason: PAIN SCALE 4-6 (USE 1ST)<br>Comments: USE FOR ULTRAM<br>This pain medication may be administered for a level of pain higher than the ordered pain scale if both of the following apply:<br>1. The patient has an order for the pain score being treated. AND<br>2. The patient prefers the medication from the lower scale.<br>RX #: 00019234 | 11/12/19<br>09/07/20 | 2222 Order Entry BFPHA.GHW |

| ADMINISTRATION PERIOD: 0700 11/13/19 to 0659 11/14/19 | START/ STOP | |
|---|---|---|
| COLACE (DOCUSATE SODIUM 100 MG CAP)<br>100 MG PO TWICE DAILY AT 9AM AND 5PM<br>Comments: USE FOR COLACE<br>RX #: 00019191 | 11/13/19<br>09/08/20 | 0807 Nursing Acknowledged Order H.DD19836<br>0900 H.DD19836 at 0831 GAVE: 100 MG<br>NDC/DIN: (SOURCE: eMAR)<br>6373947810 DOCUDC1008 - Docusate Sodium 100 MG Cap<br>Most common side effects reviewed with patient?: Yes<br>:: DOCUDC1008:Diarrhea, Abdominal Cramping<br>11/13/19-0832 File Document by H.DD19836<br>1152 Pharmacy Discontinue DISCHARGE |
| ALBUTEROL SULFATE (ALBUTEROL SULFATE 2.5 MG/0.5 ML NEB SOLUTION)<br>2.5 MG INH RT- TWICE DAILY<br>Comments: Interchanged for:<br>Albuterol (Ventolin) MDI, Levalbuterol (Xopenex), Pirbuterol (Maxair)<br>RX #: 00019189 | 11/12/19<br>09/07/20 | 0800 RDMH06987 at 0748 GAVE: 2.5 MG<br>NDC/DIN: (SOURCE: eMAR)<br>0487950101 ALBUSSOL3 - Albuterol Sulfate 2.5 MG/0.5 ...<br>Most common side effects reviewed with patient?: Yes<br>:: ALBUSSOL3:Refer to Clinical Pharmacology or contact Pharmacy<br>11/13/19-0749 File Document by RDMH06987<br>1152 Pharmacy Discontinue DISCHARGE |

*** CONTINUED ON PAGE 8 ***


PAGE 74/98 * RCVD AT 1/9/2023 4:25:47 PM [Eastern Standard Time] * SVR:VA1PWFAX201/0 * DNIS:8776685331 * CSID:9013216914 * ANI:9013206914 * DURATION (mm-ss):53-04

| ADMINISTRATION PERIOD: 0700 11/13/19 to 0659 11/14/19 (Continued) | START/ STOP | |
|---|---|---|
| PULMICORT RESPULES (BUDESONIDE 0.5 MG/2 ML UD)<br>0.5 MG INH RT- TWICE DAILY<br>Comments: Use for PULMICORT 0.5mg Respule<br>RINSE FACE/MOUTH OR DRINK SOMETHING AFTER DOSE<br>Interchanged for:<br>Beclomethasone (Qvar), Budesonide (Pulmicort) MDI,<br>Ciclesonide (Alvesco), Flunisolide (Aerospan),<br>Fluticasone (Flovent),Mometasone (Asmanex);<br>In Combination:<br>Budesonide/Formoterol (Symbicort),<br>Fluticasone/Salmeterol (Advair), Fluticasone/Vilanterol<br>(Breo Ellipta), Mometasone/Formoterol (Dulera)<br>RX #: 00019198 | 11/13/19<br>09/08/20 | 0748 Nursing Acknowledged Order BDMD06987<br>0800 BDMD06987 at 0748 GAVE: 0.5 MG<br>NDC/DIN: (SOURCE: eMAR)<br>0487970101 PULMOL.52 - Budesonide 0.5 MG/2 Ml UD<br>Most common side effects reviewed with patient?: Yes<br>:: PULMOL.52:Refer to Clinical Pharmacology or contact Pharmacy<br>11/13/19-0749 File Document by BDMD06987<br>1152 Pharmacy Discontinue DISCHARGE |
| ANCEF (ceFAZolin 1 GM VIAL)<br>1 GM IV Every 8 hours<br>Total Doses: 2 (2 of 2 Given)<br>Spec. Ins: X2 DOSES ONLY<br>Comments: Use for Ancef<br>FOR IV PUSH: (**For 2 Gram dose, perform steps below x2**)<br>Mix w/10mL NS, dissolve completely<br>Slow IV PUSH over 2-5 minutes<br>** USE IMMEDIATELY **<br>* Medication from PYXIS machine<br>RX #: 00019233 | 11/13/19<br>11/13/19 | 0800 H.DD19836 at 0831 GAVE: 1 GM<br>NDC/DIN: (SOURCE: eMAR)<br>4456770725 CEFAIV11 - ceFAZolin 1 GM VIAL<br>11/13/19-0832 File Document by H.DD19836<br>0801 Pharmacy Discontinue SCHEDULER |
| ZOFRAN VIAL (ONDANSETRON HCL 4 MG/2 ML VIAL)<br>4 MG IV EVERY 4 HOURS AS NEEDED/PRN<br>PRN Reason: NAUSEA/VOMITING (USE 1ST)<br>Comments: USE FOR ZOFRAN<br>**MAX 8mg IVP OVER 5 MIN** >8mg-> IVPB<br>RX #: 00019194 | 11/12/19<br>09/07/20 | 1152 Pharmacy Discontinue DISCHARGE |
| ROBITUSSIN (guaiFENesin 200 MG/10 ML UD)<br>200 MG PO EVERY 4 HOURS AS NEEDED/PRN<br>PRN Reason: COUGH<br>Comments: USE FOR ROBITUSSIN<br>RX #: 00019192 | 11/12/19<br>09/07/20 | 1152 Pharmacy Discontinue DISCHARGE |

*** CONTINUED ON PAGE 10 ***
This document is part of the legal medical record.

| 11/14/19 0048 | MEDICATION DISCHARGE SUMMARY | PAGE: 11 |
|---|---|---|
| NAME: GROSE,HERBERT | UNIT #: BD000000629 | ACCT #: BD0100006801 |

LEGENDS

REASON CODES
TOOK OWN - PATIENT TOOK OWN MED

SITE CODES

ELECTRONICALLY STORED BY

| USER | USER NAME/TYPE | USER | USER NAME/TYPE | USER | USER NAME/TYPE | USER | USER NAME/TYPE |
|---|---|---|---|---|---|---|---|
| AASRK3 | KHAN,ROSEANNE RN | BDH006907 | PADOKOI-DJIDONOU,NAD RT | H.DDI9836 | GOMEZ,GIRLY G RN | H.DJU6680 | BURNS,ATALIE RN-CB |
| H.PUL.JG | GARNER,JEFFREY RT | | | | | | |

OTHER USERS

| USER | USER NAME | USER | USER NAME | USER | USER NAME | USER | USER NAME |
|---|---|---|---|---|---|---|---|
| AASRK1 | KHAN,ROSEANNE | AFPHA.MT | TRAN,MARTIN | BFPHA.GHN | NGUYEN,GIANG H | CRNY.ZK | KHAN,ZAHOOR MD |
| H.DDI9836 | GOMEZ,GIRLY G | | | | | | |

PHA ALLERGY HISTORY

| DATE | PHA | USER | ALLERGY DETAILS | |
|---|---|---|---|---|
| 11/12/19 0807 | N | H.EIC7950 - ELSMORE,ADAM | ADDED<br>warfarin<br>OLD:<br>NEW: warfarin added. From COUMADIN | by H.EIC7950 |

PRINTED BY HPF.FEED 11/14/19 0048
This document is part of the legal medical record.

PAGE 77/96 * RCVD AT 1/9/2023 4:25:47 PM [Eastern Standard Time] * SVR:VA1PWFAX201/0 * DNIS:8776685331 * CSID:9013216914 * ANI:9013216914 * DURATION (mm-ss):53-04

Age/Sex: 59 M
Unit #: BD000000629
Admitted: 11/12/19 at 2120
Status: DIS IN

Attending: Khan,Zahoor MD
Account #: BD010000006801
Location: BU.3S
Room/Bed: BU.3215-1

GROSE,HERBERT

Medical City Heart and Spine HUM *LIVE*
Patient's Health plan of care

Status: Discharged
Initiated: 11/12/19
Completed:
Protocol:

Page 1
Printed
11/14/19
at 0037

| | STS | INIT BY | TRGT | COMP BY | CARE ITEMS | INIT BY | COMP BY | DATE & TIME | DIRECTIONS | STS |
|---|---|---|---|---|---|---|---|---|---|---|
| Facility Standard of Care<br>Facility Standards of Practice | D | 11/12/19 RK | | | | | | | | |
| * Standards of Practice will be met. | D | 11/12/19 RK | | | * Admission Health History + | 11/12/19 RK | | | | D |
| | | | | | * Health History Update + | 11/12/19 RK | | | | D |
| | | | | | * Admission/Shift Assessment + | 11/12/19 RK | | | | D |
| | | | | | * Safety/Risk/Regulatory + | 11/12/19 RK | | | | D |
| | | | | | * 1st Point of Contact MRSA/TB/RESP + | 11/12/19 RK | | | | D |
| | | | | | * Pain Assessment + | 11/12/19 RK | | | | D |
| | | | | | * Vitals/Ht/ Wt/ Measurements + | 11/12/19 RK | | | | D |
| | | | | | * Routine Daily Care + | 11/12/19 RK | | | | D |
| | | | | | * Intake and Output + | 11/12/19 RK | | | | D |
| | | | | | * Lines/Drains/Airways + | 11/12/19 RK | | | | D |
| | | | | | * Teach/Educate + | 11/12/19 RK | | | | D |
| | | | | | * Manage/Refer/Contact/Notify + | 11/12/19 RK | | | | D |
| | | | | | * Plan of Care + | 11/12/19 RK | | | | D |
| | | | | | * Sleep Apnea Screening + | 11/12/19 RK | | | | D |
| | | | | | * Controlled Substance + | 11/12/19 RK | | | | D |
| | | | | | * Hygiene Care + | 11/12/19 RK | | | | D |
| Cardiac Output Alteration<br>Change in or modification of the pumping action of the heart or blood vessels | C | 11/12/19 RK | | 11/13/19 GGG | | | | | | |
| * See Health Plan of Care | C | 11/12/19 RK | | 11/13/19 GGG | * Cardiac Output Alteration | 11/12/19 RK | 11/13/19 GGG | | | C |
| Fluid Volume Alteration<br>Change in or modification of bodily fluid | C | 11/12/19 RK | | 11/13/19 GGG | | | | | | |
| * See Health Plan of Care | C | 11/12/19 RK | | 11/13/19 GGG | * Fluid Volume Alteration | 11/12/19 RK | 11/13/19 GGG | | | C |
| Health Maintenance Alteration<br>Change in or modification of ability to manage health-related needs | C | 11/12/19 RK | | 11/13/19 GGG | | | | | | |
| * See Health Plan of Care | C | 11/12/19 RK | | 11/13/19 GGG | * Health Maintenance Alteration | 11/12/19 RK | 11/13/19 GGG | | | C |
| Anxiety<br>Feeling of distress or apprehension whose source is unknown | C | 11/12/19 RK | | 11/13/19 GGG | | | | | | |
| * See Health Plan of Care | C | 11/12/19 RK | | 11/13/19 GGG | * Anxiety | 11/12/19 RK | 11/13/19 GGG | | | C |

| ADDITIONAL CARE ITEMS | | INIT BY | COMP BY | DATE & TIME | DIRECTIONS | STS | SRC |
|---|---|---|---|---|---|---|---|
| * SURG: Admission Assessment + | | 11/12/19 AE | | | | D | AS |
| * SURG: Lines, Drains, Airways Pre-op + | | 11/12/19 AE | | | | D | AS |
| * SURG: Plan of Care Pre-op + | | 11/12/19 AE | | | | D | AS |
| * SURG: Pre Procedure Checklist, Prep + | | 11/12/19 AE | | | | D | AS |
| * SURG: Safety/Risk/Regulatory + | | 11/12/19 AE | | | | D | AS |
| * SURG: Teach/Educate Pre-op + | | 11/12/19 AE | | | | D | AS |
| * SURG: 1st Point of Contact MRSA/TB/RESP+ | | 11/12/19 AE | | | | D | AS |
| * SURG: Assessment PAC + | | 11/12/19 AB | | | | D | AS |
| * SURG: Plan of Care PACU + | | 11/12/19 AB | | | | D | AS |
| * Vitals Welch Allyn Monitor + | | 11/12/19 RK | | | | D | MO |
| * Notify Physician: Vital Signs | +Z | 11/12/19 ZK | | | | D | OE |
| * Pulse Oximeter | +Z | 11/12/19 ZK | | | | D | OE |
| * Activity | +Z | 11/12/19 ZK | | | | D | OE |
| * VTE Prophylaxis Status | +Z | 11/12/19 ZK | | | | D | OE |

Age/Sex: 59 M Attending: Khan,Zahoor MD
Unit #: BD00000629 Account #: BD0100006801
Admitted: 11/12/19 at 2120 Location: BD.3S
Status: DIS IN Room/Bed: BD.3215-1

GROSE,HERBERT (DIS IN)
MEDICAL CITY HEART AND SPINE

Page: 1
Printed 11/14/19 at 0104

| Diagnosis/Problem/Outcome/Care Item Description | Sts | Directions | From |
|---|---|---|---|
| Activity Type / Occurred Date Time by / Recorded Date Time by / Comment / Documented Units | | | Change |

**Activity Date: 11/12/19 Time: 0934**

220801 SURG: Plan of Care Pre-op + A AS
- Create 11/12/19 0934 AE 11/12/19 0935 AE
- Document 11/12/19 0934 AE 11/12/19 0935 AE

Physiological problem/alteration in: Cardiac
- - CARDIAC ALTERATION - -
Cardiac alteration problem expected to: Improve/Resolve
Target date: 11/12/19
Cardiac alteration problem is: Improving/Resolving
Functional problem/alteration in: Activity
- - ACTIVITY ALTERATION - -
Activity alteration problem expected to: Improve/Resolve
Target date: 11/12/19
Activity alteration problem is: Improving/Resolving
Psychological problem/alteration in: Anxiety
- - ANXIETY ALTERATION - -
Anxiety alteration problem expected to: Improve/Resolve
Target date: 11/12/19
Anxiety alteration problem is: Improving/Resolving

220804 SURG: Lines, Drains, Airways Pre-op + A AS
- Create 11/12/19 0934 AE 11/12/19 0934 AE
- Document 11/12/19 0934 AE 11/12/19 0934 AE
- - LINES, DRAINS, AIRWAY - -
- - PERIPHERAL INTRAVENOUS/OTHER - -
IV type: - - Venous Left Antecubital 20 g Inserted 11/12/19 0934 - -
Instance list status: Active
IV/IO/Subcutaneous line status: Start
Inserted by, if other than current documenter: Nurse
Number of attempts: 1
Skin prep used: Chlorhexidine/Alcohol
IV site dressing: Transparent
IV site dressing clean, dry and intact: Yes
IV site absent of redness, heat or edema: Yes
<End>

220806 SURG: Admission Assessment + A AS
- Create 11/12/19 0934 AE 11/12/19 0934 AE
- Document 11/12/19 0934 AE 11/12/19 0934 AE
- - BODY SYSTEM ASSESSMENT - -
Choose body systems to document: Neurological
Cardiovascular
Respiratory
- NEUROLOGICAL ASSESSMENT - -
- - FACIAL SYMMETRY - -
Facial symmetry: Intact
- - PUPIL VARIANCE - -
Pupils equal round reactive to light and accommodation: Yes
- TONGUE - -
Tongue: Midline
- - VOCALIZATION - -

| Diagnosis/Problem/Outcome/Care Item Description | Sts | Directions | From |
|---|---|---|---|
| Activity Type / Occurred Date Time by / Recorded Date Time by / Comment / Documented Units | | | Change |

**Activity Date: 11/12/19 Time: 0934 (continued)**

220806 SURG: Admission Assessment + (continued)
Vocalization: Appropriate
- - REFLEXES - -
Reflexes present and appropriate: Yes
- - CARDIOVASCULAR ASSESSMENT - -
- - JUGULAR DISTENTION - -
Jugular distension: None
- - HEART RHYTHM - -
Cardiac monitor: None
- - RESPIRATORY - -
- - RESPIRATORY EFFORT/PATTERN - -
Respirations even and unlabored: Yes
Airway: Patent
Chest expansion: Symmetrical
Trachea: Midline

**Activity Date: 11/12/19 Time: 0935**

220822 SURG: Pre-Procedure Checklist, Prep + A AS
- Create 11/12/19 0935 AE 11/12/19 0935 AE
- Document 11/12/19 0935 AE 11/12/19 0935 AE
- - PRE-PROCEDURE UNIVERSAL PROTOCOL AND RN
Procedure: ICD IMPLANT
Procedure(s) and site(s) confirmed and marked per policy: Yes
Patient identified by two identifiers and ID band on: Yes
H and P completed within last 30 days and available: Yes
H and P updated, completed and available: Yes
Is patient participating in the Enhanced Surgical Recovery (ESR) program: No
MD orders reviewed: Yes
Procedure documentation verified and available: Adm Assessment
Adm History
Pre-Anesthesia Assessment
Consents complete, valid and available: Procedure(s)
Anesthesia
Blood
Blood products requested: No
Type screen available: No
Lab results reviewed: Pending
- - NPO STATUS - -
Last solids date: 11/11/19
Last liquids date: 11/11/19
Patient voided prior to procedure: Yes
- - SAFETY - -
Assistive devices sent with patient: None
- - PRE-PROCEDURE VITAL SIGNS - -
Blood pressure: 142/68
Pulse: 58
Respiratory rate: 16

01/09/2023 16:09 Law Office of John E. Dunlap (FAX)9013216914 P.079/096

Patient:GROSE, HERBERT MRN:BD0000629 Encounter:BD0100006801 Page 3 of 16



Diagnosis/Problem/Outcome/Care Item Description — Sts Directions — From
Activity Type — Occurred Date Time — Recorded by Date Time — Documented by Comment Units — Change

Activity Date: 11/12/19 Time: 1831 (continued)

220895 SURG: Assessment PAC + (continued)
Current seizure activity: None
Nuchal rigidity: No
Assess respiratory: Yes
- - RESPIRATORY ASSESSMENT - -
Respirations even and unlabored: Yes
Bilateral lungs sounds clear, equal and undiminished: Yes
Airway: Patent
Chest expansion: Symmetrical
Trachea: Midline
Oral membranes: Pink and moist
Oxygen therapy: None
Cough/sputum/secretions: None
Assess cardiovascular: Yes
- - CARDIOVASCULAR ASSESSMENT - -
Heart sounds normal (S1,S2): Yes
Jugular distension: None
Cardiac monitor: Present/Exists
Monitored heart rhythm: Pacing
Cardiac pacer/AICD: Present/Exists
Pacemaker insertion site: Subclavian right
Pacemaker type: Temporary
Pacer wires: Internal
Ventricular assist device: None
Assess integumentary: Yes
- - INTEGUMENTARY ASSESSMENT - -
Skin condition: Warm and dry
Color within expectations for ethnicity: Yes
Skin turgor-tenting less than 1 second: Yes
Skin piercings: None
- - SKIN PIERCINGS - -
Skin alteration/Procedure site: Present/Exists
Skin alteration: - - Procedural site Anterior Subclavian right - -
Instance list status: Active
Tissue type-worst: Dressing intact/device
Dressing/reinforcement type: Adhesive wound dressing
Document advanced wound measurements: No
cm2 area: Cannot Calculate Area Yet
Worst tissue type score: 0
Intact value score: 0
<End>
- - SKIN TEST - -
Document skin test monitor: No
Assess peripheral vascular: Yes
- - PERIPHERAL VASCULAR - -
Capillary refill less than or equal to 3 seconds: Yes
Pulses strong and equal bilaterally: Yes
Calves symmetrical and pain is absent with dorsiflexion: Yes

Activity Date: 11/12/19 Time: 1831 (continued)

220895 SURG: Assessment PAC + (continued)
Peripheral edema: None
Nailbeds: Pink/No signs of clubbing
Clubbing: None
Mechanical prophylaxis in place: None

Activity Date: 11/12/19 Time: 1834

220895 SURG: Assessment PAC + A AS
- Document 11/12/19 1834 AB 11/12/19 1834 AB
- - SURG: ASSESSMENT PACU - -
Postop assessment and management: Ongoing PACU I
PACU assessment time: 1800
Family notified: Yes
Level of consciousness: Awake
Alertness/orientation: Alert
Orient person/place/time
Changes since last assessment: No
Ice Applied: No
If location is extremity, was extremity elevated: No
Assess neurological: No
Assess respiratory: No
Assess cardiovascular: No
Assess EENT: No
Assess gastrointestinal: No
Assess genitourinary: No
Assess gynecological: No
Assess musculoskeletal: No
Assess integumentary: No
Assess peripheral vascular: No
- Document 11/12/19 1834 AB 11/12/19 1835 AB
- - SURG: ASSESSMENT PACU - -
Postop assessment and management: Ongoing PACU I
PACU assessment time: 1815
Family notified: Yes
Level of consciousness: Awake
Alertness/orientation: Alert
Orient person/place/time
Changes since last assessment: No
Ice Applied: No
If location is extremity, was extremity elevated: No
Assess neurological: No
Assess respiratory: No
Assess cardiovascular: No
Assess EENT: No
Assess gastrointestinal: No
Assess genitourinary: No
Assess gynecological: No

PAGE 79/96 * RCVD AT 1/9/2023 4:25:47 PM [Eastern Standard Time] * SVR:VA1PWFAX201/0 * DNIS:8776685331 * CSID:9013216914 * ANI:9013206914 * DURATION (mm-ss):53-04

Age/Sex: 59 M Attending: Khan,Zahoor MD
Unit #: BD00000629 Account #: BD0100006801
Admitted: 11/12/19 at 2120 Location: BD.3S
Status: DIS IN Room/Bed: BD.3215-1

GROSE,HERBERT (DIS IN)
MEDICAL CITY HEART AND SPINE

Page: 5
Printed 11/14/19 at 0104

Diagnosis/Problem/Outcome/Care Item Description — Sts Directions — From
Activity Type — Occurred Date Time — Recorded by Date Time by — Comment — Documented Units — Change

Activity Date: 11/12/19 Time: 2021

220895 SURG: Assessment PAC + A AS
Document 11/12/19 2021 AB 11/12/19 2022 AB
-- SURG: ASSESSMENT PACU --
Postop assessment and management: Ongoing PACU I
PACU assessment time: 1915
Family notified: Yes
Level of consciousness: Awake
Alertness/orientation: Alert
Orient person/place/time
Changes since last assessment: No
Ice Applied: No
If location is extremity, was extremity elevated: No
Assess neurological: No
Assess respiratory: No
Assess cardiovascular: No
Assess EENT: No
Assess gastrointestinal: No
Assess genitourinary: No
Assess gynecological: No
Assess musculoskeletal: No
Assess integumentary: No
Assess peripheral vascular: No

Activity Date: 11/12/19 Time: 2022

220895 SURG: Assessment PAC + A AS
Document 11/12/19 2022 AB 11/12/19 2022 AB
-- SURG: ASSESSMENT PACU --
Postop assessment and management: Ongoing PACU I
PACU assessment time: 1930
Family notified: Yes
Level of consciousness: Awake
Alertness/orientation: Alert
Orient person/place/time
Changes since last assessment: No
Ice Applied: No
If location is extremity, was extremity elevated: No
Assess neurological: No
Assess respiratory: No
Assess cardiovascular: No
Assess EENT: No
Assess gastrointestinal: No
Assess genitourinary: No
Assess gynecological: No
Assess musculoskeletal: No
Assess integumentary: No
Assess peripheral vascular: No

Activity Date: 11/12/19 Time: 2022

220895 SURG: Assessment PAC + A AS
Document 11/12/19 2022 AB 11/12/19 2022 AB
-- SURG: ASSESSMENT PACU --
Postop assessment and management: Ongoing PACU I
PACU assessment time: 1945
Family notified: Yes
Level of consciousness: Awake
Alertness/orientation: Alert
Orient person/place/time
Changes since last assessment: No
Ice Applied: No
If location is extremity, was extremity elevated: No
Assess neurological: No
Assess respiratory: No
Assess cardiovascular: No
Assess EENT: No
Assess gastrointestinal: No
Assess genitourinary: No
Assess gynecological: No
Assess musculoskeletal: No
Assess integumentary: No
Assess peripheral vascular: No

Activity Date: 11/12/19 Time: 2023

220895 SURG: Assessment PAC + A AS
Document 11/12/19 2023 AB 11/12/19 2023 AB
-- SURG: ASSESSMENT PACU --
Postop assessment and management: Ongoing PACU I
PACU assessment time: 2000
Family notified: Yes
Level of consciousness: Awake
Alertness/orientation: Alert
Orient person/place/time
Changes since last assessment: No
Ice Applied: No
If location is extremity, was extremity elevated: No
Assess neurological: No
Assess respiratory: No
Assess cardiovascular: No
Assess EENT: No
Assess gastrointestinal: No
Assess genitourinary: No
Assess gynecological: No
Assess musculoskeletal: No
Assess integumentary: No
Assess peripheral vascular: No

| Diagnosis/Problem/Outcome/Care Item Description | Sts | Directions | From |
|---|---|---|---|
| Activity Type / Occurred Date Time / Recorded by Date Time / by Comment | | Documented Units | Change |

Activity Date: 11/12/19 Time: 2050 (continued)

220210 Admission/Shift Assessment + (continued)
- - URINE CHARACTERISTICS - -
Urine clear, yellow to amber in color: Yes
Continent of urine for developmental age without catheter: Yes
Abnormal urinary conditions: None
- - FISTULA/GRAFT - -
Fistula/graft present: No
- - ABNORMAL GENITALIA - -
Abnormal genitalia: None
- - URETHRAL DISCHARGE/LESIONS - -
Urethral discharge: None
Urethral lesions: None
Scrotal swelling: None
- - SIGNS/SYMPTOMS - INJURY/TRAUMA - -
Signs or symptoms of recent injury or trauma: None
- - MUSCULOSKELETAL - -
Full range of motion appropriate for developmental age: Yes
- - GAIT - -
Developmentally age appropriate gait: Yes
- - AMBULATION - -
Developmentally appropriate independent ambulation: Yes
- - PARESTHESIA - -
Paresthesia: None
- - ACUTE CONDITION - -
Musculoskeletal acute condition: None
- - TRACTION - -
Traction: None
- - POSITIONING AIDS - -
Positioning aids: None
Contractures: None
- - INTEGUMENTARY - -
Skin condition: Warm and dry
- - SKIN COLOR - -
Color within expectations for ethnicity: Yes
Skin turgor-tenting less than 1 second: Yes
- - SKIN PIERCINGS - -
Skin piercings: None
- - SKIN ALTERATION - -
Skin alteration/Procedure site: Present/Exists
Document skin test monitor: No
- - VASCULAR - -
- - CAP REFILL DELAY - -
Capillary refill less than or equal to 3 seconds: Yes
- - PERIPHERAL PULSE - -
Pulses strong and equal bilaterally: Yes
- - CALF INSPECTION - -
Calves symmetrical and pain is absent with dorsiflexion: Yes
- - PERIPHERAL EDEMA - -

Activity Date: 11/12/19 Time: 2050 (continued)

220210 Admission/Shift Assessment + (continued)
Peripheral edema: None
- - MECHANICAL PROPHYLAXIS - -
Nailbeds: Pink/No signs of clubbing
Clubbing: None
Mechanical prophylaxis in place: None
- - PSYCHOSOCIAL - -
Mood and affect are congruent: Yes
Thought processes are goal directed and spontaneous: Yes
- - MOOD AND BEHAVIOR - -
Mood, behavior appropriate for situation/developmental age: Yes
- - THOUGHT PROCESSES - -
Thought processes appropriate for developmental age: Yes
- - SPEECH - -
Speech coherent and conversational: Yes
- - VOCALIZATION - -
Speech/vocalization is appropriate for developmental age: Yes
- - MEMORY - -
Short term and long term memory appears intact: Yes
Able to comprehend and follow directions: Yes
- - BODY IMAGE DISTURBANCE - -
Body image disturbance: None
- - PARANOIA AND DELUSIONS - -
Paranoid ideation/delusions/hallucinations: None
220220 Safety/Risk/Regulatory + A CP
Document 11/12/19 2050 HK 11/12/19 2305 HK
- - SAFETY/RISK/REGULATORY - -
Isolation status: Standard precautions
- - SKIN RISK - -
Assess adult skin risk: Yes
Able to comprehend and follow directions: Yes
Able to ambulate: Yes
Incontinent: No
Existing wound: No
Skin integrity impairment risk: No
- - FALL RISK - -
Assess fall risk: Yes
Able to comprehend and follow directions: Yes
Fall interventions in use: Bed exit alarm
Fall precautions observed: Yes
Is patient at high risk for falls: Yes
- - SUICIDE - -
Assess suicide: Yes
Suicidal thoughts: None in lifetime
Patient is at risk for suicide: No
- - SEVERE SEPSIS SCREENING - -
Assess sepsis: Yes
Temperature: No

P.082/096 (FAX)9013216914 16:11 Law Office of John E. Dunlap 01/09/2023



PAGE 82/96 * RCVD AT 1/9/2023 4:25:47 PM [Eastern Standard Time] * SVR:VA1PWFAX201/0 * DNIS:8776685331 * CSID:9013216914 * ANI:9013206914 * DURATION (mm-ss):53-04

Age/Sex: 59 M
Unit #: BD00000629
Admitted: 11/12/19 at 2120
Status: DIS IN

Attending: Khan, Zahoor MD
Account #: BD0100006801
Location: BD.3S
Room/Bed: BD.3215-1

GROSE, HERBERT (DIS IN)

MEDICAL CITY HEART AND SPINE



Printed 11/14/19 at 0104

| Diagnosis/Problem/Outcome/Care Item Description | | | | | | | Sts | Directions | | From |
|---|---|---|---|---|---|---|---|---|---|---|
| Activity | Occurred | | Recorded | | | | | Documented | | |
| Type | Date | Time | by | Date | Time | by | Comment | Units | | Change |

**Activity Date: 11/12/19 Time: 2249**

Diagnosis/Problem: Facility Standard of Care A
Facility Standards of Practice
Create 11/12/19 2249 RK 11/12/19 2249 RK
Outcome: Standards of Practice will be met A
Create 11/12/19 2249 RK 11/12/19 2249 RK
220200 Admission Health History + A CP
Create 11/12/19 2249 RK 11/12/19 2249 RK
220205 Health History Update + A CP
Create 11/12/19 2249 RK 11/12/19 2249 RK
220210 Admission/Shift Assessment + A CP
Create 11/12/19 2249 RK 11/12/19 2249 RK
220220 Safety/Risk/Regulatory + A CP
Create 11/12/19 2249 RK 11/12/19 2249 RK
220230 1st Point of Contact MRSA/TB/RESP + A CP
Create 11/12/19 2249 RK 11/12/19 2249 RK
220235 Pain Assessment + A CP
Create 11/12/19 2249 RK 11/12/19 2249 RK
220316 Sleep Apnea Screening + A CP
Create 11/12/19 2249 RK 11/12/19 2249 RK
220400 Vitals/Ht/ Wt/ Measurements + A CP
Create 11/12/19 2249 RK 11/12/19 2249 RK
220415 Routine Daily Care + A CP
Create 11/12/19 2249 RK 11/12/19 2249 RK
220417 Hygiene Care + A CP
Create 11/12/19 2249 RK 11/12/19 2249 RK
220420 Intake and Output + A CP
Create 11/12/19 2249 RK 11/12/19 2249 RK
220425 Lines/Drains/Airways + A CP
Create 11/12/19 2249 RK 11/12/19 2249 RK
220430 Teach/Educate + A CP
Create 11/12/19 2249 RK 11/12/19 2249 RK
220437 Controlled Substance + A CP
Create 11/12/19 2249 RK 11/12/19 2249 RK
220445 Manage/Refer/Contact/Notify + A CP
Create 11/12/19 2249 RK 11/12/19 2249 RK
220700 Plan of Care + A CP
Create 11/12/19 2249 RK 11/12/19 2249 RK

**Activity Date: 11/12/19 Time: 2250**

220205 Health History Update + A CP
Document 11/12/19 2250 RK 11/12/19 2250 RK
- - HEALTH HISTORY UPDATE - -

**Activity Date: 11/12/19 Time: 2306**

220415 Routine Daily Care + A CP
Document 11/12/19 2306 RK 11/12/19 2307 RK
- - DAILY CARE ROUTINE - -
Activity: Bedrest
Level of assistance: Set up assistance
Specialty bed: Basic air
Head of bed elevation: Self regulated
Transport method: Bed
Appetite: Good

**Activity Date: 11/12/19 Time: 2307**

220425 Lines/Drains/Airways + A CP
Document 11/12/19 2307 RK 11/12/19 2316 RK
- - LINES, DRAINS, AIRWAY - -
- - PERIPHERAL INTRAVENOUS/OTHER - -
IV type: - - Intraosseous special catheter Right Hand 20 g Inserted 11/12/19 2120
- -
Instance list status: Active
IV/IO/Subcutaneous line status: Present on arrival
IV site dressing: Transparent
IV site dressing clean, dry and intact: Yes
IV site absent of redness, heat or edema: Yes
- - Venous Left Antecubital 20 g Inserted 11/12/19 0934 - -
Instance list status: Active
IV/IO/Subcutaneous line status: Present on arrival
IV site dressing: Transparent
IV site dressing clean, dry and intact: Yes
IV site absent of redness, heat or edema: Yes
<End>

**Activity Date: 11/12/19 Time: 2316**

220430 Teach/Educate + A CP
Document 11/12/19 2316 RK 11/12/19 2316 RK
- - PATIENT/FAMILY TEACHING - -
Primary learner: Patient

**Activity Date: 11/12/19 Time: 2318**

Diagnosis/Problem: Cardiac Output Alteration A
Change in or modification of the
pumping action of the heart or blood
vessels.
Create 11/12/19 2318 RK 11/12/19 2318 RK

01/09/2023 16:11 Law Office of John E. Dunlap (FAX)9013216914 P.083/096
Patient:GROSE, HERBERT MRN:BD000000629 Encounter:BD0100006801 Page 11 of 16

Age/Sex: 69 M Attending: Khan,Zahoor MD
Unit #: BD00000629 Account #: BD0100006801
Admitted: 11/12/19 at 2120 Location: BD.3S
Status: DIS IN Room/Bed: BD.321S-1

GROSE,HERBERT (DIS IN)
MEDICAL CITY HEART AND SPINE



Diagnosis/Problem/Outcome/Care Item Description Sts Directions From
Activity Occurred Recorded Documented
Type Date Time by Date Time by Comment Units Change

Activity Date: 11/13/19 Time: 0747 (continued)

220210 Admission/Shift Assessment + (continued)
Upper extremities equal and strong bilaterally: Yes
- - LOWER EXTREMITY - -
Lower extremities equal and strong bilaterally: Yes
- - GAIT/BALANCE - -
Gait, strength, balance: Appropriate
General weakness: None
Dizziness: None
Headache: None
Eye pain: None
Blurred vision: None
Double vision: None
- - NUMB/TINGLING/PARALYSIS - -
Numbness/tingling, paresis/paralysis, tremors: None
- - SEIZURE ACTIVITY - -
Current seizure activity: None
Nuchal rigidity: No
- - CARDIOVASCULAR ASSESSMENT - -
- - HEART SOUNDS/MURMUR - -
Heart sounds normal (S1,S2): Yes
- - JUGULAR DISTENTION - -
Jugular distension: None
- - HEART RHYTHM - -
Cardiac monitor: Present/Exists
Monitored heart rhythm: Pacing
- - PACING/AICD - -
Cardiac pacer/AICD: Present/Exists
Pacemaker insertion site: Subclavian right
Pacemaker type: Permanent
Pacer wires: Internal
Ventricular assist device: None
- - RESPIRATORY - -
- - RESPIRATORY EFFORT/PATTERN - -
Respirations even and unlabored: Yes
- - BREATH SOUNDS - -
Bilateral lungs sounds clear, equal and undiminished: Yes
Airway: Patent
Chest expansion: Symmetrical
Trachea: Midline
Oral membranes: Pink and moist
- - OXYGEN THERAPY - -
Oxygen therapy: None
- - COUGH/SPUTUM - -
Cough/sputum/secretions: None
- - EENT - -
- - EYE ABNORMALITIES - -
Eye physical abnormalities or drainage: None
- - EAR ABNORMALITIES

Diagnosis/Problem/Outcome/Care Item Description Sts Directions From
Activity Occurred Recorded Documented
Type Date Time by Date Time by Comment Units Change

Activity Date: 11/13/19 Time: 0747 (continued)

220210 Admission/Shift Assessment + (continued)
Ear physical abnormalities or drainage: None
- - NOSE ABNORMALITIES - -
Nose physical abnormalities or drainage: None
- - MOUTH/THROAT ABNORMALITIES - -
Mouth/throat physical abnormalities or drainage: None
Mucous membranes: Intact
Moist
Pink
- - GASTROINTESTINAL - -
Nausea: None
- - VOMITING - -
Vomiting/Dry heaving: None
- - ABDOMEN - -
Abdomen is soft, symmetrical, and non-tender: Yes
- - BOWEL SOUNDS - -
Bowel sounds normal-active in all 4 quadrants: Yes
Passing flatus: Yes
- - STOOL - -
Document stool: Normal for patient
- - GENITOURINARY - -
- - URINE CHARACTERISTICS - -
Urine clear, yellow to amber in color: Yes
Continent of urine for developmental age without catheter: Yes
Abnormal urinary conditions: None
- - FISTULA/GRAFT - -
Fistula/graft present: No
- - ABNORMAL GENITALIA - -
Abnormal genitalia: None
- - URETHRAL DISCHARGE/LESIONS - -
Urethral discharge: None
Urethral lesions: None
Scrotal swelling: None
- - SIGNS/SYMPTOMS - INJURY/TRAUMA - -
Signs or symptoms of recent injury or trauma: None
- - MUSCULOSKELETAL - -
Full range of motion appropriate for developmental age: Yes
- - GAIT - -
Developmentally age appropriate gait: Yes
- - AMBULATION - -
Developmentally appropriate independent ambulation: Yes
- - PARESTHESIA - -
Paresthesia: None
- - ACUTE CONDITION - -
Musculoskeletal acute condition: None
- - TRACTION - -
Traction: None
- - POSITIONING AIDS - -

PAGE 83/96 * RCVD AT 1/9/2023 4:25:47 PM [Eastern Standard Time] * SVR:VA1PWFAX201/0 * DNIS:8776685331 * CSID:9013216914 * ANI:9013206914 * DURATION (mm-ss):53-04

01/09/2023 16:12 Law Office of John E. Dunlap (FAX)9013216914 P.084/096



Age/Sex: 59 M Attending: Khan,Zahoor MD
Unit #: BD00000629 Account #: BD0100006801
Admitted: 11/12/19 at 2120 Location: BD.3S
Status: DIS IN Room/Bed: BD.3215-1

GROSE,HERBERT (DIS IN)

MEDICAL CITY HEART AND SPINE

Page: 13

Printed 11/14/19 at 0104

Diagnosis/Problem/Outcome/Care Item Description — STS Directions — From
Activity Type — Occurred Date Time by — Recorded Date Time by — Comment — Documented Units — Change

Activity Date: 11/13/19 Time: 0747 (continued)

220235 Pain Assessment + (continued)
Patient goal for pain management: No pain-0
Pain scale utilized: Verbal numeric
Numeric pain scale: No pain-0
Pain intensity: 0
220415 Routine Daily Care + A CP
Document 11/13/19 0747 GGG 11/13/19 1011 GGG
- - DAILY CARE ROUTINE - -
Activity: Ambulate in room
Bathroom privileges
Chair
Level of assistance: Independent
Specialty bed: Basic air
Head of bed elevation: Self-regulated
Transport method: Wheelchair
Appetite: Good
220425 Lines/Drains/Airways + A CP
Document 11/13/19 0747 GGG 11/13/19 1012 GGG
- - LINES, DRAINS, AIRWAY - -
- - PERIPHERAL INTRAVENOUS/OTHER - -
IV type: - - Venous Left Antecubital 20 g Inserted 11/12/19 0934 - -
Instance list status: Active
IV/IO/Subcutaneous line status: Monitor
IV site dressing: Transparent
IV site dressing clean, dry and intact: Yes
IV site absent of redness, heat or edema: Yes

- - Intraosseous special catheter Right Hand 20 g Inserted 11/12/19 2120

Instance list status: Inactive
IV/IO/Subcutaneous line status: Discontinue
IV removal reason: Physician order
IV removal date: 11/12/19
IV removal time: 2000
<End>
220430 Teach/Educate + A CP
Document 11/13/19 0747 GGG 11/13/19 1013 GGG
- - PATIENT/FAMILY TEACHING - -
Primary learner: Patient
Other learner: Family
Barriers to communication/learning: None
Discharge/Health behavior topics: Home medications
Person(s) educated: Patient
Readiness to learn: Cooperative
Method of education: Teach-back
Verbal discussion
Responsiveness to learning: Verbalized understanding
Demonstrate understanding

Activity Date: 11/13/19 Time: 0747 (continued)

220430 Teach/Educate + (continued)
Medication topics: Home medications
220700 Plan of Care + A CP
Document 11/13/19 0747 GGG 11/13/19 1014 GGG
- - CARDIAC ALTERATION - -
Cardiac alteration problem expected to: Improve/Resolve
Target date: 11/13/19
Cardiac alteration problem is: Improving/Resolving
Cardiac alteration problem has: Improved/Resolved
- - FLUID VOLUME ALTERATION - -
Fluid volume alteration problem expected to: Improve/Resolve
Target date: 11/13/19
Fluid volume alteration problem is: Improving/Resolving
Fluid volume alteration problem has: Improved/Resolved
- - ANXIETY ALTERATION - -
Anxiety alteration problem expected to: Improve/Resolve
Target date: 11/13/19
Anxiety alteration problem is: Improving/Resolving
Anxiety alteration problem has: Improved/Resolved
- - HEALTH MAINTENANCE ALTERATION - -
Health maintenance alteration problem expected to: Improve/Resolve
Target date: 11/13/19
Health maintenance alteration problem is: Improving/Resolving
Health maintenance alteration problem has: Improved/Resolved
- - MAIN SCREEN SELECTIONS - -
Physiological problem/alteration in: Cardiac
Functional problem/alteration in: Fluid volume
Psychological problem/alteration in: Anxiety
Health behavior problem/risk: Health maintenance

Activity Date: 11/13/19 Time: 0754

220558 RT: Nebulizer Treatment + #8 A PS
Create 11/13/19 0754 NLP 11/13/19 0754 NLP
Document 11/13/19 0754 NLP 11/13/19 0756 NLP
- - RT NEBULIZER TREATMENT - -
Nebulizer treatment: Initial
Pulse pre: 67
Pulse source pre: Monitor
Respiratory rate pre: 18
SPO2% pre: 98
Pulse post: 60
Pulse source post: Monitor
Respiratory rate post: 16
SPO2% post: 98
Pre-treatment left upper lobe: Clear
Pre-treatment left lower lobe: Clear
Pre-treatment right upper lobe: Clear

PAGE 84/96 * RCVD AT 1/9/2023 4:25:47 PM [Eastern Standard Time] * SVR:VA1PWFAX2010/0 * DNIS:8776685331 * CSID:9013216914 * ANI:9013206914 * DURATION (mm-ss):53-04

Age/Sex: 59 M  Attending: Khan, Zahoor MD
Unit #: B000000629  Account #: BD0100006801
Admitted: 11/12/19 at 2120  Location: BD.3S
Status: DIS IN  Room/Bed: BD.3215-1

GROSE,HERBERT (DIS IN)
MEDICAL CITY HEART AND SPINE


Printed 11/14/19 at 0104

Diagnosis/Problem/Outcome/Care Item Description  Sts Directions  From
Activity Type  Occurred Date Time by  Recorded Date Time by  Comment  Documented Units  Change

**Activity Date: 11/13/19  Time: 1014**

Diagnosis/Problem: Health Maintenance Alteration  C
Change in or modification of ability
to manage health-related needs.
Ed Status  11/13/19 1014 GGG  11/13/19 1014 GGG  A => C
Outcome: See Health Plan of Care  C
- Ed Status  11/13/19 1014 GGG  11/13/19 1014 GGG  A => C
220742  Health Maintenance Alteration  C  CP
Ed Status  11/13/19 1014 GGG  11/13/19 1014 GGG  A => C
- Comment  11/13/19 1014 GGG  11/13/19 1014 GGG
Status changed by query: G1700000AA
Diagnosis/Problem: Anxiety  C
Feeling of distress or apprehension
whose source is unknown.
Ed Status  11/13/19 1014 GGG  11/13/19 1014 GGG  A => C
Outcome: See Health Plan of Care  C
- Ed Status  11/13/19 1014 GGG  11/13/19 1014 GGG  A => C
220761  Anxiety  C  CP
Ed Status  11/13/19 1014 GGG  11/13/19 1014 GGG  A => C
- Comment  11/13/19 1014 GGG  11/13/19 1014 GGG
Status changed by query: P400XXXXAB

**Activity Date: 11/13/19  Time: 1026**

220425  Lines/Drains/Airways +  A  CP
- Document  11/13/19 1026 GGG  11/13/19 1027 GGG
- - LINES, DRAINS, AIRWAY - -
- - PERIPHERAL INTRAVENOUS/OTHER - -
IV type:  - - Venous Left Antecubital 20 g Inserted 11/12/19 0904 - -
Instance list status: Inactive
IV/IO/Subcutaneous line status: Discontinue
IV removal reason: Physician order
IV removal date: 11/13/19
IV removal time: 1027
<End>

**Activity Date: 11/13/19  Time: 1051**

Patient Notes: NURSE NOTES
Create  11/13/19 1051 GGG  11/13/19 1052 GGG
Pt discharge via wheelchair with resource nurse and his daughter. Pt stable.
Note Type  Description
No Type  None

Diagnosis/Problem/Outcome/Care Item Description  Sts Directions  From
Activity Type  Occurred Date Time by  Recorded Date Time by  Comment  Documented Units  Change

**Activity Date: 11/13/19  Time: 1152**

220215  Quick Start +  D  AS
Ed Status  11/13/19 1152 his  11/13/19 1152 his  A => D
220402  Vitals Welch Allyn Monitor +  D  MD
Ed Status  11/13/19 1152 his  11/13/19 1152 his  A => D
220550  RT: Nebulizer Treatment +  #J D  PS
Ed Status  11/13/19 1152 his  11/13/19 1152 his  A => D
220586  RT: Oxygen +  D  PS
- Ed Status  11/13/19 1152 his  11/13/19 1152 his  A => D
220595  RT: Initial Evaluation +  D  PS
- Ed Status  11/13/19 1152 his  11/13/19 1152 his  A => D
220599  RT 1:1 Time Assessment +  D  PS
Ed Status  11/13/19 1152 his  11/13/19 1152 his  A => D
220801  SURG: Plan of Care Pre-op +  D  AS
Ed Status  11/13/19 1152 his  11/13/19 1152 his  A => D
220802  SURG: Plan of Care PACU +  D  AS
Ed Status  11/13/19 1152 his  11/13/19 1152 his  A => D
220804  SURG: Lines, Drains, Airways Pre-op +  D  AS
Ed Status  11/13/19 1152 his  11/13/19 1152 his  A => D
220806  SURG: Admission Assessment +  D  AS
Ed Status  11/13/19 1152 his  11/13/19 1152 his  A => D
220822  SURG: Pre-Procedure Checklist, Prep +  D  AS
Ed Status  11/13/19 1152 his  11/13/19 1152 his  A => D
220838  SURG: 1st Point of Contact MRSA/TB/RESP+ D  AS
Ed Status  11/13/19 1152 his  11/13/19 1152 his  A => D
220842  SURG: Safety/Risk/Regulatory +  D  AS
Ed Status  11/13/19 1152 his  11/13/19 1152 his  A => D
220843  SURG: Teach/Educate Pre-op +  D  AS
Ed Status  11/13/19 1152 his  11/13/19 1152 his  A => D
220895  SURG: Assessment PAC +  D  AS
- Ed Status  11/13/19 1152 his  11/13/19 1152 his  A => D
220901  Discharge Instructions +  D  PS
Ed Status  11/13/19 1152 his  11/13/19 1152 his  A => D
28004  Activity  +z D  OE

Activity: Ambulation
Comment:
Comment:
Ed Status  11/13/19 1152 his  11/13/19 1152 his  A => D
28190  Sequential Compression Device  +z D  OE
Ed Status  11/13/19 1152 his  11/13/19 1152 his  A => D
35087  Notify Physician: Vital Signs  +z D  OE
- Ed Status  11/13/19 1152 his  11/13/19 1152 his  A => D
35151  Pulse Oximeter  +z D  OE

Continuous No  until (time)
Spot Check  Frequency:
If Pulse ox <  , notify physician

BD0100006801



# Medication List

Grose, Herbert DOB:
Account No 8X703916123
Gender:Male
Race:Black or African American
Ethnicity:Not Hispanic or Latino
Preferred Language:English
10/03/2019

## Allergies

- Warfarin Sodium (Active)
- Coumadin (Active)

## Medication List

Other medications you are on

- Taking Carvedilol : 25 MG 1 tab(s) Orally 2 times a day,90 day(s) ,180 Tablet
- Taking Entresto : 97-103 MG 1 tablet Orally Twice a day,30 day(s) ,60
- Taking Proventil HFA : 108 (90 Base) MCG/ACT 2 puffs as needed Inhalation every 6 hrs
- Taking Symbicort : 160-4.5 MCG/ACT 2 puffs Inhalation Twice a day

## Smoking Status

- a never smoker

MEDICAL CITY HEART SPINE

CASE MANAGEMENT REPORT

PATIENT NAME: GROSE,HERBERT
ACCOUNT: BD0100006801
ADMIT: 11/12/19
ATTENDING: Khan,Zahoor MD

DOB:
AGE: 59
MRN: BD00000629

TEXT SECTION

---

HCM SUPPORT SERVICES

No HCM Support Services data on file for this encounter in MIDAS+

---

HCM DISCHARGE PLANNING

---

HCM Discharge Planning Comments:

---

HCM DISCHARGE PLANNING EVALUATION

---

HCM Discharge Planning User Fields:

---

Updated by: INTERFACE,HIS () - 11/13/2019 8:21 PM

---

PATIENT NAME: GROSE,HERBERT ACCT #: BD0100006801

Left atrial volume is mildly increased.
Right Ventricle
Normal right ventricle structure and function.
Right Atrium
The right atrium is normal in size.
Mitral Valve
Normal mitral valve structure.
There is trace mitral regurgitation present.
Aortic Valve
Normal aortic valve structure.
There is no evidence of aortic regurgitation.
Tricuspid Valve
Normal tricuspid valve structure.
There is trace tricuspid regurgitation present.
Insufficient tricuspid regurgitation to measure RSVP.
Pulmonic Valve
Normal pulmonic valve structure.
There is no evidence of pulmonic regurgitation.
Pericardial Effusion
No evidence of pericardial effusion.

Miscellaneous
The aorta appears normal.
The inferior vena cava is not well visualized.

M-Mode/2D Measurements
M-Mode/2D Measurements

LV Diastolic Dimension: 6.42 cm
LV Septum Diastolic: 0.8 cm
LV PW Diastolic: 1.04 cm

LV Systolic Dimension: 6.04 cm
AO Root Dimension: 3.17 cm
LA volume: 76.18 ml
LA index:38ml/m^2
LVOT: 2.27 cm

Doppler
Doppler Measurements

AV Peak Velocity: 111.21 cm/s
AV Peak Gradient: 4.95 mmHg
AV Mean Gradient: 2.71 mmHg
LVOT Peak Velocity: 99.14 cm/s
AV Area (Continuity):3.2 cm^2

E' Velocity: 6 cm/s

MV Peak E-Wave: 42.75 cm/s
MV Peak A-Wave: 54.19 cm/s
MV E/A Ratio: 0.79
MV Deceleration Time: 240.8 msec
PV Peak Velocity: 99.71 cm/s
PV Peak Gradient: 3.96 mmHg

Conclusions

Summary
The left ventricular chamber is moderately dilated.
There is severely decreased left ventricular systolic function.
The EF is estimated at <20%.
Grade 1 diastolic dysfunction is present.
Left atrial volume is mildly increased.
Normal right ventricle structure and function.
There is trace mitral regurgitation present.
There is trace tricuspid regurgitation present.

Signature

BD0100006801

*Heart Center USA*
4901 Raleigh Common Dr Ste 100, Memphis, TN • PH: (901) 672-1801 • FAX: (901) 730-0653

September 09, 2019
Joseph S. Weinstein MD

## Grose. Herbert

*59y M*
Patient #: 473877

Established Patient Visit
*with Joseph S. Weinstein MD*
*on 09/09/2019 3:00 pm*

**Allergies**
- No Known Allergies

**Active Problems**
- Cardiomyopathy Dilated
- Hyperlipidemia
- Ventricular Thrombosis Left

**Current Medication**
- Carvedilol 25MG Oral Tablet
  *twice a day 90 days 2 refills*
- CoQ10 100MG Oral Capsule
  *once a day 0 days 0 refills*
- Entresto 97-103MG Oral Tablet
  *twice a day 90 days 1 refills*
- ProAir HFA 108 (90 Base)MCG/ACT Inhalation Aerosol Solution
  *as directed 0 days 0 refills*
- Singulair 10MG Oral Tablet
  *once a day 0 days 0 refills*
- Symbicort 160-4.5MCG/ACT Inhalation Aerosol
  *as directed 0 days 0 refills*

**Chief Complaint**
- The Chief Complaint is: Follow up cardiomyopathy, hyperlipidemia

**History of Present Illness**
- No edema. No chest pain or discomfort and no palpitations. No dyspnea. No dizziness and no fainting. Patient states is he doing well

**Past Medical/Surgical History**
- hyperlipidemia
- Dilated cardiomyopathy
- left ventricular thrombosis
- no recent change in medical history
- No recent change in medical history.

**Recent Test Results**
- An echocardiogram was performed 7/19/2019 EF <20% mod dilated LV, diastolic dysfunction, trace MR & TR.
- Other imaging studies 7-23-18 holter SR with IV conduction delay, freq PVC's and 1 3 beat run of VT. An echocardiogram was performed 12-7-18 severe LVE, EF-20% severe LV hypokinesis, grade 2/4 LV diastolic dysfxn, compared 7/18 changes have occurred: Grade 2/4 LVH is new. Cardiac catheterization was performed 1-2-18 EF-15-20% LM-nl, LAD-nl and extends to the LV apex with normal flow and no stenosis. LCX-nl, RCA-dominant and normal; severe LV hypokinesis, no aortic or mitral stenosis, trace MI.

**Family History**
- family medical history
- pacemaker placement sister
- No recent changes in family medical history.

**Social History**
- caffeine use
- not using alcohol
- no tobacco use
- social history unchanged
- No recent changes in social history.

BD0100006801



Oxygen Saturation: 98 %

**General Appearance**
- Well developed, well nourished, and in no acute distress.

**Eye**
- The extraocular movements were normal and PERRLA. The conjunctiva exhibited no abnormalities.

**Neck**
- No carotid bruits, the neck demonstrated no decrease in suppleness, and the thyroid showed no abnormalities. JVD not increased.

**Chest**
- No thoracic asymmetry was noted.

**CV**
- Heart rate and rhythm normal. S1 normal, the S2 was normal. no S3 was heard, no S4 was heard, no gallop was heard, and no pericardial friction rub was heard. No murmurs were heard, no thrill, and dorsalis pedis pulses were normal. Edema not present.

**Lung**
- Respiration rhythm and depth was normal, the lungs were clear to auscultation, and no wheezing was heard bilaterally.

**Musculoskeletal**
- Normal movement of all extremities and no acropachy of the fingers was observed. The posture was normal and no musculoskeletal swelling was seen.

**Abdominal**
- The bowel sounds were normal, abdominal non-tender, and no abdominal mass was palpated.

**Neurological**
- Oriented to time, place, and person. Balance was normal and gait and stance were normal. The mood was euthymic.

**Integumentary**
- No rash. No pallor. The skin was dry and generally warm to the touch. No skin lesions and no ulcer was seen.

**Assessment**
- Dilated cardiomyopathy. Hypertension. Hyperlipidemia.

BD0100006801

## TEXAS CARDIAC ARRHYTHMIA | MEDICAL CITY DALLAS
SCHEDULING FORM

PATIENT NAME: Herbert Grose DOB: ____

1ST PHONE: ____ 2ND PHONE: ____

PROCEDURE DATE: 11/12/19 PROCEDURE LENGTH: 90 MINUTES

**PHYSICIAN:**

- O DR. BAILEY
- O DR. HORTON
- O DR. HRANITZKY
- ✓ DR. SANCHEZ

**PROCEDURE:**

- O EPS [93620]
- O AVN/AVJ RFA [93650]
- O PVAI [93656]
- O LAFL RFA [93656]
- O AFL RFA [93653]
- O SVT RFA [93653]
- O AVNRT RFA [93653]
- O WPW RFA [93653]
- O VT RFA [93654]
- O PVC RFA [93654]
- O DCCV [92960]
- O DCCV ICD [93799]
- O WATCHMAN [33340]
- O COIL CLOSURE [33340]
- O PPM SINGLE RA LEAD IMPLANT [33206]
- O PPM SINGLE RV LEAD IMPLANT [33207]
- O PPM DUAL IMPLANT [33208]
- O PPM SINGLE BIV IMPLANT [33207/33225]
- O PPM DUAL BIV IMPLANT [33208/33225]
- O MICRA PPM IMPLANT [33274]
- O PPM SINGLE GEN CHANGE [33227]
- O PPM DUAL GEN CHANGE [33228]
- O PPM MULTI GEN CHANGE [33229]
- O PPM REMOVAL [33233]
- ✓ ICD SINGLE/DUAL IMPLANT [33249]
- O ICD BIV IMPLANT [33249/33225]
- O ICD SUBQ IMPLANT [33270]
- O ICD SUBQ GEN CHANGE [33262]
- O ICD SINGLE GEN CHANGE [33262]
- O ICD DUAL GEN CHANGE [33263]
- O ICD MULTI GEN CHANGE [33264]
- O ICD DUAL TO BIV [33264/33225]
- O ICD REMOVAL [33241]
- O LINQ IMPLANT [33285]
- O LINQ REMOVAL [33286]
- O TEE [93312]
- O CTA o [77572] o [71275]
- O ECHO o [93306] o [93307] o [93308]
- O OTHER: ____

**DIAGNOSIS:**

- O PAROXYSMAL AFIB [I48.0]
- O PERSISTENT AFIB [I48.1]
- O CHRONIC AFIB [I48.2]
- O TYPICAL ATRIAL FLUTTER [I48.3]
- O ATYPICAL ATRIAL FLUTTER [I48.4]
- O SVT [I47.1]
- O WPW [I45.6]
- O VT [I47.2]
- O PVC [I49.3]
- O HEART FAILURE [I50.22]
- O 1ST DEGREE AV BLOCK [I44.0]
- O 2ND DEGREE AV BLOCK [I44.1]
- O COMPLETE HEART BLOCK [I44.2]
- ✓ DILATED CARDIOMYOPATHY [I42.0]
- ✓ NONISCHEMIC CARDIOMYOPATHY [I42.8]
- O ISCHEMIC CARDIOMYOPATHY [I25.5]
- O SINUS NODE DYSFUNCTION [I49.5]
- O BRADYCARDIA [R00.1]
- O PALPITATIONS [R00.2]
- O SYNCOPE [R55]
- O STROKE [I63.9]
- O PPM AT ERI [Z45.010]
- O ICD AT ERI [Z45.02]
- O OTHER: ____

MAPPING: o CARTO o CRYO o ENSITE

DEVICE: ✓ MEDTRONIC o ST. JUDE o BOSTON

WE ARE COMMITTED TO EXCELLENCE ALWAYS; EVERY ACTION, EVERY PATIENT, EVERY TIME.

BD0100006801

## Coverage and Benefits Information

### Insj/Rplcmt Defib W/Lead(S) - 33249

**Coverage Basis** - **Insj/Rplcmt Defib W/Lead(S)**

IN NETWORK

**PLACE OF SERVICE** On Campus-Outpatient Hospital

- NO AUTHORIZATION REQUIRED
- Procedure codes are supported for preauthorization requirement only and are not used for benefit determination

BD0100006801

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Name: | Herbert Grose | Midmark Diagnostics Group | | | Rate: | 56 | BPM | Interpretation: |
| ID: | 703916123 | Req. Physician: | SANCHEZ, JAVIER E | | PR: | 150 | msec | Sinus Bradycardia |
| Sex: | Male | Technician: | | | QT/QTc: | 434/417 | msec | Voltage criteria for LVH (S(V1)+R(V6) exceeds 3.50 mV) -Nonspecific QRS widening |
| BP: | | History: | . | | QRSD: | 128 | msec | - Diffuse nonspecific T-abnormality. |
| Weight: | lbs | Medication: | .. | | P Axis: | 76 | | |
| Height: | inches | Date of Report: | 10/03/19 | 12:54:45 | QRS Axis: | 3 | | ABNORMAL |
| DOB: | [illegible] Years) | Reviewed By: | | | T Axis: | - | | |
| Comments: | | Review Date: | 10/03/19 | 12:54:47 | | | | |




Speed:25 mm/sec Gain:10 mm/mV MYOOFF ACON DRIFTON Midmark Diagnostics Group Page 1 of 1 Version E6.1 ECG Analysis Ver. 8.4.1 Print Date 10/03/19 12:54:50

**Ciox Health**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
1-800-367-1500

CIOX HEALTH
**INVOICE**

Invoice #: **0343435960**
Date: **07/06/2021**
Customer #: **2231678**

| Ship to: | Bill to: | Records from: |
|---|---|---|
| JOHN DUNLAP<br>JOHN DUNLAP<br>3340 POPLAR AVE<br>STE 321<br>MEMPHIS,TN 38111-4684 | JOHN DUNLAP<br>JOHN DUNLAP<br>3340 POPLAR AVE<br>STE 321<br>MEMPHIS,TN 38111-4684 | MEDICAL CITY HEART AND SPINE<br>11970 N CENTRAL EXPY<br>DALLAS,TX 75243 |

**Requested By:** JOHN DUNLAP **DOB :**
**Patient Name:** GROSE HERBERT

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 75.04 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Elect) 2 | 1 | 0.52 | 0.52 |
| Per Page Copy (Elect) 3 | 8 | 1.71 | 13.68 |
| Per Page Copy (Elect) 4 | 10 | 0.00 | 0.00 |
| Per Page Copy (Elect) 1 | 159 | 0.00 | 0.00 |
| Electronic Data Archive Fee | | | 2.00 |
| Subtotal | | | 91.24 |
| Sales Tax | | | 0.00 |
| Invoice Total | | | 91.24 |
| Balance Due | | | 91.24 |

**Terms: Net 30 days** **Please remit this amount : $91.24(USD)**

---

**Ciox Health**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
1-800-367-1500

Invoice #: **0343435960**

Check # ____________________

Payment Amount $ ____________________

Get future medical records as soon as they are processed, by signing up for secure electronic delivery.
Register at: https://edelivery.cioxhealth.com

## Please return stub with payment.

Please include invoice number on check.
To pay invoice online, please go to https://paycioxhealth.com/pay/ or call 800-367-1500.
Email questions to collections@cioxhealth.com.

# LAW OFFICE
# OF
# JOHN E. DUNLAP

3340 Poplar Avenue, Suite 321
Memphis, Tennessee 38111
(901) 320-1603
(901) 320-6914 fax
www.johnedunlap.com

June 9, 2021

Medical City Heart & Spine
P.O. Box 290489
Nashville, TN 37229-0489
Re: Herbert Grose
DOB:
SS#

Dear Release of Medical Information,

We are requesting the Medical Records for our client Herbert Grose for the periods of treatment from 11/2019-12/2019. I'm including our Authorization to Release Records. Please upload to our CIOX account 2231678, fax to 901-320-6914, or mail the records Attention Pete Grumbles as soon as they are available. If you have any questions, please do not hesitate to contact us.

Respectfully,

John E. Dunlap
Attorney at Law
3340 Poplar Avenue #321
Memphis, TN 38104
(901)320-1603
jdunlap00@gmail.com

Enclosed: HIPAA release

JED/plg
Enclosed: Medical Records Request

Date Request Completed/Faxed:
Total Pages Released:
Request Completed By:

I hereby authorize the Hospital marked below to release records to the recipient designated below.

DFW Sites:

☐ Medical City Alliance ☐ Medical City Denton ☐ Medical City Green Oaks ☐ Medical City Lewisville ☐ Medical City Plano
☐ Medical City Arlington ☐ Medical City Fort Worth ☒ Medical City Heart and Spine ☐ Medical City McKinney/Wysong ☐ Medical City Weatherford
☐ Medical City Dallas ☐ Medical City Frisco ☐ Medical City Las Colinas ☐ Medical City North Hills

**Section A: This section must be completed for all Authorizations (Texas)**

| PATIENT INFORMATION | DELIVERY INFORMATION |
|---|---|
| Patient's Name: Herbert Grose | Name: Law Office Of John E Dunlap |
| Patient's Date of Birth: | Phone: 901-320-1603 |
| Patient's Phone Number: | Fax #: (FAX only to Physician Office/Medical facility) 901-320-6914 |
| Patient's Last Four Digits SSN (optional): | Address: 3340 Poplar Ave Ste. 321 |
| | City: Memphis State: TN Zip: 38111 |

Request Delivery (if left blank, a paper copy will be provided): ☐ Paper Copy ☐ Electronic Media, if available (e.g., CD/DVD, eDelivery)
☒ Encrypted Email ☐ Unencrypted Email

NOTE: In the event the facility is unable to accommodate an electronic delivery as requested, an alternative delivery method will be provided (e.g., paper copy). There is some level of risk that a third party could see your PHI without your consent when receiving unencrypted electronic media or email. We are not responsible for unauthorized access to the PHI contained in this format or any risks (e.g., virus) potentially introduced to your computer/device when receiving PHI in electronic format or email.

Email Address (if email checked above please print legibly): pete@johnedunlap.com

This consent shall become invalid and expire 180 days from the date of signature, unless otherwise stated:
Expiration Date: 06/09/2022 or Expiration Event:

Purpose of disclosure:
Claims

**Description of information to be used or disclosed**

Is this request for psychotherapy notes? ☐ Yes, then this is the only item you may request on this authorization. You must submit another authorization for other items below. • No, then you may check as many items below as you need.

| Description: | Date(s): | Description: | Date(s): | Description: | Date(s): |
|---|---|---|---|---|---|
| ☐ History & Physical<br>☐ Consultation Reports<br>☐ Lab/Pathology Reports<br>☐ Medication sheets<br>☐ Discharge/Death Summary | | ☐ Operative Reports<br>☐ EEG/EKG/Stress Test<br>☐ Radiology Reports<br>☐ Radiology Images<br>☐ Emergency Room Record | | ☐ Discharge Instructions<br>☐ Face Sheet<br>☒ Complete Record<br>☐ Other: | 11/2019-12/20<br>11/2019-12/19 |

I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, genetic information, psychiatric, HIV testing, HIV results or AIDS information. ________ (Initial) HG
If this authorization is for disclosure of genetic information, please describe:

I understand that:

1. I may refuse to sign this authorization and that it is strictly voluntary.
2. My treatment, payment, enrollment or eligibility for benefits may not be conditioned on signing this authorization.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation. Further details may be found in the Notice of Privacy Practices.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be redisclosed.
5. I understand that I may see and obtain a copy of the information described on this form, for a reasonable copy fee, if I ask for it.
6. I get a copy of this form after I sign it.

**Section B:** Is the request of PHI for the purpose of marketing and/or does it involve the sale of PHI? ☐ Yes ☐ No
If yes, the health plan or health care provider must complete Section B, otherwise skip to Section C.

Will the recipient receive financial remuneration in exchange for using or disclosing this information? ☒ Yes ☐ No
If yes, describe: Long Term Disability/ Social Security Title II
May the recipient of the PHI further exchange the information for financial remuneration? ☐ Yes ☒ No

**Section C: Signatures**

I have read the above and authorize the disclosure of the protected health information as stated.

Signature of Patient/Patient's Representative: [signature] Date: 06/09/2021

Print Name of Patient's Representative: Relationship to Patient:

PARALLON
10030 N. MacArthur Blvd., Irving, TX 75063
(866) 749-7962
Fax: (469) 484-2006

**AUTHORIZATION TO RELEASE PROTECTED HEALTH INFORMATION (PHI)**

PATIENT IDENTIFICATION

PATIENT: GROSE,HERBERT
ACCOUNT NO: BD0100006801
ATTEND DR: Khan,Zahoor MD
REPORT STATUS: FINAL

A/S: 59 M
LOC: BD.3S
RM: BD.3215
BD: 1

ADMIT: 11/12/19
DISCH/DEP: 11/13/19
STATUS: IN
UNIT NO: BD00000629

18 11/12/19 2141 BFPHA.GHN REVIEW PROVIDER ACTIVITY
19 11/12/19 2141 BFPHA.GHN RN UNV New Order by BFPHA.GHN Ent: 11/12 2137
20 11/12/19 2141 BFPHA.GHN VERIFIED in PHA
21 11/12/19 2141 BFPHA.GHN VERIFIED
22 11/12/19 2141 BFPHA.GHN Edit Dr: Khan,Zahoor MD Edit Source: Dept Process/Proc
23 11/12/19 2154 AASRK1 order acknowledged
24 11/13/19 0748 BDMD06987 order acknowledged
25 11/13/19 1152 DISCHARGE DISCONTINUE in PHA

---

Order Date: 11/12/19

| Category | Procedure Name | Order Number | Service Date | Time | Pri | Qty | Ord Source | Status | Ordered By |
|---|---|---|---|---|---|---|---|---|---|
| MED.COCMCE | RESPIRATORY MED | 20191113-0046 | 11/13/19 | 0800 | R | 1 | Z | CMP | KHAZA01 |

Other Provider : Sig Lvl Provider :
RX: 00019198 Start: 11/13/19 0800 SCH CMP
Stop: 09/08/20 0759

Budesonide Neb Soln (Pulmicort Neb Soln)
Dose: 0.5 MG
Route: INH Direction: RTBID

Order's Audit Trail of Events
1 11/12/19 2137 BFPHA.GHN Order ENTER in OM
2 11/12/19 2137 BFPHA.GHN Ordering Doctor: Khan,Zahoor MD
3 11/12/19 2137 BFPHA.GHN Order Source: Dept Process/Proc
4 11/12/19 2141 interface Order copied from: 1112-0541
5 11/12/19 2141 BFPHA.GHN Order EDIT in PHA
6 11/12/19 2141 BFPHA.GHN Ordering Doctor: Khan,Zahoor MD
7 11/12/19 2141 BFPHA.GHN Order Source: Dept Process/Proc
8 11/12/19 2141 BFPHA.GHN EDIT in PHA
9 11/12/19 2141 BFPHA.GHN EDIT
10 11/12/19 2141 BFPHA.GHN Edit Dr: Khan,Zahoor MD Edit Source: Dept Process/Proc
11 11/12/19 2141 BFPHA.GHN FROM:
12 11/12/19 2141 BFPHA.GHN START: 11/12/19-2137 STOP: 09/07/20-2136 SOFT STOP:
13 11/12/19 2141 BFPHA.GHN DISPENSE: 1
14 11/12/19 2141 BFPHA.GHN TO:
15 11/12/19 2141 BFPHA.GHN START: 11/13/19-0800 STOP: 09/08/20-0759 SOFT STOP:
16 11/12/19 2141 BFPHA.GHN DISPENSE: 0
17 11/12/19 2141 BFPHA.GHN REVIEW PROVIDER ACTIVITY in PHA
18 11/12/19 2141 BFPHA.GHN REVIEW PROVIDER ACTIVITY
19 11/12/19 2141 BFPHA.GHN RN UNV New Order by BFPHA.GHN Ent: 11/12 2137
20 11/12/19 2141 BFPHA.GHN VERIFIED in PHA
21 11/12/19 2141 BFPHA.GHN VERIFIED
22 11/12/19 2141 BFPHA.GHN Edit Dr: Khan,Zahoor MD Edit Source: Dept Process/Proc
23 11/12/19 2154 AASRK1 order acknowledged
24 11/13/19 0748 BDMD06987 order acknowledged
25 11/13/19 1152 DISCHARGE DISCONTINUE in PHA

---

Order Date: 11/12/19

| Category | Procedure Name | Order Number | Service Date | Time | Pri | Qty | Ord Source | Status | Ordered By |
|---|---|---|---|---|---|---|---|---|---|
| MED.COCMCE | MEDICATION | 20191113-0050 | 11/13/19 | 0000 | R | 1 | W | CMP | SANJA02 |

Other Provider : Sig Lvl Provider :

PERMANENT MEDICAL RECORD COPY

PATIENT: GROSE,HERBERT
ACCOUNT NO: BD0100006801
ATTEND DR: Khan,Zahoor MD
REPORT STATUS: FINAL

A/S: 59 M
LOC: BD.3S
RM: BD.321S
BD: 1

ADMIT: 11/12/19
DISCH/DEP: 11/13/19
STATUS: IN
UNIT NO: BD00000629

9 11/12/19 2317 BFPHA.GHN SCHEDULE: ONE
10 11/12/19 2317 BFPHA.GHN START: 11/12/19-2300 STOP: 11/12/19-2301 SOFT STOP:
11 11/12/19 2317 BFPHA.GHN SPECIAL INSTRUCTIONS:
12 11/12/19 2317 BFPHA.GHN TO:
13 11/12/19 2317 BFPHA.GHN SCHEDULE: SCH
14 11/12/19 2317 BFPHA.GHN START: 11/12/19-2300 STOP: 11/12/19-2359 SOFT STOP:
15 11/12/19 2317 BFPHA.GHN SPECIAL INSTRUCTIONS:
16 11/12/19 2317 BFPHA.GHN X1 DOSE ONLY
17 11/12/19 2317 BFPHA.GHN For: 11/12/19 - 2300
18 11/12/19 2317 BFPHA.GHN REVIEW PROVIDER ACTIVITY in PHA
19 11/12/19 2317 BFPHA.GHN REVIEW PROVIDER ACTIVITY
20 11/12/19 2317 BFPHA.GHN RN UNV New Order by AASRK1 Ent: 11/12 2301
21 11/12/19 2317 BFPHA.GHN VERIFIED in PHA
22 11/12/19 2317 BFPHA.GHN VERIFIED
23 11/12/19 2317 BFPHA.GHN Edit Dr: Khan,Zahoor MD Edit Source: Dept Process/Proc
24 11/12/19 2318 AASRK1 order acknowledged
25 11/12/19 2321 AASRK1 order acknowledged
26 11/12/19 2359 SCHEDULER DISCONTINUE in PHA
27 11/15/19 0949 CPHY 2K Signed by Khan,Zahoor MD

Electronically signed by Khan,Zahoor MD on 11/15/19 at 0949

---

Order Date: 11/13/19 —Service—

| Category | Procedure Name | Order Number | Date | Time | Pri | Qty | Ord Source | Status | Ordered By |
|---|---|---|---|---|---|---|---|---|---|
| LAB | CBC W/AUTO DIFFERENTIAL | 20191113-0212 | 11/13/19 | 0534 | R | 1 | Z | CMP | KHAZA01 |

Other Provider : Sig Lvl Provider :

Order's Audit Trail of Events
1 11/13/19 0534 BDMFI6215 Order ENTER in LAB
2 11/13/19 0534 BDMFI6215 Ordering Doctor: Khan,Zahoor MD
3 11/13/19 0534 BDMFI6215 Order Source: Dept Process/Proc
4 11/13/19 0642 interface order's status changed from LOGGED to IN PRO by LAB
5 11/13/19 0656 interface order's status changed from IN PRO to COMP by LAB

---

Order Date: 11/13/19 —Service—

| Category | Procedure Name | Order Number | Date | Time | Pri | Qty | Ord Source | Status | Ordered By |
|---|---|---|---|---|---|---|---|---|---|
| NURRT | RT: Nebulizer Treatment + | 20191113-0003 | 11/13/19 | 0754 | | | | IPR | KHAZA01 |

Other Provider : Sig Lvl Provider :

Order's Audit Trail of Events
1 11/13/19 0754 BDMDO6987 Order ENTER in NUR
2 11/13/19 0754 BDMDO6987 Ordering Doctor: Khan,Zahoor MD
3 11/13/19 0754 BDMDO6987 order originated from NUR.

---

Order Date: 11/13/19 —Service—

| Category | Procedure Name | Order Number | Date | Time | Pri | Qty | Ord Source | Status | Ordered By |
|---|---|---|---|---|---|---|---|---|---|
| ADM | Unconditional Discharge Order | 20191113-0002 | 11/13/19 | 0913 | S | | E | TRN | MCDME |

Other Provider : Sig Lvl Provider :

PERMANENT MEDICAL RECORD COPY

| | | |
|---|---|---|
| RUN DATE: 11/17/19<br>RUN TIME: 0200<br>RUN USER: HPF.FEED | MEDITECH FACILITY: COCMCE<br>IDEV - Discharge Report | PAGE 24 |

| | | |
|---|---|---|
| PATIENT: GROSE,HERBERT<br>ACCOUNT NO: BD0100006801<br><br>ATTEND DR: Khan,Zahoor MD<br>REPORT STATUS: FINAL | A/S: 59 M<br>LOC: BD.3S<br>RM: BD.321S<br>BD: 1 | ADMIT: 11/12/19<br>DISCH/DEP: 11/13/19<br>STATUS: IN<br>UNIT NO: BD00000629 |

Attending Physician: Khan,Zahoor MD
Attending physician phone: 214-712-2439
Attending physician follow up timeframe:

Attending physician appt date:
Attending physician appt time:

Attending physician special instructions:

Consulting provider 1:
Consulting provider 1:
Consult phone:
Consult follow up timeframe:
Consult appt date:
Consult appt time:

Consulting provider 2:
Consulting provider 2:
Consult phone:
Consult follow up timeframe:
Consult appt date:
Consult appt time:

Consulting provider 3:
Consulting provider 3:
Consult phone:
Consult follow up timeframe:
Consult appt date:
Consult appt time:

Consulting provider 4:
Consulting provider 4:
Consult phone:
Consult follow up timeframe:
Consult appt date:
Consult appt time:

Consulting provider 5:
Consulting provider 5:
Consult phone:
Consult follow up timeframe:
Consult appt date:
Consult appt time:

Return to work/school:
Return to work/school date:
Return to work/school restrictions:

Order's Audit Trail of Events
1 11/13/19 0913 CAH.MJM Order ENTER in POM
2 11/13/19 0913 CAH.MJM Ordering Doctor: McDowell,Melanie J ACNP
3 11/13/19 0913 CAH.MJM Order Source: EPOM
4 11/13/19 0913 CAH.MJM Signed by McDowell,Melanie J ACNP

PERMANENT MEDICAL RECORD COPY

BD0100006801

***TO THE PATIENT:** You have the right, as a patient, to be informed about your condition and the recommended surgical, medical, or diagnostic procedure to be used so that you may make the decision whether or not to undergo the procedure after knowing the risks and hazards involved. This disclosure is not meant to scare or alarm you; it is simply an effort to make you better informed so you may give or withhold your consent to the procedure.*

I (we) voluntarily request Dr. Sanchez as my physician, and such associates as he/she may deem necessary (for example anesthesia providers, educational assistants, and other health care providers who are identified and their professional role explained to me) to treat my condition. My condition has been explained to me as:

(Condition to be treated) Cardiomyopathy

I (we) understand that the following surgical, medical, and/or diagnostic procedures are planned for me and I (we) voluntarily consent and authorize these procedure(s):

(Procedures) Internal cardiac defibrillator implant

I (we) understand that my physician may discover other or different conditions which require additional procedures than those planned. I (we) authorize my physician, and any associates, technical assistants and other health care providers to perform such other procedures which are advisable in their professional judgment.

I (we) understand that these qualified medical practitioners may be performing significant tasks related to the surgery such as opening or closing incisions, harvesting or dissecting tissue, altering tissue, implanting devices, tissue removal or photography during procedures.

HG Initial

I (we) Do ☑ Do Not ☐ consent to the use of blood and blood products as considered necessary. *Benefits, risks, alternatives and the risks and benefits of alternatives have been discussed and I (we) have been given the opportunity to ask questions.*

HG Initial

Just as there may be risks and hazards in continuing my present condition without treatment, there are also risks and hazards related to the performance of the surgical, medical, and/or diagnostic procedures planned for me, such as the potential for infection, blood clots in veins and lungs, hemorrhage, allergic reactions and even death. I (we) also realize that the following specific risks and hazards may occur in connection with this particular procedure(s):

Medical City Heart & Spine Hospitals
A Campus of Medical City Dallas
11990 N Central Expy, Dallas, TX 75243
(972) 940-8000

**DISCLOSURE AND CONSENT
MEDICAL AND SURGICAL PROCEDURES**

* T R E A T *

MCHB-FFR0000-00289P1 (New 07/19) Page 1 of 21

PATIENT IDENTIFICATION
GROSE, HERBERT PRE SDC
BD0100006801 BD.CATH
11/12/19 Sanchez,Javier E MD
DOB: 59/M BD00000629

## Anesthesia ... sent

*TO THE PATIENT: You have the right, as a patient, to be informed about your condition and the recommended anesthesia/analgesia to be used so that you may make the decision whether or not to receive the anesthesia/analgesia after knowing the risks and hazards involved. This disclosure is not meant to scare or alarm you; it is simply an effort to make you better informed so that you may give or withhold your consent to the anesthesia/analgesia.*

I (we) understand that anesthesia involves additional risks and hazards, but I (we) request the use of anesthetics for the relief and protection from pain during the planned and additional procedures. I (we) realize the anesthesia may have to be changed possibly without explanation to me (us).

I (we) understand that serious but rare complications may result from the use of any anesthetic including respiratory problems, drug reactions, paralysis, brain damage or even death.

I (we) voluntarily request that anesthesia and/or perioperative pain management care (analgesia) as indicated below be administered to me (the patient). I understand it will be administered by an anesthesia provider and/or the operating practitioner, and such other health care providers are necessary. Perioperative means the period shortly before, during or shortly after the procedure. I also understand that other complications may occur. Those complications include but are not limited to:

*Check planned anesthesia/analgesia method(s) and have the patient/other legally responsible person initial.*

- [x] ______ **General Anesthesia** - injury to vocal cords, teeth, lips, eyes; awareness during the procedure; memory dysfunction/memory loss; permanent organ damage; brain damage.
- [ ] ______ **Regional Block Anesthesia/Analgesia** - nerve damage; persistent pain; bleeding/hematoma; infection; medical necessity to convert to general anesthesia; brain damage.
- [ ] ______ **Spinal Anesthesia/Analgesia** - nerve damage; persistent back pain; headache; infection; bleeding/epidural hematoma; chronic pain; medical necessity to convert to general anesthesia; brain damage.
- [ ] ______ **Epidural Anesthesia/Analgesia** - nerve damage; persistent back pain; headache; infection; bleeding/epidural hematoma; chronic pain; medical necessity to convert to general anesthesia; brain damage.
- [ ] ______ **Monitored Anesthesia Care** - memory dysfunction/memory loss; medical necessity to convert to general anesthesia; permanent organ damage; brain damage.
- [ ] ______ **Deep Sedation** - memory dysfunction/memory loss; medical necessity to convert to general anesthesia; permanent organ damage; brain damage.
- [ ] ______ **Moderate Sedation** - memory dysfunction/memory loss; medical necessity to convert to general anesthesia; permanent organ damage; brain damage.
- [ ] ______ **OTHER** - including possible complications (required): ______

**ADDITIONAL COMMENTS/RISKS:**

- [ ] ______ **PRENATAL/EARLY CHILDHOOD ANESTHESIA** - potential long-term negative effects on memory, behavior, and learning with prolonged or repeated exposure to general anesthesia/moderate sedation during pregnancy and in early childhood.

Additional Comments/Risks: ______

I (we) have been given an opportunity to ask questions about my condition, benefits, risks, alternatives and the risks and benefits of alternative forms of anesthesia and treatment, risks and benefits of non-treatment, the procedures to be used, and the risks and hazards involved. I (we) have sufficient information to give this informed consent.

I (we) certify this form has been fully explained to me, that I (we) have read it or have had it read to me, that the blank spaces have been filled in, and that I (we) understand the contents.

I (we) understand that no promises have been made to me as to the result of anesthesia/analgesia methods.

| Patient's Signature | Date | Time | Other Legally Responsible Person's Signature | Relationship | Date | Time |
|---|---|---|---|---|---|---|
| X [signature] | 11-12-19 | 1430 | | | | |

| Witness Signature/Title/Position | Date | Time | Witness Work Address |
|---|---|---|---|
| [signature] | 11-12-19 | 1425 | ☐ Medical City Dallas, 7777 Forest Ln, Dallas, TX 75230 ☐ Other: |

Interpreter ______ Reason: ______

The risks, benefits, and alternatives have been explained and the patient/family understand(s) and agree(s) to the procedure.

Signature of Physician / Proceduralist responsible for Anesthesia: [signature] Date: 11/12/19 Time: 1420

**Medical City Heart & Spine Hospitals**
A Campus of Medical City Dallas
11990 N Central Expy, Dallas, TX 75243
(972) 940-8000

**DISCLOSURE AND CONSENT MEDICAL AND SURGICAL PROCEDURES**

PATIENT IDENTIFICATION
GROSE, HERBERT PRE SDC
BD0100006801 BD.CATH
11/12/19 Sanchez,Javier E MD
DOB: 59/M BD00000629

MCHS-FPRDDUO-00269P3 (New 07/18) Page 3 of 21

BD0100006801

B. Angiography (inclusive of aortography, arteriography, venography) - injection of contrast material into blood vessels.
a. Injury to or occlusion (blocking) of artery which may require immediate surgery or other intervention.
b. Hemorrhage (severe bleeding).
c. Damage to parts of the body supplied by the artery with resulting loss of use or amputation (removal of body part).
d. Worsening of the condition for which the procedure is being done.
e. Stroke and/or seizure (for procedure involving blood vessels supplying the spine, arms, neck or head).
f. Contrast-related, temporary blindness or memory loss (for studies of the blood vessels of the brain).
g. Paralysis (inability to move) and inflammation of nerves (for procedures involving blood vessels supplying the spine).
h. Contrast nephropathy (kidney damage due to the contrast agent used during procedure).
i. Thrombosis (blood clot forming at or blocking the blood vessel) at access site or elsewhere.

C. Angioplasty (intravascular dilation technique).
1. All associated risks as listed under paragraph (2)(B) of this subsection.
- Injury to or occlusion (blocking) of artery which may require immediate surgery or other intervention.
- Hemorrhage (severe bleeding).
- Damage to parts of the body supplied by the artery with resulting loss of use or amputation (removal of body part).
- Worsening of the condition for which the procedure is being done.
- Stroke and/or seizure (for procedures involving blood vessels supplying the spine, arm, neck or head).
- Contrast-related, temporary blindness or memory loss (for studies of the blood vessels of the brain).
- Paralysis (inability to move) and inflammation of nerves (for procedures involving blood vessels supplying the spine).
- Contrast nephropathy (kidney damage due to the contrast agent used during procedure).
- Thrombosis (blood clot forming at or blocking the blood vessel) at access site or elsewhere.

B. Acute myocardial infarction (heart attack).
C. Contrast nephropathy (injury to kidney function due to use of contrast material during procedure).
D. Heart arrhythmias (irregular heart rhythm), possibly life threatening.
E. Need for emergency open heart surgery.

2. Failure of procedure or injury to blood vessel requiring stent (small, permanent tube placed in blood vessel to keep it open) placement or open surgery.

D. Endovascular stenting (placement of permanent tube into blood vessel to open it) of any portion of the aorta, iliac or carotid artery or other (peripheral) arteries or veins.
1. All associated risks as listed under paragraph (2)(B) of this subsection.
- Injury to or occlusion (blocking) of artery which may require immediate surgery or other intervention.
- Hemorrhage (severe bleeding).
- Damage to parts of the body supplied by the artery with resulting loss of use or amputation (removal of body part).
- Worsening of the condition for which the procedure is being done.
- Stroke and/or seizure (for procedures involving blood vessels supplying the spine, arm, neck or head).
- Contrast-related, temporary blindness or memory loss (for studies of the blood vessels of the brain).
- Paralysis (inability to move) and inflammation of nerves (for procedures involving blood vessels supplying the spine).
- Contrast nephropathy (kidney damage due to the contrast agent used during procedure).
- Thrombosis (blood clot forming at or blocking the blood vessel) at access site or elsewhere.

2. Change in procedure to open surgical procedure.
3. Failure to place stent/endoluminal graft (stent with fabric covering it).
4. Stent migration stent moves from location in which it was placed).
5. Vessel occlusion (blocking).
6. Impotence (difficulty with or inability to obtain penile erection) (for abdominal aorta and iliac artery procedures).

E. Vascular thrombolysis (removal or dissolving of blood clots) - percutaneous (mechanical or chemical).
1. All associated risks as listed under paragraph (2)(B) of this subsection.
- Injury to or occlusion (blocking) of artery which may require immediate surgery or other intervention.
- Hemorrhage (severe bleeding).
- Damage to parts of the body supplied by the artery with resulting loss of use or amputation (removal of body part).
- Worsening of the condition for which the procedure is being done.
- Stroke and/or seizure (for procedures involving blood vessels supplying the spine, arm, neck or head).
- Contrast-related, temporary blindness or memory loss (for studies of the blood vessels of the brain).
- Paralysis (inability to move) and inflammation of nerves (for procedures involving blood vessels supplying the spine).
- Contrast nephropathy (kidney damage due to the contrast agent used during procedure).
- Thrombosis (blood clot forming at or blocking the blood vessel) at access site or elsewhere.

Medical City
Heart & Spine Hospitals
A Campus of Medical City Dallas

11990 N Central Expy.
Dallas, TX 75243
(972) 940-8000

DISCLOSURE AND CONSENT
MEDICAL AND SURGICAL PROCEDURES

MCHS-FFRD000-00266P5 (New 07/18) Page 5 of 21

PATIENT IDENTIFICATION
GROSE, HERBERT PRE SDC
BD0100006801 BD.CATH
11/12/19 Sanchez, Javier E MD
DOB: 59/M BD00000629

BD0100006801

- Contrast-related, temporary blindness or memory loss (for studies of the blood vessels of the brain).
- Paralysis (inability to move) and inflammation of nerves (for procedures involving blood vessels supplying the spine).
- Contrast nephropathy (kidney damage due to the contrast agent used during procedure).
- Thrombosis (blood clot forming at or blocking the blood vessel) at access site or elsewhere.

2. Ischemia/infarction of supplied or distant vascular beds (reduction in blood flow causing lack of oxygen with injury or death of tissues supplied by the treated vessel or tissues supplied by blood vessels away from the treated site including heart, brain, bowel, extremities).
3. Antidiuretic hormone side effects of vasopressin (reduced urine output with disturbance of fluid balance in the body, rarely leading to swelling of the brain).

H. Inferior vena caval filter insertion and removal.
1. All associated risks as listed under paragraph (2)(B) of this subsection.
- Injury to or occlusion (blocking) of artery which may require immediate surgery or other intervention.
- Hemorrhage (severe bleeding).
- Damage to parts of the body supplied by the artery with resulting loss of use or amputation (removal of body part).
- Worsening of the condition for which the procedure is being done.
- Stroke and/or seizure (for procedures involving blood vessels supplying the spine, arm, neck or head).
- Contrast-related, temporary blindness or memory loss (for studies of the blood vessels of the brain).
- Paralysis (inability to move) and inflammation of nerves (for procedures involving blood vessels supplying the spine).
- Contrast nephropathy (kidney damage due to the contrast agent used during procedure).
- Thrombosis (blood clot forming at or blocking the blood vessel) at access site or elsewhere.

2. Injury to the inferior vena cava (main vein in the abdomen).
3. Filter migration or fracture (filter could break and/or move from where it was placed).
4. Caval thrombosis (clotting of the main vein in the abdomen and episodes of swelling of legs).
5. Risk of recurrent pulmonary embolus (continued risk of blood clots going to blood vessels in the lungs despite filter).
6. Inability to remove filter (for "optional"/retrievable filters).

I. Pulmonary angiography
1. All associated risks as listed under paragraph (2)(B) of this subsection.
- Injury to or occlusion (blocking) of artery which may require immediate surgery or other intervention.
- Hemorrhage (severe bleeding).
- Damage to parts of the body supplied by the artery with resulting loss of use or amputation (removal of body part).
- Worsening of the condition for which the procedure is being done.
- Stroke and/or seizure (for procedures involving blood vessels supplying the spine, arm, neck or head).
- Contrast-related, temporary blindness or memory loss (for studies of the blood vessels of the brain).
- Paralysis (inability to move) and inflammation of nerves (for procedures involving blood vessels supplying the spine).
- Contrast nephropathy (kidney damage due to the contrast agent used during procedure).
- Thrombosis (blood clot forming at or blocking the blood vessel) at access site or elsewhere.

2. Cardiac arrhythmia (irregular heart rhythm) or cardiac arrest (heart stops beating).
3. Cardiac injury/perforation (heart injury).
4. Death

J. Percutaneous treatment of pseudoaneurysm (percutaneous thrombin injection versus compression).
1. Thrombosis (clotting) of supplying vessel or branches in its territory.
2. Allergic reaction to thrombin (agent used for direct injection).

K. Vascular access – nontunneled catheters, tunneled catheters, implanted access
1. Pneumothorax (collapsed lung).
2. Injury to blood vessel.
3. Hemothorax/hemomediastinum (bleeding into the chest around the lungs or around the heart).
4. Air embolism (passage of air into blood vessel and possibly to the heart and/or blood vessels entering the lungs).
5. Vessel thrombosis (clotting of blood vessel).

L. Varicose vein treatment (percutaneous via laser, RFA, chemical or other method) without angiography.
1. Burns.
2. Deep vein thrombosis (blood clots in deep veins).
3. Hyperpigmentation (darkening of skin).
4. Skin wound (ulcer).
5. Telangiectatic matting (appearance of tiny blood vessels in treated area).
6. Paresthesia and dysesthesia (numbness or tingling in the area or limb treated).
7. Injury to blood vessel requiring additional procedure to treat.

Medical City Heart & Spine Hospitals
A Campus of Medical City Dallas

11990 N Central Expy, Dallas, TX 75243 (972) 940-8000

DISCLOSURE AND CONSENT
MEDICAL AND SURGICAL PROCEDURES

PATIENT IDENTIFICATION
GROSE, HERBERT PRE SDC
BD0100006801 BD.CATH
11/12/19 Sanchez, Javier E MD
DOB: 59/M BD00000629

MCHS-FPRD000-00288P7 (New 07/19) Page 7 of 21

BD0100006801

2. **Parathyroidectomy.**
   A. Acute airway obstruction requiring temporary tracheostomy.
   B. Injury to nerves resulting in hoarseness or impairment of speech.
   C. Low blood calcium levels that require extensive medication to avoid serious degenerative conditions, such as cataracts, brittle bones, muscle weakness, and muscle irritability.

3. **Adrenalectomy.**
   A. Loss of endocrine functions.
   B. Lifelong requirement for hormone replacement therapy and steroid medication.
   C. Damage to kidneys.

## 6. Eye treatments and procedures.

1. **Eye muscle surgery.**
   A. Additional treatment and/or surgery.
   B. Double vision.
   C. Partial or total blindness.

2. **Surgery for cataract with or without implantation of intraocular lens.**
   A. Complications requiring additional treatment and/or surgery.
   B. Need for glasses or contact lenses.
   C. Complications requiring the removal of implanted lens.
   D. Partial or total blindness.

3. **Retinal or vitreous surgery.**
   A. Complications requiring additional treatment and/or surgery.
   B. Recurrence or spread of disease.
   C. Partial or total blindness.

4. **Reconstructive and/or plastic surgical procedures of the eye and eye region, such as blepharoplasty, tumor, fracture, lacrimal surgery, foreign body, abscess, or trauma.**
   A. Worsening of unsatisfactory appearance.
   B. Creation of additional problems such as:
      a. Poor healing or skin loss.
      b. Nerve damage.
      c. Painful or unattractive scarring.
      d. Impairment of regional organs, such as eye or lip function.
   C. Recurrence of the original condition.

5. **Photocoagulation and/or cryotherapy.**
   A. Complications requiring additional treatment and/or surgery.
   B. Pain.
   C. Partial or total loss of vision.

6. **Corneal surgery, such as corneal transplant, refractive surgery and pterygium.**
   A. Complications requiring additional treatment and/or surgery.
   B. Possible pain.
   C. Need for glasses or contact lenses.
   D. Partial or total loss of vision.

7. **Glaucoma surgery by any method.**
   A. Complications requiring additional treatment and/or surgery.
   B. Worsening of the glaucoma.
   C. Pain.
   D. Partial or total loss of vision.

8. **Removal of the eye or its contents (enucleation or evisceration).**
   A. Complications requiring additional treatment and/or surgery.
   B. Worsening or unsatisfactory appearance.
   C. Recurrence or spread of disease.

9. **Surgery for penetrating ocular injury, including intraocular foreign body.**
   A. Complications requiring additional treatment and/or surgery, including removal of the eye.
   B. Chronic pain.
   C. Partial or total loss of vision.

## 7. Female genital system treatments and procedures.

1. **All fallopian tube and ovarian surgery with or without hysterectomy, including removal and lysis of adhesions.**
   A. Injury to the bowel and/or bladder.
   B. Sterility.
   C. Failure to obtain fertility (if applicable).
   D. Failure to obtain sterility (if applicable).
   E. Loss of ovarian functions or hormone production from ovary(ies).

2. **Abdominal Endoscopy (Peritoneoscopy, Laparoscopy)**
   A. Puncture of the bowel or blood vessel.
   B. Abdominal infection and complications of infection.
   C. Abdominal incision and operation to correct injury.

3. **Removing fibroids (uterine myomectomy).**
   A. Uncontrollable leakage of urine.
   B. Injury to bladder.
   C. Sterility.
   D. Injury to the tube (ureter) between the kidney and the bladder.
   E. Injury to the bowel and/or intestinal obstruction.

4. **Uterine suspension.**
   A. Uncontrollable leakage of urine.
   B. Injury to bladder.
   C. Sterility.
   D. Injury to the tube (ureter) between the kidney and the bladder.
   E. Injury to the bowel and/or intestinal obstruction.

5. **Removal of the nerves to the uterus (presacral neurectomy).**
   A. Uncontrollable leakage of urine.
   B. Injury to bladder.
   C. Sterility.
   D. Injury to the tube (ureter) between the kidney and the bladder.
   E. Injury to the bowel and/or intestinal obstruction.
   F. Hemorrhage, complications of hemorrhage, with additional operation.

Medical City Heart & Spine Hospitals
A Campus of Medical City Dallas
11990 N Central Expy, Dallas, TX 75243
(972) 940-8000

**DISCLOSURE AND CONSENT MEDICAL AND SURGICAL PROCEDURES**

TREAT

MCHS-FFRC000-00260P9 (New 07/19) Page 9 of 21

PATIENT IDENTIFICATION
GROSE, HERBERT PRE SDC
BD0100006801 BD.CATH
11/12/19 Sanchez, Javier E MD
DOB: 59/M BD00000629

BD0100006801

## 11. Maternity and related cases.

☐ **1. Delivery (vaginal).**
- A. Injury to bladder and/or rectum, including a fistula (hole) between bladder and vagina and/or rectum and vagina.
- B. Hemorrhage (severe bleeding) possibly requiring blood administration and/or hysterectomy (removal of uterus) and/or artery ligation (tying off) to control.
- C. Sterility (inability to get pregnant).
- D. Brain damage, injury or even death occurring to the fetus before or during labor and/or vaginal delivery whether or not the cause is known.

☐ **2. Delivery (cesarean section).**
- A. Injury to bowel and/or bladder.
- B. Sterility (inability to get pregnant).
- C. Injury to ureter (tube between kidney and bladder).
- D. Brain damage, injury or even death occurring to the fetus before or during labor and/or cesarean delivery whether or not the cause is known.
- E. Uterine disease or injury requiring hysterectomy (removal of uterus).

☐ **3. Cerclage.**
- A. Premature labor.
- B. Injury to bowel and/or bladder.

## 12. Musculoskeletal system treatments and procedures.

☐ **1. Arthroplasty of any joints with mechanical device.**
- A. Impaired function such as shortening or deformity.
- B. Blood vessel or nerve injury.
- C. Pain or discomfort.
- D. Blood clot in blood vessels which can block flow of blood to lungs or limbs and/or cause swelling in limbs.
- E. Failure of bone to heal.
- F. Bone infection.
- G. Removal or replacement of any implanted device or material.
- H. Various functional or cosmetic growth deformities requiring additional surgery.

☐ **2. Arthroscopy of any joint.**
- A. Blood vessel or nerve injury.
- B. Continued pain.
- C. Stiffness of joint.
- D. Blood clot in blood vessels which can block flow of blood to lungs or limbs and/or cause swelling in limbs.
- E. Joint infection.
- F. Various functional or cosmetic growth deformities requiring additional surgery.

☐ **3. Open reduction with internal fixation.**
- A. Impaired function such as shortening or deformity.
- B. Blood vessel or nerve injury.
- C. Pain or discomfort.
- D. Blood clot in blood vessels which can block flow of blood to lungs or limbs and/or cause swelling in limbs.
- E. Failure of bone to heal.
- F. Bone infection.
- G. Removal or replacement of any implanted device or material.
- H. Problems with appearance, use, or growth requiring additional surgery.

☐ **4. Osteotomy.**
- A. Impaired function such as shortening or deformity.
- B. Blood vessel or nerve injury.
- C. Pain or discomfort.
- D. Blood clot in blood vessels which can block flow of blood to lungs or limbs and/or cause swelling in limbs.
- E. Failure of bone to heal.
- F. Bone infection.
- G. Removal or replacement of any implanted device or material.

☐ **5. Ligamentous reconstruction of joints.**
- A. Failure of reconstruction to work.
- B. Continued instability of the joint.
- C. Degenerative arthritis.
- D. Continued pain.
- E. Stiffness of joint.
- F. Blood vessel or nerve injury.
- G. Impaired function and/or scarring.
- H. Blood clot in blood vessels which can block flow of blood to lungs or limbs and/or cause swelling in limbs.

☐ **6. All other orthopedic procedures on children age 12 or under. Problems with appearance, use or growth requiring additional surgery.**

☐ **7. Vertebroplasty/kyphoplasty.**
- A. Nerve/spinal cord injury.
- B. Need for emergency surgery.
- C. Embolization of cement (cement used passes into blood vessels and possibly all the way to the blood vessels in the lungs).
- D. Fracture adjacent vertabrae (bones in spine).
- E. Leak of cerebrospinal fluid (fluid around the brain and spinal cord).
- F. Pneumothorax (collapsed lung).
- G. Worsening of pain.
- H. Rib or vertebral (spine) fracture.

BD0100006801

- Contrast nephropathy (kidney damage due to the contrast agent used during procedure).
- Thrombosis (blood clot forming at or blocking the blood vessel) at access site or elsewhere.

B. Tumor lysis syndrome (rapid death of tumor cells, releasing their contents which can be harmful).
C. Injury to or failure of liver (or other organ in which tumor is located).
D. Risks of the chemotherapeutic agent(s) utilized.
E. Cholecystitis (inflammation of the gallbladder) (for liver or other upper GI embolizations).
F. Abscess (infected fluid collection) in the liver or other embolized organ requiring further intervention.
G. Biloma (collection of bile in or near the liver requiring drainage) (for liver embolizations).

☐ **3. Radioembolization.**
A. All associated risks as listed under subsection (b)(2)(B) of this section
- Injury to or occlusion (blocking) of artery which may require immediate surgery or other intervention.
- Hemorrhage (severe bleeding).
- Damage to parts of the body supplied by the artery with resulting loss of use or amputation (removal of body part).
- Worsening of the condition for which the procedure is being done.
- Stroke and/or seizure (for procedures involving blood vessels supplying the spine, arm, neck or head).
- Contrast-related, temporary blindness or memory loss (for studies of the blood vessels of the brain).
- Paralysis (inability to move) and inflammation of nerves (for procedures involving blood vessels supplying the spine).
- Contrast nephropathy (kidney damage due to the contrast agent used during procedure).
- Thrombosis (blood clot forming at or blocking the blood vessel) at access site or elsewhere.

B. Tumor lysis syndrome (rapid death of tumor cells, releasing their contents which can be harmful).
C. Injury to or failure of liver (or other organ in which tumor is located).
D. Radiation complications: pneumonitis (inflammation of lung) which is potentially fatal; inflammation of stomach, intestines, gallbladder, pancreas; stomach or intestinal ulcer; scarring of liver.

☐ **4. Thermal and other ablative techniques for treatment of tumors (for curative intent or palliation) including radiofrequency ablation, cryoablation, and high intensity focused ultrasound (HIFU), irreversible electroporation.**
A. Injury to tumor-containing organ or adjacent organs/structures.
B. Injury to nearby nerves potentially resulting in temporary or chronic (continuing) pain and/or loss of use and/or feeling.
C. Failure to completely treat tumor.

☐ **5. TIPS (Transjugular Intrahepatic Portosystemic Shunt) and its variants such as DIPS (Direct Intrahepatic Portocaval Shunt).**
A. All associated risks as listed under subsection (b)(2)(B) - (D) of this section
- Injury to or occlusion (blocking) of artery which may require immediate surgery or other intervention.
- Hemorrhage (severe bleeding).
- Damage to parts of the body supplied by the artery with resulting loss of use or amputation (removal of body part).
- Worsening of the condition for which the procedure is being done.
- Stroke and/or seizure (for procedures involving blood vessels supplying the spine, arm, neck or head).
- Contrast-related, temporary blindness or memory loss (for studies of the blood vessels of the brain).
- Paralysis (inability to move) and inflammation of nerves (for procedures involving blood vessels supplying the spine).
- Contrast nephropathy (kidney damage due to the contrast agent used during procedure).
- Thrombosis (blood clot forming at or blocking the blood vessel) at access site or elsewhere.

B. Hepatic encephalopathy (confusion/decreased ability to think).
C. Liver failure or injury.
D. Gallbladder injury.
E. Hemorrhage (severe bleeding).
F. Recurrent ascites (fluid building up in abdomen) and/or bleeding
G. Kidney failure.
H. Heart failure.
I. Death.

☐ **6. Myelography.**
A. Chronic (continuing) pain.
B. Nerve injury with loss of use and/or feeling.
C. Transient (temporary) headache, nausea, and/or vomiting.
D. Numbness.
E. Seizure.

☐ **7. Percutaneous abscess/fluid collection drainage (percutaneous abscess/seroma/lymphocele drainage and/or sclerosis (inclusive of percutaneous, transgluteal, transrectal and transvaginal routes)).**
A. Sepsis (infection in the blood stream), possibly resulting in shock (severe decrease in blood pressure).
B. Injury to nearby organs.
C. Hemorrhage (severe bleeding).

Medical City Heart & Spine Hospitals
A Campus of Medical City Dallas
11990 N Central Expy, Dallas, TX 75243
(972) 940-8000

**DISCLOSURE AND CONSENT**
**MEDICAL AND SURGICAL PROCEDURES**

PATIENT IDENTIFICATION
GROSE, HERBERT PRE SDC
BD0100006801 BD.CATH
11/12/19 Sanchez, Javier E MD
DOB: 59/M BD00000629

MCHS-FFRC000-00280P13 (New 07/18) Page 13 of 21

PAGE 41/96 * RCVD AT 1/9/2023 4:25:47 PM [Eastern Standard Time] * SVR:VAPIWFAXZ01/0 * DNIS:8776685331 * CSID:9013216914 * ANI:9013216914 * DURATION (mm-ss):53-04

BD0100006801

# ANESTHESIA REPORT

PRE-ANESTHESIA CONSULTATION
DATE 11/12/19 TIME
ASA CLASS 1 2 (3) 4 5 E

asthma NICM
DVD

ALLERGY: warfarin
SIGNATURE:
HEIGHT / WEIGHT
PRE-OP MEDS: Ø
PROPOSED PROCEDURES: BIV ICD
DATE 11/12/19
PATIENT REASSESSMENT IMMEDIATELY PRIOR TO INDUCTION TIME: 1537 am/pm

START ANESTHESIA 1533 | START SURGERY 1614 | END SURGERY 1733 | END ANESTHESIA 1749

Venous Access: #1 IV site 20g Rh
#2 IV site / ART line / CVP site / PA site

INTUBATION: Size 7.0, Blade MAC 3, Length 24, Attempts 1, CL 1, Teeth Intact, Other, EZ Mask
ORAL / NASAL / CUFF / ETCO2 / BBS / STYLET / OAW

ANESTHETIC AGENTS: Sevo, O2, Propofol, Sux, Lidocaine, Fentanyl, Lidocaine

TIME 30 | 15 | 17

DRUGS USED 200 | WASTE Ø

POSITION: SUPINE / PRONE / LATERAL R L / LITHOTOMY / SITTING / TRENDEL / REV TRENDEL / AXILLAS < = 90°
EYE CARE: Tape / Lube
PRESSURE POINTS: Padded

EQUIPMENT CHECKED: B.P. DIRECT, NIBP, CAPNOGRAPH, ELECTROCARDIOGRAM, PULSE OXIMETER, TEMPERATURE PROBE, STETHOSCOPE, NERVE STIMULATOR, O2 ANALYZER, VENTILATOR, HUMIDIFIER, FLUID WARMER, WARMING BLANKET, EEG, TEE Probe #

ANTIBIOTICS / DOSE / TIME: Ancef 2g / 1600 IV

ANESTHESIA & SURGICAL EVENTS: 4 GA. Consent'd. ET Oxy. Monitoring. Smooth IV induction. ETT eyes taped. Inc 1615.

at end of surgery extubated, pt. ..., smooth ...

IV FLUIDS Crystalloid 200

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| EKG | SR | SR | SR | SR | SR | SR | SR | SR | SR |
| FIO2 | 94 | 93 | 95 | 95 | 95 | 100 | 96 | 94 | 96 |
| SPO2% | 100 | 72 | 100 | [illegible] | 99 | 100 | [illegible] | 100 | 99 |
| ETCO2 mmHg | 37 | 41 | 43 | [illegible] | [illegible] | 42 | 40 | 34 | [illegible] |
| VENT | SV | VC | PC | PC | PC | PC | PC | PC | PC |

SURGEON(S) Sanchez
POST-OP DIAGNOSIS NICM
PROCEDURE(S) BIV ICD + DFT testing
ANES. TECHNIQUE: GETA
ANES. BY:
EBL (ml)
URINE (ml)
IV FLUIDS NS

EBL Ø | URINE Ø

PACU ADMISSION: BP 122/91 P 75 R 14 SPO2 [illegible]
TEMP 97.2
VENTILATION SV
LEVEL OF CONSCIOUSNESS Drowsy
WASTE WITNESS NP

CRNA
COMMENTS:

Medical City Heart & Spine Hospitals
A Campus of Medical City Dallas
11990 N Central Expy. Dallas, TX 75243 (972) 940-8000

ANESTHESIA REPORT SHORT FORM
MCHS-FFRD000-00224 (New 08/19)

PATIENT IDENTIFICATION
GROSE, HERBERT
BD0100006801 MR#: BD00000629 11/12/19
DOB: 59/M Sanchez, Javier E MD
Medical City Heart and Spine CATH

Patient:GROSE, HERBERT MRN:BD00000628 Encounter:BD0100006801 Page 1 of 2

01/09/2023 15:41 Law Office of John E. Dunlap (FAX)9013216914 P.041/096

**Surgical Case Record**

**Patient:** BD00000629 GROSE,HERBERT **Date of Birth:**
**Account No:** BD0100006801 **Age:** 59
**Physician:** SANJA02-Sanchez,Javier E MD **Sex:** M
**Specialty:** CEP-Cardiology Electrophysio **Room-Bed/T.Loc:** BD.3219-1
**O.R.:** BD.CARDRR-Cardiology Invasive Recovery **Oper Date:** 11/12/19
Medical City Heart and Spine
**Primary Procedure:** ICD EXCHANGE/REPLACEMENT
**Case Close/** **Run Date:** 12/11/19
**Transmitted:** 12/10/19 1348 H.PQL5703 PREDDY,AMBER D **Run Time:** 0302

**ALLERGIES**

**ALLERGIES**
Last Updated: 11/12/19

| CODED Allergy/Adverse Reaction<br>Patient Reaction | Type | Sev | Date | Ver |
|---|---|---|---|---|
| F006002084 - warfarin<br>UNKNOWN | Allergy | U | 11/12/19 | Y |

*** CONTINUED ON PAGE 2 ***

**Surgical Case Record**

**Patient:** BD00000629 GROSE,HERBERT **Date of Birth:**
**Account No:** BD0100006801 **Age:** 59
**Physician:** SANJA02-Sanchez,Javier E MD **Sex:** M
**Specialty:** CEP-Cardiology Electrophysio **Room-Bed/T.Loc:** BD.321S-1
**O.R.:** BD CARDRR-Cardiology Invasive Recovery **Oper Date:** 11/12/19
Medical City Heart and Spine
**Primary Procedure:** ICD EXCHANGE/REPLACEMENT
**Case Close/** **Run Date:** 12/11/19
**Transmitted:** 12/10/19 1348 H.PQL5703 PREDDY,AMBER D **Run Time:** 0302

MDROS

Occurred 11/12/19 0934 ELSMORE,ADAM Recorded 11/12/19 0934 ELSMORE,ADAM
- - **BODY SYSTEM ASSESSMENT** - -
Choose body systems to document: **Neurological**
**Cardiovascular**
**Respiratory**
- - **NEUROLOGICAL ASSESSMENT** - -
- - **FACIAL SYMMETRY** - -
Facial symmetry: **Intact**
- - **PUPIL VARIANCE** - -
Pupils equal round reactive to light and accommodation: **Yes**
- - **TONGUE** - -
Tongue: **Midline**
- - **VOCALIZATION** - -
Vocalization: **Appropriate**
- - **REFLEXES** - -
Reflexes present and appropriate: **Yes**
- - **CARDIOVASCULAR ASSESSMENT** - -
- - **JUGULAR DISTENTION** - -
Jugular distension: **None**
- - **HEART RHYTHM** - -
Cardiac monitor: **None**
- - **RESPIRATORY** - -
- - **RESPIRATORY EFFORT/PATTERN** - -
Respirations even and unlabored: **Yes**
Airway: **Patent**
Chest expansion: **Symmetrical**
Trachea: **Midline**

*** CONTINUED ON PAGE 4 ***

**Surgical Case Record**

**Patient:** BD00000629 GROSE,HERBERT **Date of Birth:**
**Account No:** BD0100006801 **Age:** 59
**Physician:** SANJA02-Sanchez,Javier E MD **Sex:** M
**Specialty:** CEP-Cardiology-Electrophysio **Room-Bed/T.Loc:** BD.321S-1
**O.R.:** BD.CARDRR-Cardiology Invasive Recovery **Oper Date:** 11/12/19
Medical City Heart and Spine
**Primary Procedure:** ICD EXCHANGE/REPLACEMENT
**Case Close/** **Run Date:** 12/11/19
**Transmitted:** 12/10/19 1348 H.PQL5703 PREDDY,AMBER D **Run Time:** 0302

Is patient present and able to complete the screening for infection: **Yes**
Patient admitted/transferred from: **Home**
Reported/visualized open or draining wound: **No**
Is reason for visit open joint replacement/open spine/open heart surg: **No**
Is the patient receiving dialysis: **No**
Have you or a close contact traveled outside the US in the last 3 weeks: **No**
Risk factors for C.diff: **None**
Have you ever had TB or a positive TB skin test: **No**
Recent close contact with a person who has TB or influenza like illness: **No**
Fever greater than 100.4 F or 38.0 C: **Not in the last 7 days**
Cough not related to allergy or COPD: **Not in the last 7 days**
Sore throat: **Not in the last 7 days**
Night sweats: **Not in the last 7 days**
Unexplained weight loss: **Not in the last 7 days**
Fatigue: **Not in the last 7 days**
Body aches: **Not in the last 7 days**
Rash: **Not in the last 7 days**
Nasal congestion unrelated to allergies/sinus infections: **Not in the last 7 days**
Point of entry screening status: **Negative TB Risk**
**Negative Respiratory Risk**
**Negative C difficile Risk**

DOCUMENTATION
MDROs:

Occurred 11/12/19 0935 ELSMORE,ADAM Recorded 11/12/19 0936 ELSMORE,ADAM
**- - SAFETY/RISK/REGULATORY - -**
Isolation status: ***Standard precautions***
**- - SUICIDE - -**
Assess suicide: **Yes**
Suicidal thoughts: **None in lifetime**
Patient is at risk for suicide: **No**

DOCUMENTATION
Isolation status: **S**
MDROs:

Occurred 11/12/19 0936 ELSMORE,ADAM Recorded 11/12/19 0936 ELSMORE,ADAM
**- - PATIENT/FAMILY TEACHING - -**
Primary learner: **Patient**
Other learner: **Family**
Barriers to communication/learning: **None**
Primary learners preferred spoken language: **ENG** **ENGLISH**
Primary learners preferred written language: **ENG** **ENGLISH**
Physiological topics:
**Cardiac rehab**
Functional topics:
**Activity care**
Cardiac Topics: **Cardiac rehab**

*** CONTINUED ON PAGE 6 ***

PAGE 45/96 * RCVD AT 1/9/2023 4:25:47 PM [Eastern Standard Time] * SVR:VA1PWFAX2010/0 * DNIS:8776685331 * CSID:9013216914 * ANI:9013206914 * DURATION (mm-ss):53-04



**Surgical Case Record**

**Patient:** BD00000629 GROSE,HERBERT **Date of Birth:**
**Account No:** BD0100006801 **Age:** 59
**Physician:** SANJA02-Sanchez,Javier E MD **Sex:** M
**Specialty:** CEP-Cardiology-Electrophysio **Room-Bed/T.Loc:** BD.321S-1
**O.R.:** BD.CARDRR-Cardiology Invasive Recovery **Oper Date:** 11/12/19
Medical City Heart and Spine
**Primary Procedure:** ICD EXCHANGE/REPLACEMENT
**Case Close/**  **Run Date:** 12/11/19
**Transmitted:** 12/10/19 1348 H.PQL5703 PREDDY,AMBER D **Run Time:** 0302

**PACU ASSESSMENTS**

Occurred 11/12/19 1852 BURNS,ATALIE Recorded 11/12/19 1852 BURNS,ATALIE
Physiological problem/alteration in:
**Cardiac**
- - **CARDIAC ALTERATION** - -
Cardiac alteration problem expected to: **Improve/Resolve**
Target date: **11/12/19**
Cardiac alteration problem is: **Improving/Resolving**
Functional problem/alteration in:
**Activity**
- - **ACTIVITY ALTERATION** - -
Activity alteration problem expected to: **Improve/Resolve**
Target date: **11/12/19**
Activity alteration problem is: **Improving/Resolving**
Psychological problem/alteration in:
**Anxiety**
- - **ANXIETY ALTERATION** - -
Anxiety alteration problem expected to: **Improve/Resolve**
Target date: **11/12/19**
Anxiety alteration problem is: **Improving/Resolving**

DOCUMENTATION
MDROs:

Occurred 11/12/19 1831 BURNS,ATALIE Recorded 11/12/19 1834 BURNS,ATALIE
- - **SURG: ASSESSMENT PACU** - -
Postop assessment and management: **Admitting PACU I**
PACU assessment time: **1745**
Patient identified by two identifiers and ID band on: **Yes**
Patient position on arrival: **Fowlers semi**
Family notified: **Yes**
Level of consciousness: **Awake**
Alertness/orientation: **Alert**
**Orient person/place/time**
Ice Applied: **No**
If location is extremity, was extremity elevated: **No**
Assess neurological: **Yes**
- - **NEUROLOGICAL ASSESSMENT** - -
Alert and oriented: **Yes**
Facial symmetry: **Intact**
Pupils equal round reactive to light and accommodation: **Yes**
Tongue: **Midline**
Vocalization: **Appropriate**
Reflexes present and appropriate: **Yes**
Upper extremities equal and strong bilaterally: **Yes**
Lower extremities equal and strong bilaterally: **Yes**
Gait, strength, balance: **Appropriate**
General weakness: **None**

*** CONTINUED ON PAGE 8 ***



01/09/2023 15:46 Law Office of John E. Dunlap (FAX)9013216914 P.045/096

Surgical Case Record

Patient: BD00000629 GROSE,HERBERT    Date of Birth:
Account No: BD0100006801    Age: 59
Physician: SANJA02 Sanchez,Javier E MD    Sex: M
Specialty: CEP-Cardiology-Electrophysio    Room-Bed/T.Loc: BD.321S-1
O.R.: BD.CARDRR-Cardiology Invasive Recovery    Oper Date: 11/12/19
Medical City Heart and Spine
Primary Procedure: ICD EXCHANGE/REPLACEMENT
Case Close/    Run Date: 12/11/19
Transmitted: 12/10/19 1348 H.POLS703 PREDDY,AMBER D    Run Time: 0302

Capillary refill less than or equal to 3 seconds: **Yes**
Pulses strong and equal bilaterally: **Yes**
Calves symmetrical and pain is absent with dorsiflexion: **Yes**
Peripheral edema: **None**
Nailbeds: **Pink/No signs of clubbing**
Clubbing: **None**
Mechanical prophylaxis in place: **None**

DOCUMENTATION
Skin alteration summary: **Procedural site Anterior Subclavian right**
Skin alteration:

Tissue type score: **0**
MDROs:

Occurred 11/12/19 1834 BURNS,ATALIE    Recorded 11/12/19 1834 BURNS,ATALIE
**- SURG: ASSESSMENT PACU - -**
Postop assessment and management: **Ongoing PACU I**
PACU assessment time: **1800**
Family notified: **Yes**
Level of consciousness: **Awake**
Alertness/orientation: **Alert**
**Orient person/place/time**
Changes since last assessment: **No**
Ice Applied: **No**
If location is extremity, was extremity elevated: **No**
Assess neurological: **No**
Assess respiratory: **No**
Assess cardiovascular: **No**
Assess EENT: **No**
Assess gastrointestinal: **No**
Assess genitourinary: **No**
Assess gynecological: **No**

*** CONTINUED ON PAGE 10 ***

Surgical Case Record

Patient: BD00000629 GROSE,HERBERT Date of Birth:
Account No: BD0100006801 Age: 59
Physician: SANJA02-Sanchez,Javier E MD Sex: M
Specialty: CEP-Cardiology-Electrophysio Room-Bed/T.Loc: BD.321S-1
O.R.: BD CARDRR-Cardiology Invasive Recovery Oper Date: 11/12/19
Medical City Heart and Spine
Primary Procedure: ICD EXCHANGE/REPLACEMENT
Case Close/ Run Date: 12/11/19
Transmitted: 12/10/19 1348 H.PQL5703 - PREDDY,AMBER D Run Time: 0302

Assess gynecological: **No**
Assess musculoskeletal: **No**
Assess integumentary: **No**
Assess peripheral vascular: **No**

DOCUMENTATION
MDROs:

Occurred 11/12/19 1851 BURNS,ATALIE Recorded 11/12/19 1851 BURNS,ATALIE
- - **SURG: ASSESSMENT PACU** - -
Postop assessment and management: **Ongoing PACU I**
PACU assessment time: **1845**
Family notified: **Yes**
Level of consciousness: **Awake**
Alertness/orientation: **Alert**
**Orient person/place/time**
Changes since last assessment: **No**
Ice Applied: **No**
If location is extremity, was extremity elevated: **No**
Assess neurological: **No**
Assess respiratory: **No**
Assess cardiovascular: **No**
Assess EENT: **No**
Assess gastrointestinal: **No**
Assess genitourinary: **No**
Assess gynecological: **No**
Assess musculoskeletal: **No**
Assess integumentary: **No**
Assess peripheral vascular: **No**

DOCUMENTATION
MDROs:

Occurred 11/12/19 2021 BURNS,ATALIE Recorded 11/12/19 2022 BURNS,ATALIE
- - **SURG: ASSESSMENT PACU** - -
Postop assessment and management: **Ongoing PACU I**
PACU assessment time: **1915**
Family notified: **Yes**
Level of consciousness: **Awake**
Alertness/orientation: **Alert**
**Orient person/place/time**
Changes since last assessment: **No**
Ice Applied: **No**
If location is extremity, was extremity elevated: **No**
Assess neurological: **No**
Assess respiratory: **No**
Assess cardiovascular: **No**
Assess EENT: **No**
Assess gastrointestinal: **No**

*** CONTINUED ON PAGE 12 ***

**Surgical Case Record**

**Patient:** BD00000629 GROSE,HERBERT **Date of Birth:**
**Account No:** BD0100006801 **Age:** 59
**Physician:** SANJA02-Sanchez,Javier E MD **Sex:** M
**Specialty:** CBP-Cardiology-Electrophysio **Room-Bed/T.Loc:** BD.321S-1
**O.R.:** BD.CARDRR-Cardiology Invasive Recovery **Oper Date:** 11/12/19
Medical City Heart and Spine
**Primary Procedure:** ICD EXCHANGE/REPLACEMENT
**Case Close/** **Run Date:** 12/11/19
**Transmitted:** 12/10/19 1348 H.PQL5703 PREDDY,AMBER D **Run Time:** 0302

Assess gastrointestinal: **No**
Assess genitourinary: **No**
Assess gynecological: **No**
Assess musculoskeletal: **No**
Assess integumentary: **No**
Assess peripheral vascular: **No**

DOCUMENTATION
MDROs:

Occurred 11/12/19 2023 BURNS,ATALIE Recorded 11/12/19 2023 BURNS,ATALIE
- - **SURG: ASSESSMENT PACU** - -
Postop assessment and management: **Ongoing PACU I**
PACU assessment time: **2000**
Family notified: **Yes**
Level of consciousness: **Awake**
Alertness/orientation: **Alert**
**Orient person/place/time**
Changes since last assessment: **No**
Ice Applied: **No**
If location is extremity, was extremity elevated: **No**
Assess neurological: **No**
Assess respiratory: **No**
Assess cardiovascular: **No**
Assess EENT: **No**
Assess gastrointestinal: **No**
Assess genitourinary: **No**
Assess gynecological: **No**
Assess musculoskeletal: **No**
Assess integumentary: **No**
Assess peripheral vascular: **No**

DOCUMENTATION
MDROs:

**POST-PROC TIMES**

| **POST-PROC AREA** | **TIME DATE** |
|---|---|
| PT ARRIVES PHASE 2: | 1740 11/12/19 |
| PT DISCHARGE PHASE 2: | 2025 11/12/19 |

Filed by ATALIE BURNS on 11/12/19 at 2026

*** CONTINUED ON PAGE 14 ***

**Surgical Case Record**

**Patient:** BD00000629 GROSE,HERBERT **Date of Birth:**
**Account No:** BD0100006801 **Age:** 59
**Physician:** SANJA02-Sanchez,Javier E MD **Sex:** M
**Specialty:** CEP-Cardiology-Electrophysio **Room-Bed/T.Loc:** BD.321S-1
**O.R.:** BD.CARDRR-Cardiology Invasive Recovery **Oper Date:** 11/12/19
Medical City Heart and Spine
**Primary Procedure:** ICD EXCHANGE/REPLACEMENT
**Case Close/** **Run Date:** 12/11/19
**Transmitted:** 12/10/19 1348 H.PQL5703 PREDDY,AMBER D **Run Time:** 0302

**POST-PROC VITAL SIGNS**

| | | |
|---|---|---|
| | 11/12/19 1745 | 11/12/19 1800 |
| | H.DJU6500 | H.DJU6500 |
| Blood pressure: | 151/98 | 143/98 |
| Blood pressure source: | Monitor | Monitor |
| Blood pressure location: | Arm upper right | Arm upper right |
| Pulse: | 74 | 73 |
| Respiratory rate: | 14 | 28 |
| SPO2 %: | 98 | 97 |
| Oxygen delivery devices: | Room air | Room air |
| Temperature F: | 97.4 | |
| Temperature source: | Temporal | |
| Monitored heart rhythm: | Pacing | Pacing |
| Capillary refill less than or equal t... | Yes | Yes |
| Document pain assessment/reassessment: | Non-pharmacological | Non-pharmacological |
| RASS/LOC score: | 0 Alert and calm | -1 Drowsy |
| Post-anesthesia recovery score assess... | Yes | Yes |
| Post-procedure activity: | Moves all 4 extremities | Moves all 4 extremities |
| Post-procedure respirations: | Breathes deeply/coughs | Breathes deeply/coughs |
| Post-procedure circulation: | BP +/- 20% Pre-anesthesia | BP +/- 20% Pre-anesthesia |
| Post-procedure consciousness: | Fully awake | Fully awake |
| Post-procedure O2 saturation: | O2 sat greater than 92 RA | O2 sat greater than 92 RA |
| Post anesthesia recovery score: | 10 | 10 |
| Document objectives for pain management: | Yes | Yes |
| Deep breath at/below pain mgmt goal: | Yes | Yes |
| Turn at/below pain mgmt goal: | Yes | Yes |
| Progressive ambulation at/below pain ... | Yes | Yes |
| Perform ADLs at/below pain mgmt goal: | Yes | Yes |
| Patient goal for pain management: | No pain-0 | No pain-0 |
| Numeric pain scale: | Mild pain-1 | No pain-0 |
| | 11/12/19 1815 | 11/12/19 1830 |
| | H.DJU6500 | H.DJU6500 |
| Blood pressure: | 152/100 | 154/96 |
| Blood pressure source: | Monitor | Monitor |
| Blood pressure location: | Arm upper right | Arm upper right |
| Pulse: | 72 | 69 |
| Respiratory rate: | 17 | 21 |
| SPO2 %: | 98 | 99 |
| Oxygen delivery devices: | Room air | Room air |
| Monitored heart rhythm: | Pacing | Pacing |
| Capillary refill less than or equal t... | Yes | Yes |
| RASS/LOC score: | 0 Alert and calm | 0 Alert and calm |
| | 11/12/19 1845 | 11/12/19 1915 |
| | H.DJU6500 | H.DJU6500 |
| Blood pressure: | 163/87 | 158/104 |
| Blood pressure source: | Monitor | Monitor |
| Blood pressure location: | Arm upper right | Arm upper right |
| Pulse: | 65 | 78 |
| Respiratory rate: | 21 | 20 |

*** CONTINUED ON PAGE 16 ***

**Surgical Case Record**

**Patient:** BD00000629 GROSE,HERBERT **Date of Birth:** [redacted]
**Account No:** BD0100006801 **Age:** 59
**Physician:** SANJA02-Sanchez,Javier E MD **Sex:** M
**Specialty:** CEP-Cardiology-Electrophysio **Room-Bed/T.Loc:** BD 321S-1
**O.R.:** BD.CARDRR-Cardiology Invasive Recovery **Oper Date:** 11/12/19
Medical City Heart and Spine
**Primary Procedure:** ICD EXCHANGE/REPLACEMENT
**Case Close/** **Run Date:** 12/11/19
**Transmitted:** 12/10/19 1348 H.PQL5703 PREDDY,AMBER D **Run Time:** 0302

PT READY
Filed by ADAM ELSMORE on 11/12/19 at 0934

PT ARRIVES PHASE 2 1740 11/12/19
PT DISCHARGE PHASE 22025 11/12/19
Filed by ATALIE BURNS on 11/12/19 at 2026

**USER LEGEND**

H.DJU6500 = ATALIE BURNS.

**DOCTOR/CRNA LEGEND**

SANJA02 = Javier E Sanchez MD.

PRINTED BY HPF.FEED 12/11/19 0302

PAGE 51/96 * RCVD AT 1/9/2023 4:25:47 PM [Eastern Standard Time] * SVR:VA1PWFAX2010/0 * DNIS:8776685331 * CSID:9013216914 * ANI:9013216914 * DURATION (mm-ss):53-04

PRINT DATE: 11/14/19 MEDICAL CITY HEART AND SPINE PAGE 2
PRINT TIME: 0200 11970 N. CENTRAL EXPY
RUN USER: LABBKGJOB DALLAS, TX 75243

HPF LAB Discharge Summary Report w/o Pathology

Patient: GROSE,HERBERT #BD0100006801 (Continued)

*** COAGULATION ***
ROUTINE COAGULATION STUDIES

| | Day 1 Date 11/12/19 Time 0819 | | | Reference | Units |
|---|---|---|---|---|---|
| =>PT | 13.3 H | | | [9.4-12.5] | sec |
| =>INR | 1.1 (b) | | | | |

NOTES: (b) INR guidelines for monitoring ORAL ANTICOAGULANT THERAPY:

| INDICATION | INR |
|---|---|
| Prophylaxis of venous thrombosis (high risk surgery) | 2.0-3.0 |
| Treatment of venous thrombosis | 2.0-3.0 |
| Treatment of pulmonary embolism | 2.0-3.0 |
| Prevention of systemic embolism | 2.0-3.0 |
| Tissue heart valves | 2.0-3.0 |
| Acute MI: Valvular heart disease | 2.0-3.0 |
| Atrial fibrillation | 2.0-3.0 |
| Recurrent systemic embolism | 2.0-3.0 |
| Mechanical prosthetic heart valves | 2.5-3.5 |

Patient: GROSE,HERBERT Age/Sex: 59/M Acct#BD0100006801 Unit#BD00000629



01/09/2023 15:54 Law Office of John E. Dunlap (FAX)9013216914 P.051/096

PRINT DATE: 11/14/19
PRINT TIME: 0200
RUN USER: LABBKGJOB

MEDICAL CITY HEART AND SPINE
11970 N. CENTRAL EXPY
DALLAS, TX 75243

PAGE 4

HPF LAB Discharge Summary Report w/o Pathology

Patient: GROSE,HERBERT #BD0100006801 (Continued)

| Test | Day | Date | Time | Result | Reference | Units | Ver Date/Time |
|---|---|---|---|---|---|---|---|
| =>GLOM FILTRATION | 2 | --11/13/19-- | 0437 | >= 60(d) | [>= 60] | | 11/13/19 0527 |
| =>GLOM FILTRATION | 1 | --11/12/19-- | 0819 | >= 60(d) | [>= 60] | | 11/12/19 0855 |

NOTES: (d) Units: mL/min/1.73 m^2
The National Kidney Foundation presently
recommend reporting estimated GFR values greater
than or equal to 60 ml/min/1.73 m^2 simply as
>=60 mL/min/1.73 m^2, not an exact number.
The estimation does not require weight since the results are
reported normalized to 1.73 m^2 body surface area, which is
an accepted average adult surface area.

The equation for estimating glomerular filtration rate
(GFR) from serum creatinine is the Modification of Diet in
Renal Disease (MDRD) Study Equation.
This equation is used only in patient's greater than 18
years of age.

Patient: GROSE,HERBERT Age/Sex: 59/M Acct#BD0100006801 Unit#BD00000629

Medical City Heart Spine
11970 North Central Expressway
Dallas, Texas 75243

PHONE #: 972-940-8000
FAX #:

Name: GROSE, HERBERT
Phys: Sanchez.Javier E MD
DOB: Age: 59 Sex: M
Acct: BD0100006801 Loc: BD.CATH
Exam Date: 11/12/2019 Status: REG SDC
Radiology No:
Unit No: BD00000629

EXAMS: CPT CODE:
000001464 CHEST 1 VIEW PORTABLE 71045

INDICATION: AICD placement

COMPARISON: None

TECHNIQUE: Single View of the Chest

FINDINGS: The heart is mildly prominent. The lungs are clear and the costophrenic angles are sharp. Bibasilar atelectatic changes are seen. There is no pneumothorax. Normal-appearing right sided pacer/AICD is seen with lead pars and the right atrium and both ventricles.

IMPRESSION: Normal appearing right sided pacer/AICD with biventricular leads.

Cardiomegaly with basilar atelectasis.

No pneumothorax.

---

Electronically signed by: Dr. Thomas Cornell
Date: 11/12/19
Time: 18:55

** Electronically Signed by Thomas Cornell MD on 11/12/2019 at 1855 **
Reported and signed by: Thomas Cornell, MD

CC:

Dictated Date/Time: 11/12/2019 (1854)

Technologist: Carol A. Schild (RTR) (CT)
Transcribed Date/Time: 11/12/2019 (1855)
Transcriptionist: BPHY.TJC
Electronic Signature Date/Time: 11/12/2019 (1855)
Printed Date/Time: 11/12/2019 (1855) BATCH NO: N/A

PAGE 1 Signed Report

The new device was interrogated and found to be working properly. It was programmed DDDR with rate response on with ventricular tachycardia and ventricular fibrillation detection and therapies turned on. The patient tolerated the procedure well and there were no immediate complications.

FINDINGS:
1. Successful implantation of a dual chamber biventricular MRI compatible Medtronic ICD system. The model number of the generator is DTMA1QQ, of the atrial lead is 5076-45, of the right ventricular lead is 6935M55, and of the left ventricular lead is 459888. The P waves were 4 millivolts with a pacing impedance of 648 ohms and a pacing threshold of 0.3 volts at 0.5 milliseconds, the right ventricular signals were 10 millivolts with a pacing impedance of 566 ohms and a pacing threshold of 0.3 volts at 0.5 milliseconds. The left ventricular pacing impedance was 949 ohms with a left ventricular pacing threshold using electrode LV1 to electrode LV2 of 0.7 volts at 0.5 milliseconds. There was no diaphragmatic stimulation at maximum output pacing with any of the leads.
2. Defibrillation threshold equal to or less than 25 joules.

RECOMMENDATIONS: Chest x-ray, antibiotics, after he wakes up seeing how he feels, then we will decide whether he goes home today. We will see him in the office in the next week or sooner if needed.

Thanks for allowing us to participate in his care.

DD:11/12/2019 17:37:13 DT:11/12/2019 20:48:31 NTS;Job#2976360
Authenticated by Javier Enrique Sanchez, MD On 11/13/2019 01:40:51 PM

REPORT NUMBER: 1112-0078

Electronically Signed by Javier E Sanchez, MD on 11/13/19 at 1341

PATIENT NAME: GROSE,HERBERT ACCT #: BD0100006801

BD0100006801

# IMPLANTABLE CARDIOVERTER DEFIBRILLATOR MEDICARE COVERAGE WORKSHEET

Complete this form to determine Medicare coverage for patients with traditional Medicare fee for service as primary or secondary insurance coverage. This form applies to initial implants and replacements for end of battery life, ERI, and device/lead malfunctions. This form does not apply to CRT-D, Category B IDE clinical trials, or heart transplant candidates on the UNOS list.

**PATIENT INFORMATION**

Last Name: Grose First Name: Herbert DOB:

Reason/Diagnosis: NCM, DCM

Date procedure to be performed: 11/12/19 Physician Name: Javier Sanchez

**DETERMINE MEDICARE COVERAGE PER NATIONAL COVERAGE DETERMINATION (NCD)**

| | | |
|---|---|---|
| 1 | Is patient clinically unstable (e.g., in shock, from any etiology)? | ☒ No - Go to Q2<br>☐ Yes - STOP - Patient does not meet Medicare coverage, Go to Q21 |
| 2 | Significant, irreversible brain damage | ☒ No - Go to Q3<br>☐ Yes - STOP - Patient does not meet Medicare coverage, Go to Q21 |
| 3 | Any disease, other than cardiac disease, associated with likely survival < 1 year | ☒ No - Go to Q4<br>☐ Yes - STOP - Patient does not meet Medicare coverage, Go to Q21 |
| 4 | Supraventricular tachycardia such as atrial fibrillation with poorly controlled ventricular rate | ☒ No - Go to Q5<br>☐ Yes - STOP - Patient does not meet Medicare coverage, Go to Q21 |
| 5 | Is this a replacement due to end of battery life, ERI, or device/lead malfunction? | ☒ No - Go to Q6<br>☐ Yes - STOP - Patient meets Medicare coverage, Go to Q21 |
| 6 | Documented episode of cardiac arrest due to VF, not due to a transient or reversible cause | ☒ No - Go to Q7<br>☐ Yes - STOP - Patient meets Medicare coverage - Go to Q21 |
| 7 | Documented episode sustained ventricular tachyarrhythmia, either spontaneous or induced by an EPS, not associated with an acute MI, and not due to a transient or reversible cause | ☒ No - Go to Q8<br>☐ Yes - STOP - Patient meets Medicare coverage - Go to Q21 |
| 8 | LVEF assessed | ☐ No - Go to Q11<br>☒ Yes - Go to Q9 |
| 9 | Most recent LVEF and timeframe: LVEF: 20 % | ☐ <1 month ☐ ≥1 to ≤3 months ☒ >3m to ≤6 months ☐ >6 months Go to Q10 |
| 10 | How was LVEF measured: | ☐ Angiography ☐ Radionuclide Scan ☒ Echocardiogram ☐ MRI Go to Q11 |
| 11 | Is there a documented shared decision making encounter* with the patient using an ICD decision tool? | ☐ No - STOP - Patient does not meet Medicare coverage - Go to Q21<br>☒ Yes - Go to Q12 |
| 12 | Documented familial or genetic disorders with a high risk of life threatening tachyarrhythmias(sustained VT or VF), to include but not limited to long QT syndrome or hypertrophic cardiomyopathy | ☒ No - Go to Q13<br>☐ Yes - STOP - Patient meets Medicare coverage - Go to Q21 |
| 13 | CABG within past 3 months Date: | ☒ No - Go to Q14 ☐ Yes - Go to Q16 |
| 14 | PCI with angioplasty and/or stenting within past 3 months Date: | ☒ No - Go to Q15 ☐ Yes - Go to Q16 |
| 15 | MI within past 40 days Date: | ☒ No - Go to Q17 ☐ Yes - Go to Q16 |
| 16 | Complete HCA Pacemaker Worksheet (and attach) Does patient meet all CMS criteria for cardiac pacemaker? | ☐ No - STOP - Patient does not meet Medicare coverage - Go to Q21<br>☐ Yes - Go to Q17 |
| 17 | Clinical symptoms/findings making patient a candidate for coronary revascularization | ☒ No - Go to Q18<br>☐ Yes - STOP - Patient does not meet Medicare coverage, Go to Q21 |
| 18 | NIDCM, NYHA Class II or III heart failure, LVEF ≤ 35% and on optimal medical therapy (OMT) for ≥3 months **PROVIDE SUPPORTING DOCUMENTATION OF OMT** | ☐ No - Go to Q19<br>☒ Yes - STOP - Patient meets Medicare coverage, Go to Q21 |
| 19 | Severe IDCM, NYHA Class II or III heart failure, LVEF ≤ 35% | ☐ No - Go to Q20a ☐ Yes - STOP - Patient meets Medicare coverage, Go to Q21 |
| 20a | Documented prior MI with LVEF ≤ 30% | ☐ No - STOP - Patient does not meet Medicare coverage, Go to Q21<br>☐ Yes - Go to Q20b |
| 20b | NYHA Class IV heart failure? | ☐ No - STOP - Patient meets Medicare coverage, Go to Q21<br>☐ Yes - STOP - Patient does not meet Medicare coverage, Go to Q21 |

**FINAL STEPS – COMPLETE FOR ALL PATIENTS**

21. In order to support Medicare documentation requirements for ICD implants, either new or replacements, the actual report of the necessary clinical data that follow must be in the patient's medical record at the facility of implantation. The necessary clinical data include: 1) pertinent EKG and EP recordings 2) LVEF (by angiography, radionuclide imaging, echocardiography or MRI) 3) pertinent progress notes 4) cardiac resuscitation records if present 5) discharge summary 6) any additional information the implanter feels is significant in support of the procedure 7) documentation of a "SHARED DECISION MAKING ENCOUNTER".

22. Please send this completed, signed and dated form to the facility Clinical Reviewer if the physician wants to proceed with the ICD procedure.

Physician Signature: [signature] Date/Time: 11/11/19 1300

**FOR HOSPITAL USE ONLY:**

☒ Meets Medicare Coverage per NCD ☐ Does not meet Medicare Coverage per NCD – refer to Administration

Clinical Reviewer: Linda Thompson RN Date/Time: 11/12/19 1100

*A shared decision making encounter occurs between a physician or non-physician practitioner using an evidence-based tool on ICDs.

CARDIAC RECORD 5

Part of Permanent Medical Record – HCA Proprietary
March 2016

GROSE, HERBERT
BD0100006801 MR#: BD00000629 11/12/19
DOB: 69/M Sanchez, Javier E MD
Medical City Heart and Spine CATH

BD0100006801

**Final: S on Summary**

| Device | MRI Quad CRTD | 1QQ | Serial N | : RPA228097H | Date of Visit: 1 | 2019 17:26:37 |
|---|---|---|---|---|---|---|
| Patient: GROSE, Herbert | | | ID: | | Physician: Dr. Javier Sanchez | 972-566-8866 |

| Changes This Session | Session Start | Current Value |
|---|---|---|
| VF Rx 4 Pathway | B>AX | AX>B* |
| VF Rx 5 Pathway | B>AX | AX>B* |
| VF Rx 6 Pathway | B>AX | B>AX* |
| FVT Rx 2 Pathway | B>AX | B>AX* |
| FVT Rx 3 Pathway | B>AX | B>AX* |
| FVT Rx 4 Pathway | AX>B | AX>B* |
| FVT Rx 5 Pathway | AX>B | AX>B* |
| FVT Rx 6 Pathway | B>AX | B>AX* |
| V. ATP V. Pacing | RV | RV+LV |
| Upper Tracking Rate | 130 bpm | 140 bpm |
| Upper Sensor Rate | 120 bpm | 135 bpm |
| LV Amplitude | 5.00 V | 3.00 V |
| LV Pace Polarity | LV1 to LV2 | LV4 to LV1 |
| V. Blank Post VP | 230 ms | 210 ms |
| Active Can/SVC Coil | Can+SVC On | SVC Off |
| EGM 3 Source | LV1 to RVcoil | LV4 to RVcoil |
| Number of Shocks Threshold | | 1 |
| *AT/AF Daily Burden Alert | Off | On |
| *Avg. V. Rate During AT/AF Alert | Off | On |
| *Therapy Set Exhausted | Off | On |
| *Number of Shocks Delivered | Off | On |
| Patient | BOTTOMS,... | GROSE, H... |
| Date of Birth | 27-Oct-1953 | 19-Jul-1960 |
| Lead 1 Model | | 5076 Cap... |
| Lead 1 MR Conditional | Unknown | Yes |
| Lead 1 Position | | Atrial |
| Lead 1 Length (cm) | | 45 |
| Lead 1 Manufacturer | | Medtronic |
| Lead 1 Serial Number | | PJN76884... |
| Lead 1 Implant Date | | 12-Nov-2019 |
| Lead 2 Model | | 6935M Sp... |
| Lead 2 MR Conditional | Unknown | Yes |
| Lead 2 Position | | RV |
| Lead 2 Length (cm) | | 62 |
| Lead 2 Manufacturer | | Medtronic |
| Lead 2 Serial Number | | TDL38662... |
| Lead 2 Implant Date | | 12-Nov-2019 |
| Lead 3 Model | | 4598 Att... |
| Lead 3 MR Conditional | Unknown | Yes |
| Lead 3 Position | | CS |
| Lead 3 Length (cm) | | 88 |
| Lead 3 Manufacturer | | Medtronic |
| Lead 3 Serial Number | | QUC07560... |
| Lead 3 Implant Date | | 12-Nov-2019 |

BD0100006801

## Fin: irameters

Device a MRI Quad CRTD ı1QQ Serial ID: : RPA226097H Date of Visit: 1: 2019 17:26:37
Patient: GROSE, Herbert Physician: Dr. Javier Sanchez 972-566-8866

### Pacing Summary

| Mode | | Rates | | CRT | |
|---|---|---|---|---|---|
| Mode | DDD | Lower | 60 bpm | AdaptivCRT | Adaptive Bi-V and LV |
| Mode Switch | 150 bpm | Upper Track | 140 bpm | V. Pacing | LV |
| | | Upper Sensor | 135 bpm | Paced AV | 150 ms |
| | | | | Sensed AV | 100 ms |
| | | | | EffectivCRT During AF | On |
| | | | | Maximum Rate | 110 bpm |

| Pacing Details | Atrial | RV | LV |
|---|---|---|---|
| Amplitude | 5.00 V | 5.00 V | 3.00 V |
| Pulse Width | 0.40 ms | 0.40 ms | 0.40 ms |
| Capture Management | Adaptive | Adaptive | Adaptive |
| Amplitude Margin | 2.0 X | 2.0 X | + 0.5 V |
| Min. Adapted Amplitude | 1.50 V | 2.00 V | |
| Max. Adapted Amplitude | | | 6.00 V |
| Acute Phase Remaining | 120 days | 120 days | |
| Sensitivity | 0.30 mV | 0.30 mV | |
| Pace Polarity | Bipolar | Bipolar | LV4 to LV1 |
| Sense Polarity | Bipolar | Bipolar | |

Tip LV1 — LV2 — LV3 — LV4

### Rate Response

| | |
|---|---|
| ADL Rate | 95 bpm |
| Optimization | On |
| ADL Response | 3 |
| Exertion Response | 3 |
| Activity Threshold | Medium Low |
| Activity Acceleration | 30 sec |
| Activity Deceleration | Exercise |
| ADL Setpoint | 18 |
| UR Setpoint | 40 |

### Refractory/Blanking

| | |
|---|---|
| PVARP | Auto |
| Minimum PVARP | 250 ms |
| PVAB Interval | 150 ms |
| PVAB Method | Partial |
| A. Blank Post AP | 200 ms |
| A. Blank Post AS | 100 ms |
| V. Blank Post VP | 210 ms |
| V. Blank Post VS | 120 ms |

### Arrhythmia Interventions

| | |
|---|---|
| A. Rate Stabilization | Off |
| A. Preference Pacing | Off |
| Post Mode Switch | Off |
| V. Sense Response | On |
| Maximum Rate | 130 bpm |
| Conducted AF Response | On |
| Response Level | Medium |
| Maximum Rate | 110 bpm |
| V. Rate Stabilization | Off |

### Post Shock Pacing

| | |
|---|---|
| Post Shock Pacing* | |
| A. Amplitude | 4 V |
| A. Pulse Width | 1.50 ms |
| V. Amplitude | 6 V |
| V. Pulse Width | 1.50 ms |
| * Settings for first 25 beats post shock | |
| Post VT/VF Shock Pacing | Off |

### Additional Features

| | |
|---|---|
| Atrial Tracking Recovery | On |
| Rate Drop Response | Off |
| Sleep | Off |
| Non-Comp Atrial Pacing | On |
| NCAP Interval | 300 ms |
| MRI SureScan | Off |
| PMT Intervention | Off |
| PVC Response | On |
| V. Safety Pacing | On |

### Device Information

| | | | | |
|---|---|---|---|---|
| Device | Medtronic | Claria MRI Quad CRTD DT... | RPA226097H | Implanted: 12-Nov-2019 |
| Atrial | Medtronic | 5076 CapSureFix Novus MRI | PJN7688478 | Implanted: 12-Nov-2019 |
| RV | Medtronic | 6935M Sprint Quattro MRI | TDL366629V | Implanted: 12-Nov-2019 |
| CS | Medtronic | 4598 Attain Performa S MRI | QUC075605V | Implanted: 12-Nov-2019 |

SW034 Software Version 8.2 (3.1)
Copyright © Medtronic, Inc. 2016



Final: Parameters
Printed: 12-Nov-2019 18:31:19

BD0100006801

# Final Parameters

Device: a MRI Quad CRTD .1QQ Serial: RPA228097H Date of Visit: 1: 2019 17:26:37
Patient: GROSE, Herbert ID: Physician: Dr. Javier Sanchez 972-566-8885

## VT/VF Detection

| | | V. Interval (Rate) | Initial | Redetect |
|---|---|---|---|---|
| VF | On | 330 ms (182 bpm) | 30/40 | 6/8 |
| FVT | via VF | 240 ms (250 bpm) | | |
| VT | OFF | 360 ms (167 bpm) | 16 | 12 |
| Monitor | Monitor | 420 ms (143 bpm) | 32 | |

[redacted] 330 ms
240 ms [redacted]
No Rx 420 ms

| PR Logic/Wavelet | | Other Enhancements | | Sensitivity | |
|---|---|---|---|---|---|
| AF/Afl | On | Stability | Off | Atrial | 0.30 mV |
| Sinus Tach | On | Onset | Off | RV | 0.30 mV |
| Other 1:1 SVTs | Off | High Rate Timeout | | | |
| Wavelet | On | VF Zone Only | Off | | |
| Template | None | TWave | On | | |
| Match Threshold | 70 % | RV Lead Noise | On+Timeout | | |
| Auto Collection | Off | Timeout | 0.75 min | | |
| SVT V. Limit | 260 ms | | | | |

| VF Therapies | Rx1 | Rx2 | Rx3 | Rx4 | Rx5 | Rx6 |
|---|---|---|---|---|---|---|
| VF Therapy Status | On | On | On | On | On | On |
| Energy | 35 J | 35 J | 35 J | 35 J | 35 J | 35 J |
| Pathway | B>AX* | B>AX* | B>AX* | AX>B* | AX>B* | B>AX* |

* SVC Coil Off

ATP During Charging
Deliver ATP if last 8 R-R >= 200 ms, Burst, Pulses = 12, R-S1 = 88 %, Decrement = 10 ms
ChargeSaver = On(1 episodes), SmartMode = On

| FVT Therapies | Rx1 | Rx2 | Rx3 | Rx4 | Rx5 | Rx6 |
|---|---|---|---|---|---|---|
| FVT Therapy Status | On | On | On | On | On | On |
| Therapy Type | Burst | CV | CV | CV | CV | CV |
| Energy | | 35 J | 35 J | 35 J | 35 J | 35 J |
| Pathway | | B>AX* | B>AX* | AX>B* | AX>B* | B>AX* |
| Initial # Pulses | 12 | | | | | |
| R-S1 Interval=(%RR) | 84 % | | | | | |
| S1S2(Ramp+)=(%RR) | | | | | | |
| S2SN(Ramp+)=(%RR) | | | | | | |
| Interval Dec | 10 ms | | | | | |
| # Sequences | 1 | | | | | |
| Smart Mode | Off | | | | | |

| VT Therapies | Rx1 | Rx2 | Rx3 | Rx4 | Rx5 | Rx6 |
|---|---|---|---|---|---|---|
| VT Therapy Status | Off | Off | Off | Off | Off | Off |

| Shared V. ATP | |
|---|---|
| V-V Minimum ATP Interval | 200 ms |
| V. Amplitude | 8 V |
| V. Pulse Width | 1.5 ms |
| V. Pace Blanking | 240 ms |
| V. Pacing | RV+LV |

| Shared V. Therapies | |
|---|---|
| Active Can/SVC Coil | SVC Off |
| Progressive Episode Therapies | Off |
| Confirmation+ | On |

BD0100006801

## Fin arameters

| | | | | | |
|---|---|---|---|---|---|
| Devic a MRI Quad CRTD | \1QQ | Serial ! | r RPA228097H | Date of Visit: 1 | 2019 17:26:37 |
| Patient: GROSE, Herbert | | ID: | | Physician: Dr. Javier Banchez | 972-566-8856 |

### Data Collection Setup

| | Source | Range |
|---|---|---|
| LECG | Can to SVC | +/- 2 mV |
| EGM 1 | Atip to Aring | +/- 8 mV |
| EGM 2 (Wavelet) | Can to RVcoil | +/- 12 mV |
| EGM 3 | LV4 to RVcoil | +/- 16 mV |

| | |
|---|---|
| Monitored | EGM1 and EGM2 |
| Pre-arrhythmia EGM | On - 3 months |

V. Sensing Episodes

| | |
|---|---|
| V. Senses to Detect | 10 senses |
| V. Paces to Terminate | 3 paces |

| | |
|---|---|
| Device Date/Time | 12-Nov-2019 17:36 |
| Holter Telemetry | Off |

### Medtronic CareAlert Setup

| | |
|---|---|
| Patient Home Monitor | Yes |
| Alert Time | 09:00 |

| Alert Conditions | Enable-Urgency Tone / Monitor | Threshold |
|---|---|---|
| OptiVol 2.0 Fluid Settings | Off | 60 |
| AT/AF Daily Burden Settings | Off / On | 6 hr |
| Avg. V. Rate During AT/AF Settings | Off / On | 6 hr at 100 bpm |
| Number of Shocks Delivered in an Episode | Off / On | 1 |
| All Therapies in a Zone Exhausted | Off / On | |
| RV Lead Integrity | On-High / On | |
| RV Lead Noise | On-High / On | |
| A. Pacing Lead Impedance Out of Range | On-High / On | <200 or >3000 ohms |
| RV Pacing Lead Impedance Out of Range | On-High / On | <200 or >3000 ohms |
| LV Pacing Lead Impedance Out of Range | On-High / On | <200 or >3000 ohms |
| RV Defibrillation Lead Impedance Out of Range | On-High / On | <20 or >200 ohms |
| SVC Defib Lead Impedance Out of Range | Off / Off | <20 or >200 ohms |
| Low Battery Voltage RRT | On-High / On | 2.73 V(RRT) |
| Excessive Charge Time EOS | On-High / On | |
| VF Detection OFF, 3+ VF or 3+ FVT Rx Off. | On-High / On | |

BD0100006801

# Medical City Heart
# Specialist. In Life.

## Procedure Summary

| Time | Summary | Comment |
|---|---|---|
| 3:26:19 PM | Protocol: Baseline | |
| 3:27:13 PM | Case Event Type:Implant,Physician:Sanchez,Javier | |
| 3:27:19 PM | | Anesthesia arrived |
| 3:27:22 PM | | Anesthesia Provided by : Dr. Hastie |
| 3:27:22 PM | | See Anesthesia Records for Meds,Airway Management and Vital Sign |
| 3:32:52 PM | | Patient arrives to procedure room |
| 3:32:57 PM | Cardinal Cath Pack | |
| 3:32:57 PM | | ~Identification complete utilizing two hospital identifiers. |
| 3:32:57 PM | | ~oriented to room and staff. |
| 3:32:57 PM | | ~Opportunity provided to ask questions related to procedure. |
| 3:32:57 PM | | Procedure order present / consistent with consent |
| 3:32:57 PM | | Current history and physical present |
| 3:32:57 PM | | Ordered lab results reviewed by RN. |
| 3:32:57 PM | | ~abnormal findings reported to physician. |
| 3:32:59 PM | | Patient moved self to procedure table without difficulty. |
| 3:32:59 PM | | Monitoring initiated to include: |
| 3:32:59 PM | | ECG, Sp02, NIBP & ETC02 when applicable |
| 3:32:59 PM | | Adult defibrillator patches applied to patient. |
| 3:33:01 PM | Adult Quick Combo Conmed DFib Pads 2001M-C | |
| 3:33:01 PM | | Defibrillator pads attached to Life Pak 12. |
| 3:33:03 PM | | Ground Pad Applied |
| 3:33:03 PM | | Blue Ground Pad |
| 3:33:04 PM | Grounding Pad E7506 (Blue -EP) | |
| 3:33:05 PM | Bair Hugger Tubes 56000 | |
| 3:33:05 PM | | Bair hugger warming tube utilized for patient comfort. |
| 3:39:11 PM | | Patient Allergies: warfarin |
| 3:39:12 PM | | IV Site: L arm |
| 3:39:13 PM | | Lab Results Checked |
| 3:39:15 PM | | Anesthesia time out |
| 3:39:22 PM | | Induction of anesthesia |
| 3:46:53 PM | | R hand 20G started by Tiffany, RN |
| 3:50:45 PM | | Antibiotic Start Time, Started By: Dr. Hastie |
| 3:50:48 PM | Ancef (Cefazolin) IV 2 g | |
| 3:52:21 PM | | Counts completed by Scrub: Lindsey |
| 3:52:22 PM | | Radiographic Sponge Count: _30___ Sharps Count: 19 |
| 3:52:22 PM | | Scrub announced that the count was correct. |
| 3:52:23 PM | | NS 1000ML, Gentamycin 80MG for Table Set-Up |
| 3:54:14 PM | | Injection via Peripheral IV for Subclavian Venogram |
| 4:04:03 PM | | Restraints Utilized, Upper/lower Extremity |
| 4:04:04 PM | | Physician Arrived |
| 4:04:09 PM | | Patient prep time |

# LAW OFFICES
# OF
# JOHN E. DUNLAP

3340 Poplar Avenue,
Suite 320
Memphis, TN 38111
(901) 320-1603
(901) 320-6914

Date: Jany 9, 2023

Fax No: 877 668 5331

Attention: Janet Olsten

From: John E. Dunlap, Esq.

Re: Holt Gross (Appeal)

No. of Pages: ______

Comments: ______

**The Law Offices of John E Dunlap ,PC**

**3340 Poplar Avenue #320**

**Memphis, Tennessee 38111**

**Risk Services (Lincoln Financial)**

**PO Box 2337**

**Omaha, NE 68103**

**Attention : Appeals Unit**

**Re: Our Client: Herbert Gross**

**Your Insured: American Airlines**

**Policy No.: 00040200411700000**

**Claim No.: 00187027**

**Dear Janet,**

**Our office is submitting an appeal of your decision dated September 13, 2021to deny his claim for long term disability benefits with your company. We are enclosing the following documents for your review:**

- **Notice of Appeal;**
- **We will provide additional records;**
- **Limited Power of Attorney and Authorization to Discuss;**
- **This letter constitutes an appeal of your most recent decision to terminate disability benefits.**

**If you have additional questions, please feel free to contact our office.**

**Respectfully,**

John E Dunlap

# NOTICE OF APPEAL

To: Lincoln Financial

From: The Law Offices of John E. Dunlap, P.C., 3340 Poplar Avenue #320
Memphis, Tennessee 38111.

You are hereby informed that the decision dated September 13, 2021 to terminate benefits of Herbert Gross on Policy No. 001877027 is hereby appealed pursuant to administrative action. Please send all future correspondence to the Law Offices of John E. Dunlap.

Respectfully submitted,

John E. Dunlap
3340 Poplar Avenue, No. 320
Memphis, Tennessee 3811
(901) 320-1603
jdunlap00@gmail.com

# LIMITED POWER OF ATTORNEY AND DIRECTION TO PAY

To: Lincoln

Claimant: Herbert Gross

Employer: American Airlines

Please be advised that I have retained the Law Offices of John E. Dunlap, P.C. to represent me under the jurisdiction of the United States District Court for The Western District of Tennessee with regard to my claim of long-term disability benefits (short-term disability benefits). I have given limited power of attorney to John E. Dunlap, Esquire to discuss my claim with Lincoln , and/or any long-term disability plan administrator and/or fiduciary, to negotiate on my behalf, to agree to the terms of the settlement contingent on my executing settlement documents, to endorse any checks received with regard to any claim, judgment payment, and/or settlement benefits from the plan. I understand that any checks will be deposited into a noninterest-bearing attorney escrow account and will be held until the funds clear before my portion of the proceeds will be forwarded to me. I further authorize all information from my claim file to be made available to John E. Dunlap, Esquire.

I give specific notice and direction to Lincoln , and/or long-term disability plan administrator and/or fiduciary, that, with respect to payment of benefits, settlement or judgment arising from my claim, they will forward all checks for past due, present and/or future benefits and/or attorney fees to my duly appointed attorney, John E. Dunlap, Esquire, 3340 Poplar Avenue, No. 320, Memphis, Tennessee 38111, made payable to : Herbert Gross and John E Dunlap, attorney.

Pursuant to the terms of my engagement with Mr. Dunlap, I have obligated myself to payment of attorney fees and costs in my case and hereby grant a full lien and entitlement to payment I may receive from Herbert Gross, and/or long-term disability plan administrator, in relation to my claim for long-term disability benefits and related attorney fees of any kind. This limited power of attorney and direction to pay shall remain valid until John E. Dunlap, Esquire notifies and/or long-term disability plan administrator and/or fiduciary otherwise.

**Claimant** ____________________ Date: ____________________

The above-dated Lien, Direction to Pay and Limited Power of Attorney are hereby accepted:

____________________
John E Dunlap

**MEDICAL CITY HEART & SPINE HOSPITALS, A CAMPUS OF MEDICAL CITY DALLAS**

GROSE, HERBERT
100006801 SDC
11/12/2019 Javier E Sanchez MD
DOB: 59 y M
MR#: BD00000629

## Conditions of Admission and Consent for Outpatient Care

In this document, **"Patient"** means the person receiving treatment. **"Patient Representative"** means any person acting on behalf of the Patient and signing as the Patient's representative. Use of the word "I," "you," "your" or "me" may in context include both the Patient and the Patient Representative. With respect to financial obligations "I" or "me" may also, depending on the context, mean financial guarantor "Guarantor".

**"Provider"** means the hospital and may include healthcare professionals on the hospital's staff and/or hospital-based physicians, which include but are not limited to: Emergency Department Physicians, Pathologists, Radiologists, Anesthesiologists, Hospitalists, certain other licensed independent practitioners and any authorized agents, contractors, affiliates, successors or assignees acting on their behalf.

1. **Legal Relationship between Hospital and Physicians and Advanced Practice Professionals.** I understand and acknowledge that the physicians and advanced practice professionals providing services to me in the hospital are independent contractors and not agents or employees of the hospital. **"Advanced Practice Professionals"** include, but are not limited to, my treating physicians/ surgeons, radiologists, pathologists, cardiologists, emergency physicians, anesthesiologists, contract physicians, hospital-based physicians, physician assistants, registered nurses, advanced practice registered nurses, certified nurse midwives, certified registered nurse anesthetists, clinical psychologists, clinical nurse specialists, doctors of nursing practice, radiology assistants, and anesthesiology assistants. Independent physicians and Advanced Practice Professionals are responsible for their own actions and the hospital shall not be liable for the acts or omissions of any such independent physicians and/or Advanced Practice Professionals.

2. **Consent to Treatment.** I consent to the procedures that may be performed during this hospitalization or during an outpatient episode of care, including, but not limited to, emergency treatment or services, and which may include laboratory procedures, x-ray examination, diagnostic procedures, medical, nursing or surgical treatment or procedures, anesthesia, or hospital services rendered as ordered by the Provider. I consent to allowing residents and other individuals enrolled in a healthcare professional education program as part of their training in health care education to participate in the delivery of my medical care and treatment or be observers while I receive medical care and treatment at the Hospital, and that they will be supervised by instructors and/or hospital staff. I further consent to the hospital conducting blood-borne infectious disease testing, including but not limited to, testing for hepatitis, Acquired Immune Deficiency Syndrome (**"AIDS"**), and Human Immunodeficiency Virus (**"HIV"**), if a Provider orders such tests or if ordered by protocol. I understand that the potential side effects and complications of this testing are generally minor and are comparable to the routine collection of blood specimens, including discomfort from the needle stick and/or slight burning, bleeding or soreness at the puncture site. The results of this test will become part of my confidential medical record.

3. **Consent to Treatment Using Telemedicine.** I consent to treatment involving the use of electronic communications (**"Telemedicine"**) to enable health care providers at different locations to share my individual patient medical information for diagnosis, therapy, follow-up, and/or education purposes. I consent to forwarding my information to a third party as needed to receive Telemedicine services, and I understand that existing confidentiality protections apply. I acknowledge that while Telemedicine can

**MEDICAL CITY HEART & SPINE HOSPITALS, A CAMPUS OF MEDICAL CITY DALLAS**

GROSE, HERBERT
100006801 SDC
11/12/2019 Javier E Sanchez MD
DOB: 59 y M
MR#: BD00000629

program lies with each pharmaceutical or medical device company and that submission by hospital provides no guarantee or assurance that any application will be approved. I will provide reasonable assistance and additional information and documentation as necessary to support each application. I further understand that: 1) signing this is voluntary; 2) some patient assistance programs may not accept applications via power of attorney and I agree not to hold hospital responsible for such denial; 3) my treatment, payment enrollment, or eligibility for benefits may not be conditioned upon signing this authorization; and 4) I may revoke this authorization at any time by notifying the Provider in writing at

N/A

N/A

N/A

, however, such revocation will not affect any actions taken prior to facility receiving the revocation.

This LPOA shall be in full force from the date signed and continue for so long as these programs may be available to you.

| | | | |
|---|---|---|---|
| ☑ | Yes, I consent to Product Patient Assistance Programs Limited Power of Attorney | ☐ | No, I do not consent to Product Patient Assistance Programs Limited Power of Attorney |

7. **Consent to Photographs, and Video, Digital and Audio Recordings.** I consent to photographs, video, digital or audio recordings, and/or images of me being recorded for patient care, healthcare operations, security purposes and/or the hospital's quality improvement and/or risk management activities. I understand that the facility retains the ownership rights to the images and/or recordings. I will be allowed to request access to or copies of the images and/or recordings when technologically feasible unless otherwise prohibited by law. I understand that these images and/or recordings will be securely stored and protected. Images and/or recordings in which I am identified will not be released and/or used outside of the facility without a specific written authorization from me or my legal representative unless otherwise required by law.

8. **Financial Agreement.** In consideration of the services to be rendered to Patient, Patient or Guarantor individually promises to pay the Patient's account at the rates stated in the hospital's price list (known as the **"Charge Master"** ) effective on the date the charge is processed for the service provided, which rates are hereby expressly incorporated by reference as the price term of this agreement to pay the Patient's account. Some special items will be priced separately if there is no price listed on the Charge Master. An estimate of the anticipated charges for services to be provided to the Patient is available upon request from the hospital. Estimates may vary significantly from the final charges based on a variety of factors, including, but not limited to, the course of treatment, intensity of care, physician practices, and the necessity of providing additional goods and services.

in default. Once the medical account is determined to be delinquent it may be subject to late fees, interest as stated, referral to a collection agency for collection as a delinquent account, credit bureau reporting and enforcement by legal proceedings.

I also agree that if the Provider initiates collection efforts to recover amounts owed by me or my Guarantor, then, in addition to amounts incurred for the services rendered, Patient or Guarantor will pay, to the extent permitted by law: (a) any and all costs incurred by the Provider in pursuing collection, including, but not limited to, reasonable attorneys' fees, and (b) any court costs or other costs of litigation incurred by the Provider.

11. **Assignment of Benefits.** Patient assigns all of his/her rights and benefits under existing policies of insurance providing coverage and payment for any and all expenses incurred as a result of services and treatment rendered by the Provider and authorizes direct payment to the Provider of any insurance benefits otherwise payable to or on behalf of Patient for the hospitalization or for outpatient services, including emergency services, if rendered. Patient understands that any payment received from these policies and/or plans will be applied to the amount that Patient or Guarantor has agreed to pay for services rendered during this admission and, that Provider will not retain benefits in excess of the amount owed to the Provider for the care and treatment rendered during the admission.

I understand that any health insurance policies under which I am covered may be in addition to other coverage or benefits or recovery to which I may be entitled, and that Provider, by initially accepting health insurance coverage, does not waive its rights to collect or accept, as payment in full, any payment made under different coverage or benefits or any other sources of payment that may or will cover expenses incurred for services and treatment.

I hereby **irrevocably appoint** the Provider as my authorized representative to pursue any claims, penalties, and administrative and/or legal remedies for any and all benefits due me for the payment of charges associated with services and treatment rendered by the Provider. These authorized actions include administrative and non-administrative appeals of any denial or underpayment of benefits or coverage, litigation, other forms of dispute resolution in any forum or for any type of relief (including monetary and equitable) available under applicable laws, including without limitation all provisions of the Employee Retirement Income Security Act of 1974, on my behalf against any responsible payer, employer-sponsored medical benefit plans, third party liability carrier or, any other responsible third party ( **"Responsible Party"** ). I also transfer and assign to the Provider all of my rights to demand and receive the production of or access to any documents or information, including without limitation, copies of health plan documents and materials, from any entity or person to the fullest extent of my rights to do so under my health plan and applicable laws. The foregoing rights are assigned in their entirety without limitation and without reservation of any part or aspect thereof. This assignment shall not be construed as an obligation of the Providers to pursue any such right of recovery. I acknowledge and understand that I maintain my right of recovery against my insurer or health benefit plan and the foregoing assignment does not divest me of such right.

I agree to take all actions necessary to assist the Provider in collecting payment from any such Responsible Party should the Provider(s) elect to collect such payment, including allowing the Provider(s) to bring suit against the Responsible Party in my name. If I receive payment directly from any source for the medical charges associated with my treatment acknowledge that it is my duty and responsibility to immediately pay any such payments to the Provider(s).

acknowledge that my patient account number may appear in the email or text.

18. **Consent to Email, Telephone Calls or Text Message for Healthcare Information, Discharge Instructions and Other Communications.** If at any time I provide an email address or telephone number (whether wireless or a landline) to a Provider or EBO Servicer, I consent to receive messages from Providers and EBO Servicers regarding discharge instructions and other healthcare communications (including without limitation information about programs or services that might be of interest to me) at the email or telephone number (whether wireless or landline) that I have provided or you or your EBO Servicer have obtained or, at any text number forwarded or transferred from that number. These discharge instructions may include, but not be limited to: post-operative instructions, physician follow-up instructions, dietary information, and prescription information. The other healthcare communications may include, but are not limited to communications to family or designated representatives regarding my treatment or condition, or reminder messages to me regarding appointments for medical care, information about insurance coverage/eligibility, referrals, available treatment options and capabilities, health insurance plans and programs and services that might be of interest to me. I understand that providing my consent to receive such communications is not a condition of receiving services or care from Providers.

19. **Use and Disclosure of Information** I consent to Providers using and disclosing healthcare information about me for purposes of treatment, payment and healthcare operations. I also consent to my health information being used and disclosed for public health and other purposes permitted by applicable law. Information covered by this consent includes, without limitation, history and physical records, emergency records, laboratory reports, operative reports, physician progress notes, nurse notes, consultations, psychological and/or psychiatric reports, drug and alcohol treatment records and discharge summaries. This consent specifically applies to genetic information and information concerning psychological conditions, psychiatric conditions, intellectual disability conditions, substance abuse disorder and chemical dependency conditions and/or infectious diseases including, but not limited to, blood borne diseases, such as HIV and AIDS. Uses and disclosures covered by this consent include, but are not limited to (i) exchanging healthcare information about me regarding a prior admission(s) and encounters to other healthcare providers and entities to coordinate Patient care or for case management purposes; (ii) releasing health care information about me to any person or entity liable for or involved in payment on the Patient's behalf including to verify coverage, address payment questions, or for any other purpose related to benefit payment; (iii) releasing healthcare information about me to my employer's designee when the services delivered are related to a claim under worker's compensation. If I am covered by Medicare or Medicaid, I authorize the release of my healthcare information to the Social Security Administration or its intermediaries or carriers for payment of a Medicare claim or to the appropriate state agency for payment of a Medicaid claim. Provider participates, or may in the future participate, in Health Information Exchanges (HIEs) or other organizations with healthcare providers, insurers, and/or other health care industry participants and their subcontractors in order for these individuals and entities to share health information for treatment, payment, health care operations and other purposes permitted by law, to accomplish goals that may include but not be limited to: improving the accuracy and increasing the availability of patient health records and aggregating and comparing patient information for quality improvement purposes information concerning psychological conditions, psychiatric conditions, intellectual disability conditions, chemical dependency conditions and/or infectious diseases including, but not limited to, blood borne diseases, such as HIV and AIDS. Unless I

**MEDICAL CITY HEART & SPINE HOSPITALS, A CAMPUS OF MEDICAL CITY DALLAS**

GROSE, HERBERT
100006801 SDC
11/12/2019 Javier E Sanchez MD
DOB: 59 y M
MR#: BD00000629

provider with this facility and under what circumstances I may be responsible for payment of any amounts not paid by my insurer.

Patient/Patient Representative Signature: [signature]
Signature Required

Date: 11/12/2019

**21. Patient Self Determination Act.** I have been furnished information regarding Advance Directives (such as healthcare or medical power of attorney and, living wills). Please check the box next to **one** of the following applicable statements:

| | | | | | |
|---|---|---|---|---|---|
| ☐ | I executed Advance Directive(s) and have been requested to supply a copy to the hospital | ☐ | I have not executed Advance Directive(s), wish to execute one or more and have received information on how to execute an Advance Directive | ✓ ☐ | I have not executed an Advance Directive and do not wish to execute one at this time |

**22. Notice of Privacy Practices.** I acknowledge that I have received the hospital's Notice of Privacy Practices, which describes the ways in which the hospital may use and disclose my healthcare information for its treatment, payment, healthcare operations and other prescribed and permitted uses and disclosures. I understand that this information may be disclosed electronically by the Provider and/or the Provider's business associates. I understand that I may contact the hospital Privacy Officer designated on the notice if I have a question or complaint.

Acknowledge: (Initial) HJG
Initials Required

**23. Acknowledgement of Notice of Patient Rights and Responsibilities.** I have been furnished with a Statement of Patient Rights and Responsibilities ensuring that I am treated with respect and dignity and without discrimination or distinction based on age, gender, disability, race, color, ancestry, citizenship, religion, pregnancy, sexual orientation, gender identity or expression, national origin, medical condition, marital status, veteran status, payment source or ability, or any other basis prohibited by federal, state, or local law.

Acknowledge: (Initial) HJG
Initials Required

RUN DATE: 11/15/19
RUN TIME: 0440
RUN USER: c.NT.PSS

Medical City Heart and Spine ABS *LIVE*
CODING SUMMARY

PAGE 1

NAME: GROSE,HERBERT
ACCT#: BD0100006801
FORM:

ADM DATE: 11/12/19 2120
ATTEND PHYS: Khan,Sahoor MD
DIS DT/TM: 11/13/19 1110
DIS DISP: 01 ROUTINE HOME/SELF CARE
LOS: : 1
PT CLASS: IN.OTH

UNIT#: BD00000629
SEX: M
AGE: 59
DOB: 07/19/60
FIN CLASS: 08
ABS STATUS: FINAL

| DIAGNOSES | | | POA INDICATOR | CODESET |
|---|---|---|---|---|
| ADMIT DX | I42.0 | DILATED CARDIOMYOPATHY | | ICD10 |
| REASON FOR VISIT DX | | | | |
| PRIMARY CODESET | | | | |
| PRINC DX | I42.0 | DILATED CARDIOMYOPATHY | Y | ICD10 |
| OTHER DX | I10 | ESSENTIAL (PRIMARY) HYPERTENSION | Y | ICD10 |
| | I44.7 | LEFT BUNDLE-BRANCH BLOCK, UNSPECIFIED | Y | ICD10 |
| | E78.5 | HYPERLIPIDEMIA, UNSPECIFIED | Y | ICD10 |
| | J45.909 | UNSPECIFIED ASTHMA, UNCOMPLICATED | Y | ICD10 |
| | Z88.8 | ALLERGY STATUS TO OTH DRUG/MEDS/BIOL SUBST STATUS | E | ICD10 |
| | Z82.49 | FAMILY HX OF ISCHEM HEART DIS AND OTH DIS OF THE CIRC SYS | E | ICD10 |

OTHER CODESET
PRINC DX
OTHER DX

PROCEDURE
PRIMARY CODESET

| DATE | PROC CODE & NAME | | SURGEON | ANESTHESIOLOGIST | |
|---|---|---|---|---|---|
| 11/12/19 | 0JH609Z | INSERT CARD RSYNC DEFIB PULS G | Sanchez,Javier | | ICD10 |
| 11/12/19 | 02HL3KZ | INSERTION OF DEFIB LEAD INTO L | Sanchez,Javier | | ICD10 |
| 11/12/19 | 02HK3KZ | INSERTION OF DEFIB LEAD INTO R | Sanchez,Javier | | ICD10 |
| 11/12/19 | 02H63KZ | INSERTION OF DEFIBRILLATOR LEA | Sanchez,Javier | | ICD10 |

OTHER CODESET

PRIMARY CODESET
DRG I-10 227 CARDIAC DEFIBRILLATOR IMPLANT W/O CARDIAC CATH W/O MCC
OTHER CODESET
DRG I-9

| STATUS | $REIMB | MIN-LOS | STD-LOS | COST WT | GRP VERS | GRP FC |
|---|---|---|---|---|---|---|
| F | 29041.20 | | 3.2 | 5.2292 | 37 | 08 |

PAGE 11/96 * RCVD AT 1/9/2023 4:25:47 PM [Eastern Standard Time] * SVR:VA1PWFAX2010 * DNIS:8776685331 * CSID:9013216914 * ANI:9013206914 * DURATION (mm-ss):53-04

RUN DATE: 11/16/19
RUN TIME: 0440
RUN USER: c.NT.PSS

Medical City Heart and Spine ABS *LIVE*
CODING SUMMARY



NAME: GROSE,HERBERT
ACCT#: BD0100006801
FORM:

ADM DATE: 11/12/19 2120
ATTEND PHYS: Khan,Zahoor MD
DIS DT/TM: 11/13/19 1110
DIS DISP: 01 ROUTINE HOME/SELF CARE
LOS: : 1
PT CLASS: IN.OTH

UNIT#: BD00000629
SEX: M
AGE: 59
DOB: 07/19/60
FIN CLASS: 08
ABS STATUS: FINAL

DIAGNOSES

| | | | POA INDICATOR | CODESET |
|---|---|---|---|---|
| ADMIT DX | I42.0 | DILATED CARDIOMYOPATHY | | ICD10 |

REASON FOR VISIT DX

PRIMARY CODESET

| | | | POA INDICATOR | CODESET |
|---|---|---|---|---|
| PRINC DX | I42.0 | DILATED CARDIOMYOPATHY | Y | ICD10 |
| OTHER DX | I10 | ESSENTIAL (PRIMARY) HYPERTENSION | Y | ICD10 |
| | I44.7 | LEFT BUNDLE-BRANCH BLOCK, UNSPECIFIED | Y | ICD10 |
| | E78.5 | HYPERLIPIDEMIA, UNSPECIFIED | Y | ICD10 |
| | J45.909 | UNSPECIFIED ASTHMA, UNCOMPLICATED | Y | ICD10 |
| | Z88.8 | ALLERGY STATUS TO OTH DRUG/MEDS/BIOL SUBST STATUS | E | ICD10 |
| | Z82.49 | FAMILY HX OF ISCHEM HEART DIS AND OTH DIS OF THE CIRC SYS | E | ICD10 |

OTHER CODESET
PRINC DX
OTHER DX

PROCEDURE
PRIMARY CODESET

| DATE | PROC CODE & NAME | | SURGEON | ANESTHESIOLOGIST | |
|---|---|---|---|---|---|
| 11/12/19 | 02HK3KZ | INSERTION OF DEFIB LEAD INTO R | Sanchez,Javier | | ICD10 |
| 11/12/19 | 0JH609Z | INSERT CARD RSYNC DEFIB PULS G | Sanchez,Javier | | ICD10 |
| 11/12/19 | 02HL3KZ | INSERTION OF DEFIB LEAD INTO L | Sanchez,Javier | | ICD10 |
| 11/12/19 | 02H63KZ | INSERTION OF DEFIBRILLATOR LEA | Sanchez,Javier | | ICD10 |

OTHER CODESET

PRIMARY CODESET
DRG I-10 227 CARDIAC DEFIBRILLATOR IMPLANT W/O CARDIAC CATH W/O MCC
OTHER CODESET
DRG I-9

| STATUS | $REIMB | MIN-LOS | STD-LOS | COST WT | GRP VERS | GRP FC |
|---|---|---|---|---|---|---|
| F | 29041.20 | | 3.2 | 5.2292 | 37 | 08 |



01/09/2023 15:29 Law Office of John E. Dunlap (FAX)9013216914 P.011/096

PAGE 12/96 * RCVD AT 1/9/2023 4:25:47 PM [Eastern Standard Time] * SVR:VA1PWFAX2014/0 * DNIS:8776685331 * CSID:9013216914 * ANI:9013216914 * DURATION (mm-ss):53-04

MEDICAL CITY HEART AND SPINE (COCMCE)
Discharge Summary
REPORT#:1113-0022 REPORT STATUS: Signed
DATE:11/13/19 TIME:0915

PATIENT: GROSE,HERBERT UNIT #: BD00000629
ACCOUNT#: BD0100006801 ROOM: BD.321SBED: 1
DOB: AGE: 59 SEX: M ATTEND: Khan,Zahoor MD
ADM DT: 11/12/19 AUTHOR: McDowell,Melanie J
ACNP
REP SRV DT: 11/13/19 REP SRV TM: 0915
* ALL edits or amendments must be made on the electronic/computer document *

**MCDOWELL,MELANIE JEA 11/13/19 0915:**
**PCP**

**PCP**
**Discharge to:** home

**General Information**
**Discharge date:** 11/13/19
**Hospital course:**
This is a 59 year old male with nonischemic dilated cardiomyopathy with EF of 30% and a wide QRS who came in for a Medtronic BIV ICD on 11.12. He is doing well post procedure. Having some discomfort at site. Encouraging moving the right arm. Have told patient to move the arm. Pain only at incision site. Site soft. Device interrogated with normal device function. Chest x-ray post operative with good placement of the leads.

**Med Rec**

**Med Rec**
**Discharge meds:**
**Continue taking these medications:**
Carvedilol (Coreg) 25 MG TAB
25 MILLIGRAM ORAL TWICE DAILY WITH MEALS

Sacubitril/Valsartan (Entresto 97/103 MG) 1 EACH TAB
1 TABLET ORAL TWICE DAILY

Albuterol (Proventil) 5 MG/ML NEB
2.5 MILLIGRAM NEBULIZATION TWICE DAILY

Budesonide/Formoterol (Symbicort 160/4.5 MCG) 10.2 GM INHALER
2 PUFF INHALATION TWICE DAILY

**Start taking the following new medications:**
Doxycycline Hyclate (Vibra-Tabs) 100 MG TAB



01/09/2023 15:29law Office of John E. Dunlap (FAX)9013216914 P.012/096

Patient: GROSE,HERBERT
Unit#:BD00000629
Date: 11/13/19
Acct#:BD0100006801

**ENT:** moist mucosal membranes, normal dentition
**Neck:** full range of motion, non-tender
**Breast:** symmetrical, no discharge
**Cardiovascular:** BP/pulses equal bilat.
**Respiratory:** aerating well, clear to auscultation
**GI:** non-tender, normal bowel sounds
**Genitourinary:** not indicated
**Extremities:** moves all, normal capillary refill
**Musculoskeletal:** CVA tenderness (right arm with some pain)
**Neuro/CNS:** alert

## Results

**Findings/Data:**
Laboratory Tests:

| | 11/13 0610 | 11/13 0437 |
|---|---|---|
| Chemistry | | |
| Sodium (136 - 145 mmol/LS*) | | 136 |
| Potassium (3.5 - 5.1 mmol/LS*) | | 4.1 |
| Chloride (98 - 107 mmol/LS*) | | 104 |
| Carbon Dioxide (21 - 32 mmol/LS*) | | 28 |
| BUN (7 - 18 mg/dL S*) | | 13 |
| Creatinine (0.80 - 1.30 mg/dL S*) | | 1.40 H |
| Estim Creat Clear Calc (> 60 mL/min) | | 65 |
| Estimated GFR (> = 60) | | > = 60 |
| Glucose (74 - 106 mg/dL S*) | | 116 H |
| Calcium (8.5 - 10.1 mg/dL S*) | | 8.9 |
| Magnesium (1.8 - 2.4 mg/dL S*) | | 1.9 |
| Total Bilirubin (0.2 - 1.0 mg/dL S*) | | 0.5 |
| AST (15 - 37 Unit/LS*) | | 17 |
| ALT (12 - 78 Units/L) | | 21 |
| Alkaline Phosphatase (45 - 117 Unit/LS*) | | 47 |
| Total Protein (6.4 - 8.2 gm/dL S*) | | 7.1 |
| Albumin (3.4 - 5.0 gm/dL S*) | | 3.0 L |
| Hematology | | |
| WBC (3.6 - 10.2 K/mm3 S*) | 7.1 | |
| RBC (4.06 - 5.63 M/mm3 S*) | 4.25 | |
| Hgb (12.5 - 16.3 gm/dL S*) | 12.9 | |
| Hct (36.7 - 47.1 % S*) | 40.3 | |
| MCV (73.0 - 96.2 fL S*) | 94.8 | |
| MCH (23.8 - 33.4 pg S*) | 30.4 | |
| MCHC (32.5 - 36.3 g/dL S*) | 32.0 L | |

Patient: GROSE,HERBERT
Unit#:BD00000629
Date: 11/13/19
Acct#:BD0100006801

**SANCHEZ,JAVIER MD 11/14/19 1703:**
**Attestations**

**Physician Attestation**
**Reviewed findings & plan:**
Reviewed the findings and plan as documented by Melanie Macdowell, NP

Electronically Signed by McDowell,Melanie J ACNP on 11/13/19 at 0917
Electronically Signed by Sanchez,Javier E MD on 11/14/19 at 1713

RPT #: 1113-0022
***END OF REPORT***

| Medical City Heart and Spine | NAME GROSE, HERBERT | SEX Male | ACCOUNT #. BD0100006801 |
|---|---|---|---|
| HISTORY & PHYSICAL | DOB: | ADM AGE: 59Y | MRN: BD00000629 |
| Hospitalist | AUTHOR: Khan, Zahour MD | DATE: 11/12/19 20:30 | |

REVIEW OF SYSTEMS

| | |
|---|---|
| General: | Negative for fever, malaise, fatigue. |
| Eyes: | Negative for blurry vision. No diplopia. |
| Ears/Nose/Throat: | Negative for sore throat. No otalgia. No rhinorrhea. |
| Breast: | Negative for change in shape, swelling, masses, nipple discharge, pain, skin changes. |
| Respiratory: | Negative for dyspnea or wheeze. No cough. |
| Cardiovascular: | Negative for chest pain or palpitations. No extremity swelling. |
| Genitourinary: | Negative for dysuria, frequency, or urgency. No gross hematuria. |
| Musculoskeletal: | Negative for joint stiffness, pain, or arthralgias. |
| Skin: | Negative for rashes. No pruritus. |
| Neurological: | Negative for headache. No vertigo. Denies paresthesias. |
| Psychiatric: | Negative for specific complaints. |
| Endocrine: | Negative for cold intolerance, heat intolerance, polyphagia, polydipsia, polyuria, weight change, fatigue. |
| Hematologic / Lymphoreticular: | Negative for excessive bleeding, unusual masses. |
| Allergic / Immunologic: | Negative for heat/cold intolerance, polydipsia, or polyuria. |

OBJECTIVE

Vitals:
(11/12 10:31 - 11/13 10:31)

Temperature C:: 36.8 (36.8 - 37.1)
Pulse:: 67 (67 - 81)
Respiratory rate:: 16
Blood pressure:: 119/78 (110/71 - 138/88)
SPO2 %:: 98 (97 - 100)

I/Os:
(11/12 07:00 - 11/13 07:00)

Net: -800
Intake: 100
Output: 900

EXAM

| | |
|---|---|
| General: | In bed, speaks full sentences, no acute distress, well developed, well nourished. |
| Head: | Normocephalic, atraumatic. |

| | | | |
|---|---|---|---|
| Medical City Heart and Spine | NAME: GROSS, HERBERT | SEX: Male | ACCOUNT #: BD0100006801 |
| HISTORY & PHYSICAL | DOB: | ADM AGE: 59Y | MRN: BD00000629 |
| Hospitalist | AUTHOR: Khan, Zahoor MD | DATE: 11/12/19 20:30 | |

| | | | |
|---|---|---|---|
| 136 | 104 | 13 | 116 |
| 4.1 | 28 | 1.40 | |

SODIUM 136
POTASSIUM 4.1
CHLORIDE 104
CARBON DIOXIDE 28
GLUCOSE 116 H
BLOOD UREA NITROGEN 13
CREATININE 1.40 H
CREATININE CLEARANCE ESTIMATED 65
TOTAL PROTEIN 7.1
ALBUMIN 3.0 L
CALCIUM 8.9
BILIRUBIN TOTAL 0.5
SGOT/AST 17
SGPT/ALT 21
ALKALINE PHOSPHATASE TOTAL 47
GLOM FILTRATION RATE ESTIMATE >= 60
MAG (11/13/19 04:37)
MAGNESIUM 1.9

**ASSESSMENT AND PLAN**

**Problems:**

1. History of implantable cardioverter-defibrillator (ICD) placement
   A/P:
   Right subclavian area with the ICD pocket clean without discharge.

   Continue with the pain medications.
   Plan to keep the patient overnight and possibly discharge today. Area is clean and can be discharged

2. Essential (primary) hypertension
   A/P:
   Stable continue with the Coreg and Crestor.

**QUALITY**

**Medications**
- I attest that the foregoing medication list in the medical record is true, accurate, and complete to the best of my knowledge.

**VTE Prophylaxis** Yes

Type of VTE mechanical compression device

**ATTESTATION**

BD0100006801

Chief Complaint: NCM, DCM MDT

Present illness (include justification for admission): This is a 59 y/o male w/ PMH of VEF 20% NCM, Present for elective ICD implant.

PAST HISTORY:

List drug reactions/allergies:

List medications:

List surgery: See Attached

| | | | YES | NO |
|---|---|---|---|---|
| R.O.S negative ☐ except: | | | | |
| Family Hx negative ☐ except: | | Smoker or Smoke Exposure | | |
| Social Hx negative ☐ except: | | Alcohol | | |

PHYSICAL EXAM: Height Weight Temp Pulse R BP

| Pertinent Organ System Exam (Required) | NORMAL | ABNORMAL | Not Applicable this Admission | Describe abnormal findings below |
|---|---|---|---|---|
| HEENT | ✓ | | | |
| Breasts | | | ✓ | |
| CV System (Required) | | ✓ | | |
| Lungs (Required) | ✓ | | | |
| Abdomen | ✓ | | | |
| Genital/Urinary | ✓ | | | |
| Musculer Skeletal System | ✓ | | | |
| Neurologic | ✓ | | | |
| Psycho-Social | ✓ | | | |

Pediatrics: Immunizations up to date: ☐ except: ______ Head Circumference (up to 1 year of age): ______
Developmentally appropriate for age: ☐ exceptions: ______

IMPRESSION: NCM, DCM

PLAN: ICD implant

The nature and purpose of the operation or procedure, possible alternative methods or treatment, the risk involved, the possible consequences, benefits and the possibility of complications have been explained to the patient and/or family.

☐ YES ☐ NO Physician Signature: [signature] Time: 1300 Date: 11/11/19

☐ Patient examined at the time of admission -no significant changes in the patient's condition noted. (Required if exam performed prior to admission.)

☐ Patient examined on admission with the following changes noted: ______

Physician's Signature: ______ Time: ______ Date: ______

Post-Op Note Pre-Op Diagnosis: Anesthetic Type:

Post-Op Diagnosis: Est. Blood Loss:

Procedure(s): Drain(s):

Primary Surgeon: Specimen(s):

Anesthesia Provider: Findings

Significant findings/Progress note/Discharge summary: See medical record

Final diagnosis:

☑ Pre-printed instructions sheet given

Activity: ☐ As tolerated ☐ Other: Diet:

Discharge medications: Condition: ☑ Stable ☐ Other:

Follow-up: Signature: [signature] Time Date:

PATIENT IDENTIFICATION

Medical City Dallas Medical City Children's Hospital
7777 Forest Lane • Dallas, Texas 75230 • (972) 566-7000

SHORT STAY FORM

Grose, Herbert

GROSE, HERBERT
BD0100006801 MR#: BD00000629 11/12/19
DOB: 59/M Sanchez, Javier E MD
Medical City Heart and Spine .CATH

BD0100006801



**Allergies**
Warfarin Sodium
Coumadin

**Hospitalization/Major Diagnostic Procedure**
See Surgical Hx

**Review of Systems**
General ROS:
Constitutional: Negative for:, fever, night sweats.
Dermatology/Integumentary: Negative for:,, hives, keloid formation .
HEENT: Eye:, Negative for:, drainage, tearing, Ear:, Negative for:, drainage, fullness, Nose:, Negative for:, pain, itching.
Resp/Pulmonology: Negative for:, hacking, increased inhaler usage, tuberculosis. Cardiology: Negative for:, blue coloration of skin , history of congenital heart problems.
Gastroenterology: Negative for:, jaundice, vomiting.
Genital/Urinary: Negative for:, blood in urine, difficulty urinating.
Musculoskeletal: Negative for:, fractures, injury. Neurology: Negative for:, loss of coordination, paralysis.
Psychology: Negative for:, mania, suicidal thoughts.
Hem/Lymph: Negative for:, enlarged lymph nodes, fever, chills .
Endocrinology: Negative for:, polydipsia, hirsutism.

Extremities: no Janeway lesions, no petechia.
Neurological: no babinski, no clonus.
Psych: affect normal, alert and oriented x 3.

**Assessments**
1. Nonischemic dilated cardiomyopathy - I42.0 (Primary)

**Treatment**
**1. Nonischemic dilated cardiomyopathy**
IMAGING: EKG (MMIOECG) IH
Clinical Notes:

His risk of sudden cardiac death is higher than baseline and this risk may be decreased with implantation of a defibrillator. I have advised him to undergo implantation of a defibrillator. Regarding which device to implant we discussed the possibility of a subcutaneous device versus a single-chamber transvenous system versus a biventricular ICD system. We had a long discussion, and he and his daughter had very detailed questions about the advantages and disadvantages of each approach. I let him know thatin my opinion, protection from sudden death is the main consideration for me advising him to undergo device implantation. He meets criteria for resynchronization therapy although with a QRS of 130 ms the expected immediate benefit is less than another populations (specifically is less than if he had a full left bundle branch block with a QRS duration of 150 ms or longer).

Risks, benefits, and alternatives for therapy were discussed in detail, utilizing a decision aid. The risks of bleeding complications, vascular access complications, lead dislodgment, infection, pneumothorax, pericardial effusion, anesthesia related complications, and other imponderables, even including the possibility of death were discussed. All of the patient's questions were answered. Patient verbalizes understanding and desire to further reflect on his options. He will let us know how she he would like to proceed and he will also discuss it further with Dr. Weinstein in Memphis.

Thanks for allowing us to participate in his care

**2. Others**
Notes: A Healthy Lifestyle: Care Instructions material was published to portal,High Blood Pressure: Care Instructions material was published to portal,Preventing Falls: Care Instructions material was published to portal.

**Immunization**
Immunization record has been reviewed and updated.

**Preventive Medicine**
Universal PAF (Patient Assessment Form): Fall Risk Assessment
Date Screening Completed 10/03/2019, History Falls in Past Year: No falls in the past year.

BD0100006801

| Date | Time | |
|---|---|---|
| | | Medtronic 6935M - 55 cm SN TDL386629V MR Conditional |
| | | Medtronic 5076 - 45 cm SN PJN7689478 MR Conditional |
| | | Medtronic 4598 - 88 cm SN QUC076606V MR Conditional |
| | | Medtronic DTMA1QQ MR Claria MRI™ Quad CRT-D SureScan™ SN RPA228097H |
| | | 11-12-19 1531 |

Medical City Heart & Spine Hospitals
A Campus of Medical City Dallas

11990 N Central Expy.
Dallas, TX 75243
(972) 940-8000

PATIENT IDENTIFICATION

GROSE, HERBERT
BD0100006801 MR#: BD00000629 11/12/19
DOB: 59/M Sanchez, Javier E MD
Medical City Heart and Spine .CATH

## PROGRESS NOTES

MCHS-FFRD000-00168 (New 07/19)

Patient:GROSE, HERBERT MRN:BD00000629 Encounter:BD0100006801 Page 1 of 1

BD0100006801

Run Date/Time: 11/12/19 0810

Medical City Heart and Spine
# Admit - Reported Home Med List

Printed By: H.EIC7950

Height: 172.72 cm (68 inches)
Weight: 81.70 Kg (180 lbs)

GROSE, HERBERT

Acct#:BD0100006801
MR#:BD00000629

ALLERGIES: warfarin (From COUMADIN)
ADRS: *** No ADR's Entered ***

## ADDITIONAL MEDICATION ORDERS

## Medications Prior to Admission

| CHECK CONT/STOP | GENERIC NAME (TRADE NAME) DOSE | ROUTE | FREQUENCY | LAST DOSE DATE/TIME |
|---|---|---|---|---|
| CONT ✓ / STOP | ALBUTEROL (TRADE NAME: Proventil) 2.5 MG | NEBULIZATION | TWICE DAILY | 11/11/19 |
| CONT ✓ / STOP | BUDESONIDE/FORMOTEROL (TRADE NAME: Symbicort 160/4.5 MCG) 2 PUFF | INHALATION | TWICE DAILY | 11/11/19 |
| CONT ✓ / STOP | CARVEDILOL (TRADE NAME: Coreg) 25 MG | ORAL | TWICE DAILY WITH MEALS | 11/11/19 |
| CONT ✓ / STOP | SACUBITRIL/VALSARTAN (TRADE NAME: Entresto 97/103 MG) 1 TAB | ORAL | TWICE DAILY | 11/11/19 |

*** The medications listed above comprise the patient's home medication list. ***
*** The medication dose/rate, route and frequency should be clarified above ***
*** prior to a continuation order. ***

Ford
2047

GROSE, HERBERT Acct#:BD0100006801 DOB:07/19/60 Age:59 Sex:M STS: REG SDC LOC:
MR#:BD00000629 Adm/Svc: 11/12/19 Attend MD: Sanchez,Javier E MD

11-12-19 3:35

Physician Signature Date/Time

POS

BD0100006801

PHYSICIAN'S ORDERS

Page: 1 (FINAL PAGE)

BD0100006801

*Authorization is hereby given to dispense the generic equivalent unless otherwise indicated by the physician.*

| Date | Time | Complete top portion with each Level of Care change. Indicate order with a Check Mark. |
|---|---|---|
| 11-12-19 | 3:35 | [✓] Place patient in Outpatient Status for |
| | | [ ] Place patient in Outpatient Status and begin Observation Services for |
| | | [ ] Admit to Inpatient Status for |

Physician Signature:

| Date | Time | POST PROCEDURE PACEMAKER, ICD OR LOOP RECORD ORDERS |
|---|---|---|
| 11-12-19 | 3:35 | |

1. Patient Status: [ ] Outpatient [ ] Place in 23hr. observation [ ] Admit to Inpatient Unit: ______
2. Post Operative Order: (Check One)
   - [ ] Implantable Permanent Pacemaker
   - [✓] Implantable Cardioverter Defibrillator
   - [ ] Lead Device Revision / Replacement
   - [ ] Generator Replacement [ ] PPM [ ] ICD
   - [ ] Biventricular Implantable Cardioverter Defibrillator
   - [ ] Biventricular Implantable Permanent Pacemaker
   - [ ] Biventricular ICD
   - [ ] Loop Recorder
3. Complete bed rest 1 hours, then bathroom privileges with assistance. May ambulate as tolerated.
4. Check Vital Signs, blood pressure and pulse every 15 minutes x4; every 30 minutes x4; every 1 hour x4; then every 4 hours if stable.
5. Observe Upper chest puncture site(s) for bleeding / hematoma formation.
6. Notify attending physician, if excessive bleeding occurs, systolic blood pressure less than 90 pulse less than 40, or greater than 130, temperature greater than 101°
7. O2 at 2 - 3 liters / minute nasal cannula PRN.
8. IV fluid to run at ____ mL/hr. for ____ hours, then saline lock. Discontinue IV prior to discharge.
9. May place Foley catheter PRN, if unable to void. Discontinue Foley when able to ambulate.
10. Diet: [ ] Low Atherogenic [✓] Resume Prior Diet [ ] Other ______
11. [ ] Orthopedic soft sling x ______ hours. [ ] Shoulder immobilizer to affected arm for ______ hours.
12. [ ] Pressure dressing over PPM / ICD site x ______ hours.
13. [✓] EKG now [ ] EKG in a.m.
14. [✓] Portable chest X-ray post procedure.
    [ ] Chest X-ray (posterior / anterior & lateral) by ______ in a.m. Do Not lift affected arm over head.
15. Instruct patient not to lift ______ arm above head for ______ days. All other movement of the ______ arm is encouraged after 24 hours.
16. Post - Op Pacemaker / ICD discharge education — Please notify Quest care
17. Medication:
    - [✓] Tramadol 50 mg q 4 hours PRN pain.
    - [ ] Percodan 1-2 tablet po every 3 hours prn pain, if Tramadol inadequate.
    - [ ] Vicodin 1-2 tablets po every 3 hours prn moderate pain.
    - [ ] Vancomycin 1gm IVPB ______ for ______ doses starting at ______.
    - [ ] Gentamicin 80mg IVPB ______ for ______ doses starting at ______
    - [✓] Ancef 1gm IVPB Q8 W for 2 doses starting at 12 MN and 8 AM
    - [ ] Additional Medications: ______
18. Discharge ______ hours post ambulation if stable, or at ______ (time).
19. Additional orders: ______

Faxed 2010

Allergies & Sensitivities [ ] NKA

| Weight | Height | Diagnosis |
|---|---|---|
| | | c/f (Chronic systolic) |

Physician Signature: [signature] Time: 3:39 Date: 11-12-19

**Medical City Heart & Spine Hospitals**
A Campus of Medical City Dallas
11990 N Central Expy, Dallas, TX 75243
(972) 940-8000

**Post Procedure Pacemaker Orders**

MCHS-FFRO000-00309 (New 07/19)

PATIENT IDENTIFICATION
GROSE, HERBERT
BD0100006801 MR#: B000000629 11/12/19
DOB: 59/M Sanchez, Javier F MD
Medical City Heart and Spine CATH

PATIENT: GROSE,HERBERT
ACCOUNT NO: BD0100006801
ATTEND DR: Khan,Zahoor MD
REPORT STATUS: FINAL

A/S: 69 M
LOC: BD.3S
RM: BD.321S
BD: 1

ADMIT: 11/12/19
DISCH/DEP: 11/13/19
STATUS: IN
UNIT NO: BD00000629

Order's Audit Trail of Events
1 11/12/19 0804 H.EIC7950 Order ENTER in OM
2 11/12/19 0804 H.EIC7950 Ordering Doctor: Sanchez,Javier E MD
3 11/12/19 0804 H.EIC7950 Order Source: Written
4 11/12/19 0804 interface order's status changed from TRANS to LOGGED by LAB
5 11/12/19 0824 interface order's status changed from LOGGED to IN PRO by LAB
6 11/12/19 0830 interface order's status changed from IN PRO to COMP by LAB
7 11/12/19 2056 AASRK1 order acknowledged

---

Order Date: 11/12/19

| Category | Procedure Name | Order Number | Service Date | Time | Pri | Qty | Ord Source | Status | Ordered By |
|---|---|---|---|---|---|---|---|---|---|
| LAB | BASIC METABOLIC PANEL | 20191112-0376 | 11/12/19 | 0803 | R | | W | CMP | SANJA02 |

Other Provider : Sig Lvl Provider :

Comment:

Order's Audit Trail of Events
1 11/12/19 0804 H.EIC7950 Order ENTER in OM
2 11/12/19 0804 H.EIC7950 Ordering Doctor: Sanchez,Javier E MD
3 11/12/19 0804 H.EIC7950 Order Source: Written
4 11/12/19 0804 interface order's status changed from TRANS to LOGGED by LAB
5 11/12/19 0824 interface order's status changed from LOGGED to IN PRO by LAB
6 11/12/19 0855 interface order's status changed from IN PRO to COMP by LAB
7 11/12/19 2056 AASRK1 order acknowledged

---

Order Date: 11/12/19

| Category | Procedure Name | Order Number | Service Date | Time | Pri | Qty | Ord Source | Status | Ordered By |
|---|---|---|---|---|---|---|---|---|---|
| MED.COCMCE | PYXIS MED | 20191112-0334 | 11/12/19 | 1511 | R | 1 | disp | CMP | SANJA02 |

Other Provider : Sig Lvl Provider :
RX: 00018986 Start: 11/12/19 1511 ONE CMP
Stop:

Gentamicin Inj (Garamycin Inj)
Dose: 0 MG
Route: .ROUTE Direction: .STK-MED

Order's Audit Trail of Events
1 11/12/19 1513 PHA ORDER Order ENTER in PHA
2 11/12/19 1513 PHA ORDER Ordering Doctor: Sanchez,Javier E MD
3 11/12/19 1513 PHA ORDER Order Source: DISPENSE
4 11/12/19 1513 STK MED DISCONTINUE in PHA

---

Order Date: 11/12/19

| Category | Procedure Name | Order Number | Service Date | Time | Pri | Qty | Ord Source | Status | Ordered By |
|---|---|---|---|---|---|---|---|---|---|
| MED.COCMCE | PYXIS MED | 20191112-0335 | 11/12/19 | 1511 | R | 1 | disp | CMP | SANJA02 |

Other Provider : Sig Lvl Provider :

PERMANENT MEDICAL RECORD COPY

PATIENT: GROSE,HERBERT A/S: 59 M ADMIT: 11/12/19
ACCOUNT NO: BD0100006801 LOC: BD.3S DISCH/DEP: 11/13/19
RM: BD.321S STATUS: IN
ATTEND DR: Khan,Zahoor MD BD: 1 UNIT NO: BD00000629
REPORT STATUS: FINAL

RX: 00018999 Start: 11/12/19 1524 ONE CMP
Stop:
Propofol Inj (Diprivan Inj)
Dose: 0 MG
Route: IV Direction: .STK-MED

Order's Audit Trail of Events
1 11/12/19 1531 PHA ORDER Order ENTER in PHA
2 11/12/19 1531 PHA ORDER Ordering Doctor: Sanchez,Javier E MD
3 11/12/19 1531 PHA ORDER Order Source: DISPENSE
4 11/12/19 1531 STK MED DISCONTINUE in PHA

---

Order Date: 11/12/19 ---Service---
Category Procedure Name Order Number Date Time Pri Qty Ord Source Status Ordered By
MED.COCMCE PYXIS MED 20191112-0350 11/12/19 1525 R 1 disp CMP SANJA02
Other Provider : Sig Lvl Provider :
RX: 00019000 Start: 11/12/19 1525 ONE CMP
Stop:
Lidocaine Hcl 2% (Xylocaine-Mpf)
Dose: 0 ML
Route: .ROUTE Direction: .STK-MED

Order's Audit Trail of Events
1 11/12/19 1531 PHA ORDER Order ENTER in PHA
2 11/12/19 1531 PHA ORDER Ordering Doctor: Sanchez,Javier E MD
3 11/12/19 1531 PHA ORDER Order Source: DISPENSE
4 11/12/19 1531 STK MED DISCONTINUE in PHA

---

Order Date: 11/12/19 ---Service---
Category Procedure Name Order Number Date Time Pri Qty Ord Source Status Ordered By
MED.COCMCE PYXIS MED 20191112-0351 11/12/19 1525 R 1 disp CMP SANJA02
Other Provider : Sig Lvl Provider :
RX: 00019001 Start: 11/12/19 1525 ONE CMP
Stop:
Succinylcholine Inj (Anectine Inj)
Dose: 0 MG
Route: .ROUTE Direction: .STK-MED

Order's Audit Trail of Events
1 11/12/19 1531 PHA ORDER Order ENTER in PHA
2 11/12/19 1531 PHA ORDER Ordering Doctor: Sanchez,Javier E MD
3 11/12/19 1531 PHA ORDER Order Source: DISPENSE
4 11/12/19 1531 STK MED DISCONTINUE in PHA

---

Order Date: 11/12/19 ---Service---
Category Procedure Name Order Number Date Time Pri Qty Ord Source Status Ordered By
MED.COCMCE PYXIS MED 20191112-0352 11/12/19 1525 R 1 disp CMP SANJA02
Other Provider : Sig Lvl Provider :

PERMANENT MEDICAL RECORD COPY

PATIENT: GROSE,HERBERT A/S: 59 M ADMIT: 11/12/19
ACCOUNT NO: BD0100006801 LOC: BD.3S DISCH/DEP: 11/13/19
RM: BD.321S STATUS: IN
ATTEND DR: Khan,Zahoor MD BD: 1 UNIT NO: BD00000629
REPORT STATUS: FINAL

details below

Reason for exam: POST ICD PLACEMENT
Comments: CARDIAC PACU
Comments:
Comments:
HOW IS PATIENT TRANSPORTED? (Group response undefined)

Order's Audit Trail of Events
1 11/12/19 1806 H.DJU6500 Order ENTER in OM
2 11/12/19 1806 H.DJU6500 Ordering Doctor: Sanchez,Javier E MD
3 11/12/19 1806 H.DJU6500 Order Source: Written
4 11/12/19 1806 interface order's status changed from TRANS to LOGGED by RAD
5 11/12/19 1838 interface order's status changed from LOGGED to IN PRO by RAD
6 11/12/19 1856 interface order's status changed from IN PRO to COMP by RAD
7 11/12/19 1856 interface order service time edited: old value - 1806
8 11/12/19 2056 AASRK1 order acknowledged

---

Order Date: 11/12/19

| Category | Procedure Name | Order Number | Service Date | Service Time | Pri | Qty | Ord Source | Status | Ordered By |
|---|---|---|---|---|---|---|---|---|---|
| CARD | 12 LEAD EKG | 20191112-0095 | 11/12/19 | 1806 | R | | W | TRN | SANJA02 |

Other Provider : Sig Lvl Provider :

URN: BD98

Reason for Exam: POST ICD PLACEMENT

Order's Audit Trail of Events
1 11/12/19 1806 H.DJU6500 Order ENTER in OM
2 11/12/19 1806 H.DJU6500 Ordering Doctor: Sanchez,Javier E MD
3 11/12/19 1806 H.DJU6500 Order Source: Written
4 11/12/19 2059 AASRK1 order acknowledged

---

Order Date: 11/12/19

| Category | Procedure Name | Order Number | Service Date | Service Time | Pri | Qty | Ord Source | Status | Ordered By |
|---|---|---|---|---|---|---|---|---|---|
| CARD | 12 LEAD EKG | 20191112-0097 | 11/12/19 | 1850 | R | | W | TRN | SANJA02 |

Other Provider : Sig Lvl Provider :

URN: BD98

Reason for Exam: POST ICD PLACEMENT

Order's Audit Trail of Events
1 11/12/19 1850 H.DJU6500 Order ENTER in OM
2 11/12/19 1850 H.DJU6500 Ordering Doctor: Sanchez,Javier E MD
3 11/12/19 1850 H.DJU6500 Order Source: Written
4 11/12/19 2059 AASRK1 order acknowledged

PERMANENT MEDICAL RECORD COPY

PAGE 25/96 * RCVD AT 1/9/2023 4:25:47 PM [Eastern Standard Time] * SVR:VA1PWFAX2014/0 * DNIS:8776688331 * CSID:9013216914 * ANI:9013206914 * DURATION (mm-ss):53-04



PATIENT: GROSE,HERBERT A/S: 59 M ADMIT: 11/12/19
ACCOUNT NO: BD0100006801 LOC: BD 3S DISCH/DEP: 11/13/19
RM: BD.321S STATUS: IN
ATTEND DR: Khan,Zahoor MD BD: 1 UNIT NO: BD00000629
REPORT STATUS: FINAL

Order's Audit Trail of Events
1 11/12/19 2102 H.ILX9964 Order ENTER in OM
2 11/12/19 2102 H.ILX9964 Ordering Doctor: Sanchez,Javier E MD
3 11/12/19 2102 H.ILX9964 Order Source: Written
4 11/12/19 2102 AASRK1 order acknowledged
5 11/13/19 0000 0 order cancelled; OVERWRITTEN BY NEW DIET ORDER

Cancel comment: OVERWRITTEN BY NEW DIET ORDER

---

Order Date: 11/12/19

| Category | Procedure Name | Order Number | Service Date | Time | Pri | Qty | Ord Source | Status | Ordered By |
|---|---|---|---|---|---|---|---|---|---|
| ADT | Admission Status | 20191112-0017 | 11/12/19 | 2120 | R | | E | TRN | KHAZA01 |

Other Provider : Sig Lvl Provider :

Expect patient to be here equal to or greater than two midnights:

Patient Status: Admit to Inpatient
Assign to Physician: Khan,Zahoor MD
Medical Reason: TELE
POST ABLATION

Inpatient CPT Code Present: (Group response undefined)

Selected rationale for inpatient status for expected stay < two midnights:

I certify that the patient status is appropriate and is based on my best

clinical
judgement and the patient's condition as documented in the medical record.

Order's Audit Trail of Events
1 11/12/19 2120 CPHY.ZK Order ENTER in POM
2 11/12/19 2120 CPHY.ZK Order from set: GENERAL ADMISSION MED/SURG
3 11/12/19 2120 CPHY.ZK Ordering Doctor: Khan,Zahoor MD
4 11/12/19 2120 CPHY.ZK Order Source: EPOM
5 11/12/19 2120 CPHY.ZK Signed by Khan,Zahoor MD
6 11/12/19 2121 AASRK1 order acknowledged

Electronically signed by Khan,Zahoor MD on 11/12/19 at 2120

---

Order Date: 11/12/19

| Category | Procedure Name | Order Number | Service Date | Time | Pri | Qty | Ord Source | Status | Ordered By |
|---|---|---|---|---|---|---|---|---|---|
| ADT | Level of Care | 20191112-0018 | 11/12/19 | 2120 | R | | E | TRN | KHAZA01 |

Other Provider : Sig Lvl Provider :

Level of Care: Telemetry
Telemetry:
I certify that the Preadmission Assessment is complete and signed.

PERMANENT MEDICAL RECORD COPY



01/09/2023 15:33 Law Office of John E. Dunlap (FAX)9013216914 P.025/096

PAGE 26/96 * RCVD AT 1/9/2023 4:25:47 PM [Eastern Standard Time] * SVR:VAFPMFAX010 * DNIS:8778688331 * CSID:9013216914 * ANI:9013206914 * DURATION (mm-ss):53-01



PATIENT: GROSE,HERBERT
ACCOUNT NO: BD0100006801
ATTEND DR: Khan,Zahoor MD
REPORT STATUS: FINAL

A/S: 59 M
LOC: BD.3S
RM: BD.3215
BD: 1

ADMIT: 11/12/19
DISCH/DEP: 11/13/19
STATUS: IN
UNIT NO: BD00000629

Diastolic BP: <
>
O2 Saturation (%): <

Order's Audit Trail of Events
1 11/12/19 2120 CPHY.ZK Order ENTER in POM
2 11/12/19 2120 CPHY.ZK Order from set: GENERAL ADMISSION MED/SURG
3 11/12/19 2120 CPHY.ZK Ordering Doctor: Khan,Zahoor MD
4 11/12/19 2120 CPHY.ZK Order Source: EPOM
5 11/12/19 2120 CPHY.ZK Signed by Khan,Zahoor MD
6 11/12/19 2120 interface Order's status changed from TRANS to ACTIVE by NUR
7 11/12/19 2121 AASRK1 order acknowledged

Electronically signed by Khan,Zahoor MD on 11/12/19 at 2120

---

Order Date: 11/12/19

| Category | Procedure Name | Order Number | Service Date | Time | Pri | Qty | Ord Source | Status | Ordered By |
|---|---|---|---|---|---|---|---|---|---|
| NUR.PHYS | Pulse Oximeter | 20191112-0150 | 11/12/19 | 2120 | | E | | IPR | KHAZA01 |

Other Provider : Sig Lvl Provider :

Continuous: No
until (time)
Spot Check
Frequency:
If Pulse ox <
, notify physician

Comment: Continuous pulse ox X 24 hours.

Order's Audit Trail of Events
1 11/12/19 2120 CPHY.ZK Order ENTER in POM
2 11/12/19 2120 CPHY.ZK Order from set: GENERAL ADMISSION MED/SURG
3 11/12/19 2120 CPHY.ZK Ordering Doctor: Khan,Zahoor MD
4 11/12/19 2120 CPHY.ZK Order Source: EPOM
5 11/12/19 2120 CPHY.ZK Signed by Khan,Zahoor MD
6 11/12/19 2120 interface Order's status changed from TRANS to ACTIVE by NUR
7 11/12/19 2121 AASRK1 order acknowledged

Electronically signed by Khan,Zahoor MD on 11/12/19 at 2120

---

Order Date: 11/12/19

| Category | Procedure Name | Order Number | Service Date | Time | Pri | Qty | Ord Source | Status | Ordered By |
|---|---|---|---|---|---|---|---|---|---|
| NUR.PHYS | Activity | 20191112-0151 | 11/12/19 | 2120 | | E | | IPR | KHAZA01 |

Other Provider : Sig Lvl Provider :

Activity: Ambulation
Comment:

Order's Audit Trail of Events
1 11/12/19 2120 CPHY.ZK Order ENTER in POM
2 11/12/19 2120 CPHY.ZK Order from set: GENERAL ADMISSION MED/SURG
3 11/12/19 2120 CPHY.ZK Ordering Doctor: Khan,Zahoor MD
4 11/12/19 2120 CPHY.ZK Order Source: EPOM
[illegible]

PERMANENT MEDICAL RECORD COPY



01/09/2023 15:34 Law Office of John E. Dunlap (FAX)9013216914 P.026/096

PATIENT: GROSE,HERBERT A/S: 59 M ADMIT: 11/12/19
ACCOUNT NO: BD0100006801 LOC: BD.3S DISCH/DEP: 11/13/19
RM: BD.321S STATUS: IN
ATTEND DR: Khan,Zahoor MD BD: 1 UNIT NO: BD00000629
REPORT STATUS: FINAL

6 11/12/19 2121 AASRK1 order acknowledged
7 11/12/19 2127 BFPHA.GHN REVIEW PROVIDER ACTIVITY in PHA
8 11/12/19 2127 BFPHA.GHN REVIEW PROVIDER ACTIVITY
9 11/12/19 2127 BFPHA.GHN RN UNV New Order by CPHY.ZK Ent: 11/12 2120
10 11/12/19 2127 BFPHA.GHN VERIFIED in PHA
11 11/13/19 1152 DISCHARGE DISCONTINUE in PHA

Electronically signed by Khan,Zahoor MD on 11/12/19 at 2120

---

Order Date: 11/12/19 ——Service——
Category Procedure Name Order Number Date Time Pri Qty Ord Source Status Ordered By
MED.COCMCE MEDICATION 20191113-0036 11/13/19 0900 R E CMP KHAZA01
Other Provider : Sig Lvl Provider :
RX: 00019191 Start: 11/13/19 0900 SCH CMP
Stop: 09/08/20 0859

Docusate Sodium Cap (Colace Cap)
Dose: 100 MG
Route: PO Direction: BID 9A 5P

Order's Audit Trail of Events
1 11/12/19 2120 CPHY.ZK Order ENTER in POM
2 11/12/19 2120 CPHY.ZK Order from set: GENERAL ADMISSION MED/SURG
3 11/12/19 2120 CPHY.ZK Ordering Doctor: Khan,Zahoor MD
4 11/12/19 2120 CPHY.ZK Order Source: EPOM
5 11/12/19 2120 CPHY.ZK Signed by Khan,Zahoor MD
6 11/12/19 2121 AASRK1 order acknowledged
7 11/12/19 2127 BFPHA.GHN REVIEW PROVIDER ACTIVITY in PHA
8 11/12/19 2127 BFPHA.GHN REVIEW PROVIDER ACTIVITY
9 11/12/19 2127 BFPHA.GHN RN UNV New Order by CPHY.ZK Ent: 11/12 2120
10 11/12/19 2127 BFPHA.GHN VERIFIED in PHA
11 11/13/19 0808 H.DDI9836 order acknowledged
12 11/13/19 1152 DISCHARGE DISCONTINUE in PHA

Electronically signed by Khan,Zahoor MD on 11/12/19 at 2120

---

Order Date: 11/12/19 ——Service——
Category Procedure Name Order Number Date Time Pri Qty Ord Source Status Ordered By
MED.COCMCE MEDICATION 20191112-0527 11/12/19 2118 R E CMP KHAZA01
Other Provider : Sig Lvl Provider :
RX: 00019192 Start: 11/12/19 2118 PRN CMP
Stop: 09/07/20 2117

guaiFENesin Liq (Robitussin Liq)
Dose: 200 MG
Route: PO Direction: Q4H PRN
PRN Reason: COUGH

Order's Audit Trail of Events
1 11/12/19 2120 CPHY.ZK Order ENTER in POM
2 11/12/19 2120 CPHY.ZK Order from set: GENERAL ADMISSION MED/SURG
3 11/12/19 2120 CPHY.ZK Ordering Doctor: Khan,Zahoor MD
4 11/12/19 2120 CPHY.ZK Order Source: EPOM
5 11/12/19 2120 CPHY.ZK Signed by Khan,Zahoor MD
6 11/12/19 2121 AASRK1 order acknowledged

PERMANENT MEDICAL RECORD COPY

| | | |
|---|---|---|
| RUN DATE: 11/17/19<br>RUN TIME: 0200<br>RUN USER: HPF.FEED | MEDITECH FACILITY: COCHCE<br>IDEV - Discharge Report | PAGE 14 |

| | | |
|---|---|---|
| PATIENT: GROSE,HERBERT<br>ACCOUNT NO: BD0100006801<br><br>ATTEND DR: Khan,Zahoor MD<br>REPORT STATUS: FINAL | A/S: 59 M<br>LOC: BD.3S<br>RM: BD.321S<br>BD: 1 | ADMIT: 11/12/19<br>DISCH/DEP: 11/13/19<br>STATUS: IN<br>UNIT NO: BD00000629 |

Cancel comment: Specimen Integrity: Cancelled due to WRONG
Electronically signed by Khan,Zahoor MD on 11/12/19 at 2120

---

Order Date: 11/12/19

| Category | Procedure Name | Order Number | Service Date | Service Time | Pri | Qty | Ord Source | Status | Ordered By |
|---|---|---|---|---|---|---|---|---|---|
| LAB | COMPREHENSIVE METABOLIC PANEL | 20191113-0090 | 11/13/19 | 0401 | R | | E | CMP | KHAZA01 |

Other Provider : Sig Lvl Provider :

Comment:

Order's Audit Trail of Events

1 11/12/19 2120 CPHY.ZK Order ENTER in POM
2 11/12/19 2120 CPHY.ZK Order from set: GENERAL ADMISSION MED/SURG
3 11/12/19 2120 CPHY.ZK Ordering Doctor: Khan,Zahoor MD
4 11/12/19 2120 CPHY.ZK Order Source: EPOM
5 11/12/19 2120 CPHY.ZK AM was entered as Service Time
6 11/12/19 2120 CPHY.ZK Signed by Khan,Zahoor MD
7 11/12/19 2121 AASRK1 order acknowledged
8 11/13/19 0000 interface cc'd doctors edited in LAB
9 11/13/19 0000 interface order's status changed from TRANS to LOGGED by LAB
10 11/13/19 0449 interface order's status changed from LOGGED to IN PRO by LAB
11 11/13/19 0527 interface order's status changed from IN PRO to COMP by LAB

Electronically signed by Khan,Zahoor MD on 11/12/19 at 2120

---

Order Date: 11/12/19

| Category | Procedure Name | Order Number | Service Date | Service Time | Pri | Qty | Ord Source | Status | Ordered By |
|---|---|---|---|---|---|---|---|---|---|
| LAB | MAGNESIUM | 20191113-0091 | 11/13/19 | 0401 | R | | E | CMP | KHAZA01 |

Other Provider : Sig Lvl Provider :

Comment:

Order's Audit Trail of Events

1 11/12/19 2120 CPHY.ZK Order ENTER in POM
2 11/12/19 2120 CPHY.ZK Order from set: GENERAL ADMISSION MED/SURG
3 11/12/19 2120 CPHY.ZK Ordering Doctor: Khan,Zahoor MD
4 11/12/19 2120 CPHY.ZK Order Source: EPOM
5 11/12/19 2120 CPHY.ZK AM was entered as Service Time
6 11/12/19 2120 CPHY.ZK Signed by Khan,Zahoor MD
7 11/12/19 2121 AASRK1 order acknowledged
8 11/13/19 0000 interface cc'd doctors edited in LAB
9 11/13/19 0000 interface order's status changed from TRANS to LOGGED by LAB
10 11/13/19 0449 interface order's status changed from LOGGED to IN PRO by LAB
11 11/13/19 0527 interface order's status changed from IN PRO to COMP by LAB

Electronically signed by Khan,Zahoor MD on 11/12/19 at 2120

---

PERMANENT MEDICAL RECORD COPY

RUN DATE: 11/17/19
RUN TIME: 0200
RUN USER: HPF.FEED

MEDITECH FACILITY: COCMCE
IDEV - Discharge Report



PATIENT: GROSE,HERBERT
ACCOUNT NO: BD0100006801
ATTEND DR: Khan,Zahoor MD
REPORT STATUS: FINAL

A/S: 59 M
LOC: BD 3S
RM: BD.321S
BD: 1

ADMIT: 11/12/19
DISCH/DEP: 11/13/19
STATUS: IN
UNIT NO: BD00000629

7 11/12/19 2121 AASRK1 order acknowledged

Electronically signed by Khan,Zahoor MD on 11/12/19 at 2120

---

Order Date: 11/12/19

| Category | Procedure Name | Order Number | Date | Time | Pri | Qty | Ord Source | Status | Ordered By |
|---|---|---|---|---|---|---|---|---|---|
| OSD | ORDER SET TRACKING | 20191112-0054 | 11/12/19 | 2120 | R | | | TRN | KHAZA01 |

Other Provider : Sig Lvl Provider :
*** Do Not Modify, for Tracking Only ***

Order Set Used: VTE PROPHYLAXIS / hDVTPROP04
Version: 5
PAG Approval Date: 07/19/16

Order's Audit Trail of Events
1 11/12/19 2120 CPHY.ZK Order ENTER in POM
2 11/12/19 2120 CPHY.ZK Order from set: VTE PROPHYLAXIS
3 11/12/19 2120 CPHY.ZK Ordering Doctor: Khan,Zahoor MD
4 11/12/19 2120 CPHY.ZK Signed by Khan,Zahoor MD

---

Order Date: 11/12/19

| Category | Procedure Name | Order Number | Date | Time | Pri | Qty | Ord Source | Status | Ordered By |
|---|---|---|---|---|---|---|---|---|---|
| MED.COCMCE | MEDICATION | 20191113-0037 | 11/13/19 | 0800 | R | | E | CMP | KHAZA01 |

Other Provider : Sig Lvl Provider :
RX: 00019190
Start: 11/13/19 0800 SCH CMP
Stop: 09/08/20 0759

Carvedilol Tab (Coreg Tab)
Dose: 25 MG
Route: PO
Direction: BID MEALS

Order's Audit Trail of Events
1 11/12/19 2123 CPHY.ZK Order ENTER in POM
2 11/12/19 2123 CPHY.ZK Ordering Doctor: Khan,Zahoor MD
3 11/12/19 2123 CPHY.ZK Order Source: EPOM
4 11/12/19 2123 CPHY.ZK Signed by Khan,Zahoor MD
5 11/12/19 2127 BFPHA.GHN REVIEW PROVIDER ACTIVITY in PHA
6 11/12/19 2127 BFPHA.GHN REVIEW PROVIDER ACTIVITY
7 11/12/19 2127 BFPHA.GHN RN UNV New Order by CPHY.ZK Ent: 11/12 2123
8 11/12/19 2127 BFPHA.GHN VERIFIED in PHA
9 11/12/19 2154 AASRK1 order acknowledged
10 11/13/19 0807 H.DDI9836 order acknowledged
11 11/13/19 1152 DISCHARGE DISCONTINUE in PHA

Electronically signed by Khan,Zahoor MD on 11/12/19 at 2123

---

Order Date: 11/12/19

| Category | Procedure Name | Order Number | Date | Time | Pri | Qty | Ord Source | Status | Ordered By |
|---|---|---|---|---|---|---|---|---|---|
| MED.COCMCE | MEDICATION | 20191112-0531 | 11/12/19 | 2123 | R | | Z | CMP | KHAZA01 |

Other Provider : Sig Lvl Provider :

PERMANENT MEDICAL RECORD COPY

RUN DATE: 11/17/19 MEDITECH FACILITY: COCMCE PAGE 18
RUN TIME: 0200 IDEV - Discharge Report
RUN USER: HPF.FEED

PATIENT: GROSE,HERBERT A/S: 59 M ADMIT: 11/12/19
ACCOUNT NO: BD0100006801 LOC: BD.3S DISCH/DEP: 11/13/19
RM: BD.321S STATUS: IN
ATTEND DR: Khan,Zahoor MD BD: 1 UNIT NO: BD00000629
REPORT STATUS: FINAL

22 11/12/19 2126 BFPHA.GHN RN UNV New Order by CPHY.ZK Ent: 11/12 2123
23 11/12/19 2126 BFPHA.GHN RULES AT EDIT in PHA
24 11/12/19 2126 BFPHA.GHN RULES AT EDIT
25 11/12/19 2126 BFPHA.GHN ALBUSSOL3: Continue to file Yes
26 11/12/19 2126 BFPHA.GHN VERIFIED in PHA
27 11/12/19 2126 BFPHA.GHN VERIFIED
28 11/12/19 2126 BFPHA.GHN Edit Dr: Khan,Zahoor MD Edit Source: Dept Process/Proc
29 11/12/19 2154 AASRK1 order acknowledged
30 11/13/19 0545 H.PUL.JG order acknowledged
31 11/13/19 1152 DISCHARGE DISCONTINUE in PHA

Electronically signed by Khan,Zahoor MD on 11/12/19 at 2123

Order Date: 11/12/19 —Service—
Category Procedure Name Order Number Date Time Pri Qty Ord Source Status Ordered By
MED.COCMCE PT'S OWN MED (CPOE) 20191113-0044 11/13/19 0900 R 1 E CMP KHAZA01
Other Provider : Sig Lvl Provider :
RX: 00019196 Start: 11/13/19 0900 SCH CMP
Stop: 09/08/20 0859
PT Own Medication (Patient's Own Medication)
Dose: 0 EA
Route: PO Direction: BID
Dose Instructions: PATIENT'S OWN ENTRESTO 97/103
MG
**PLEASE BRING MEDICATION TO
PHARMACY FOR ID AND
LABELLING**
Special Instructions: PATIENT'S OWN ENTRESTO 97/103 MG
**PLEASE BRING MEDICATION TO PHARMACY FOR ID AND LABELLING**

Order's Audit Trail of Events
1 11/12/19 2123 CPHY.ZK Order ENTER in POM
2 11/12/19 2123 CPHY.ZK Ordering Doctor: Khan,Zahoor MD
3 11/12/19 2123 CPHY.ZK Order Source: EPOM
4 11/12/19 2123 CPHY.ZK Signed by Khan,Zahoor MD
5 11/12/19 2140 interface Order copied from: 1112-0530
6 11/12/19 2140 BFPHA.GHN Order EDIT in PHA
7 11/12/19 2140 BFPHA.GHN Ordering Doctor: Khan,Zahoor MD
8 11/12/19 2140 BFPHA.GHN Order Source: Dept Process/Proc
9 11/12/19 2140 BFPHA.GHN EDIT in PHA
10 11/12/19 2140 BFPHA.GHN EDIT
11 11/12/19 2140 BFPHA.GHN Edit Dr: Khan,Zahoor MD Edit Source: Dept Process/Proc
12 11/12/19 2140 BFPHA.GHN FROM:
13 11/12/19 2140 BFPHA.GHN ORDER TYPE: M - MEDICATION
14 11/12/19 2140 BFPHA.GHN DOSE: 97 TAB (97 TABLETS PER DOSE)
15 11/12/19 2140 BFPHA.GHN START: 11/12/19-2123 STOP: 09/07/20-2122 SOFT STOP:
16 11/12/19 2140 BFPHA.GHN DISPENSE: 97
17 11/12/19 2140 BFPHA.GHN DOSE INSTRUCTIONS:
18 11/12/19 2140 BFPHA.GHN 97/103
19 11/12/19 2140 BFPHA.GHN LABEL COMMENTS:
20 11/12/19 2140 BFPHA.GHN SPECIAL INSTRUCTIONS:
21 11/12/19 2140 BFPHA.GHN MED: ENTRITAB2 - Entresto 24/26 Tablet
22 11/12/19 2140 BFPHA.GHN TO:
23 11/12/19 2140 BFPHA.GHN ORDER TYPE: POM - PT'S OWN MED (CPOE)
24 11/12/19 2140 BFPHA.GHN DOSE: 0 EA
25 11/12/19 2140 BFPHA.GHN START: 11/13/19-0900 STOP: 09/08/20-0859 SOFT STOP:

PERMANENT MEDICAL RECORD COPY

**WorksiteIntake**

---

| | |
|---|---|
| **From:** | Newman, Mary Jane |
| **Sent:** | Monday, January 9, 2023 3:01 PM |
| **To:** | pete@johnedunlap.com |
| **Cc:** | WorksiteIntake |
| **Subject:** | FW: APPEAL DECISION FOR HERBERT GROSE- CLAIM 00187027 POLICY LN521950 (SECURE) |
| **Importance:** | High |
| **Categories:** | Red Category |
| **PriorityCX:** | Urgent |
| **SensitivityCX:** | Unrestricted |

1/9/23

Good afternoon,

On 10/26/22, I called and spoke with Chris at your office.

During this phone call on 10/26/22, I let him know we had received a disability appeal for claim 187027.

I advised at that time this claim is for a Critical Illness policy benefit and in order to begin the appeal, I asked him to submit an updated appeal letter for the Critical Illness policy/claim.

As of this date, we have not received an updated appeal letter for the Critical Illness policy/claim.

Mary Jane Newman

**Mary Jane Newman**
**DIA, DHP, DBA, HCAFA**
**Claim Resolution Consultant**
**Claim Resolution Services**
**Lincoln Financial Group**
**8801 Indian Hills Drive**
**Omaha NE 68114**

800-423-2765 Toll Free
402-361-1460 Fax

**LincolnFinancial.com**

**Follow us on:**

---

**From:** Pete Grumbles <pete@johnedunlap.com>
**Sent:** Monday, January 9, 2023 2:23 PM
**To:** Olsen, Janet <Janet.Olsen@lfg.com>
**Subject:** Re: APPEAL DECISION FOR HERBERT GROSE- CLAIM 00187027 POLICY LN521950 (SECURE)

Hi Janet,

I wanted to see if there was a status update for this claim. Thank you!

Truly Yours,

Pete Grumbles
Disability Representative
Business Accounts Manager

Law Office of John E. Dunlap
3340 Poplar Avenue, Ste. 321
Memphis, TN 38111
Phone 901-320-1603
Fax 901-320-6914

On Wed, Oct 26, 2022 at 11:11 AM Olsen, Janet <Janet.Olsen@lfg.com> wrote:

This message was sent securely using Zix®

Good afternoon John and Peter,

After researching this it appears this was a Critical Illness claim and I sent you the attached decision letter on 09/13/2021. I did find in his file your request for a second appeal and have sent a request for a 2nd appeal to be opened and reviewed.

Attached is my decision letter and your letter requesting an appeal.

You will be hearing from the Appeals Specialist assigned to the case shortly. If you have any further questions for me, please contact me at the number below.

Thank you

**Janet Olsen**
Claims Resolution Specialist
Claims Resolution Services
1-800-423-2765 *7492 Office

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

---

**From:** Pete Grumbles <pete@johnedunlap.com>
**Sent:** Wednesday, October 26, 2022 10:49 AM
**To:** Olsen, Janet <Janet.Olsen@lfg.com>
**Subject:** Re: APPEAL DECISION FOR HERBERT GROSE- CLAIM 00187027 POLICY LN521950 (SECURE)

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

This is the last message we received on this matter.

Truly Yours,

Pete Grumbles

Disability Representative

Business Accounts Manager

Law Office of John E. Dunlap
3340 Poplar Avenue, Ste. 321

Memphis, TN 38111
Phone 901-320-1603
Fax 901-320-6914

On Mon, Sep 13, 2021 at 2:43 PM Olsen, Janet <Janet.Olsen@lfg.com> wrote:

This message was sent securely using Zix®

**Janet Olsen**
Specialist, Claims
Appeals Department

**Lincoln Financial Group**
LincolnFinancial.com

402-361-7492 Office

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

This message was secured by Zix&#174.

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

This message was secured by Zix&#174.

PAGE 1/2 * RCVD AT 9/15/2022 12:24:38 PM [Eastern Daylight Time] * SVR:VAPWFAX4014/1 * DNIS:8776685331 * CSID:9013216914 * ANI:9013206914 * DURATION (mm-ss):00-34

# LAW OFFICES
# OF
# JOHN E. DUNLAP

3340 Poplar Avenue,
Suite 320
Memphis, TN 38111
(901) 320-1603
(901) 320-6914

Date: Sept 15, 2022

Fax No: 877 668 5331

Attention: Janet Olsten, Senior Claims Prof

From: John E. Dunlap, Esq.

Re: Hatt Gross # 00187027

No. of Pages:

Comments: Inquiry

09/15/2022 11:24 Law Office of John E. Dunlap (FAX)9013216914 P.001/002

# Law Offices of John E. Dunlap

**John E. Dunlap**
Attorney at Law

3340 Poplar Ave Ste. 320
Memphis, TN 38111
Tel: 901-320-1603
Fax: 901-320-6914
Email: jdunlap00@gmail.com
Web: www.johnedunlap.com

Risk Services
PO Box 2337
Omaha, NE 68103
Attention: Janet Olsten

September 15, 2022

**RE: Herbert Gross**

Claim Number: 00187027

**Dear Janet,**

On October 4, 2021, our office submitted an appeal of your decision dated September 13, 2021 denying Mr. Grose's application for disability. To date we have not heard anything so I am writing for an update. We look forward to hearing from you. Thank you.

Respectfully,

John E Dunlap

Law Offices of John E. Dunlap

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

September 13, 2021

The Lincoln National Life
Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

The Law Offices of John E Dunlap, PC
3340 Poplar Avenue #320
Memphis, TN 38111

Re: Claimant: HERBERT GROSE
Group Policy Number: 00040200411700000
Claim Number: 00187027

Dear Mr. Dunlap:

We have completed our review of Mr. Grose's appeal for Critical Illness benefits under the above policy. Based on the information provided, we have determined that we are unable to approve benefits. In our appeal review process, all information previously submitted as well as any new documentation was used to make this determination.

To be eligible for benefits under the policy issued to your employer, an individual must satisfy the provisions of the policy. This includes, but is not limited to, the following:

> **GENERAL CRITICAL ILLNESS BENEFITS.** The Company will pay a Critical Illness Benefit if an Insured Person or Insured Dependent sustains an Event/Illness shown in the Schedule of Benefits while covered under this Policy.
>
> **EVENT/ILLNESS** means a Critical Illness event or illness:
> (1) shown in the Schedule of Benefits; and
> (2) for which the Insured Person or Insured Dependent is covered under this Policy.
>
> The covered categories are as follows:
> • Wellness
> • Heart
> • Cancer
> • Organ
> • Quality of Life
> • Accident
>
> The covered benefits under the Heart Category are as follows:
> • Aneurysm due to Arteriosclerosis
> • Arteriosclerosis
> • Heart Attack
> • Placement on United Network for Organ Sharing (UNOS) List for Heart Transplant
> • Stroke

**ANEURYSM DUE TO ARTERIOSCLEROSIS** means an abnormal widening or ballooning of a portion of an artery due to weakness of the arterial wall caused by Arteriosclerosis, of sufficient severity to require angioplasty, stent placement, atherectomy, or bypass. Aneurysm is diagnosed by a Physician based on arteriography or other appropriate imaging studies.

**ARTERIOSCLEROSIS** means blockage of a coronary artery of sufficient severity to require angioplasty, stent placement, atherectomy, or bypass. Diagnosis is made by a board-certified or board-eligible cardiologist and is accompanied by the demonstrated need for intervention.

**HEART ATTACK (MYOCARDIAL INFARCTION)** means death of a portion of heart muscle due to inadequate circulation in coronary arteries. If no death of heart muscle occurs, this is not considered a heart attack. Diagnosis is made by a board-certified or board-eligible cardiologist and based on findings from an electrocardiogram (EKG) and elevation of cardiac enzymes associated with heart attack.

**HEART TRANSPLANT** means the transplantation of a healthy heart from a suitable donor, necessitated by the diagnosis of end-stage heart disease, as determined by a Physician appropriately specialized for the heart. Acceptance to the UNOS (United Network for Organ Sharing) list is required for this determination. If the Insured Person or Insured Dependent is determined to be too ill for a transplant, but otherwise meets the criteria for placement on the UNOS list, the network requirement will be waived. The network requirement will also be waived if the Insured Person or Insured Dependent receives the transplant prior to placement on the network.

**STROKE** means permanent neurological damage to the brain due to inadequate blood flow in any of the cranial vessels, due to either blockage or rupture of the vessel and categorized as Score 3 on the Modified Rankin Scale. Diagnosis of permanent neurological damage should be made by a neurologist and demonstrated by imaging (CT or MRI) and examination demonstrating lasting neurological deficits (motor, cognitive, or sensory). Transient Ischemic Attacks (TIA) are not considered Strokes.

**Summary of Initial Claim Filing**

The initial claim forms state your client was submitting a claim for Heart benefits under this Critical Illness Policy. Dr. Joseph Weinstein, Cardiologist noted on the MetLife Disability Claim form the diagnoses of Cardiomyopathy and Ventricular Thrombosis. It was also noted that Mr. Grose had an implantable cardioverter-defibrillator (ICD) placed on November 12, 2019.

Mr. Grose claim was denied because his conditions/diagnoses of Cardiomyopathy and Ventricular Thrombosis do not fall within the covered categories noted above and therefore no benefits were payable. He was also notified that our records indicate he does not have the Permanent and Total Disability Benefit. Therefore, no benefits were payable,

and his claim denied. For complete information please refer to our letter dated June 2, 2021.

**Summary of Appeal**

On July 19, 2021, you filed an appeal on behalf of Mr. Grose in response to our determination to deny benefits.

In your letter of appeal, you indicated your office had been employed to assist Mr. Grose with his claim for Short and Long Term Disability benefits with our Company.

We confirmed with you that this is a Critical Illness Policy and Mr. Grose does not have any disability benefits. In response you indicated that Mr. Grose feels his claim for Heart benefits should be paid and therefore you requested we proceed with the appeal review of this claim.

Our review of this appeal included the following medical documentation:

- Transthoracic Echocardiogram Reports dated July 22, 2020 and December 14, 2020 which were performed due to his diagnosis of Cardiomyopathy.
- Notes from Texas Cardiac Arrhythmia dated August 12, 2021 regarding Pacemaker Sending Test Report results and noting as of August 12, 2021.
- The Attending Physician Statement completed by Dr. Weinstein

**Appeal Decision**

While we understand that Mr. Grose has been diagnosed with Cardiomyopathy and Ventricular Thrombosis, these diagnoses do not fall under this list of covered diagnoses listed under the Heart Category on this policy. We are therefore upholding our previous decision to deny benefits.

The MetLife Disability Claim form completed by Dr. Joseph Weinstein, Cardiologist noted on diagnoses of Cardiomyopathy and Ventricular Thrombosis. The physician also noted your client had an implantable cardioverter-defibrillator (ICD) placed on November 12, 2019.

The Report from Texas Cardiac Arrythmia noted your client has been having decreased energy and is very easily fatigued. He is having orthopnea on paroxysmal nocturnal dyspnea but the dyspnea on exertion is becoming more of a problem. He has occasional palpitations. He has not had any syncope no near syncope. Records listed diagnoses as Nonischemic dilated cardiomyopathy, Biventricular ICD (implantable cardioverter-defibrillator) in place, Ventricular Tachycardia, and Supraventricular Tachycardia. There is no indication in this report of any myocardial infarction or heart attack and no reference of him having a stroke.

In summary our review finds the medical evidence provided for review does not indicate any diagnosis of the heart related conditions under this policy including Aneurysm due to Arteriosclerosis, Arteriosclerosis, Heart Attack, Placement on United Network for Organ

Sharing (UNOS) List for Heart Transplant, or Stroke. We are therefore upholding our previous decision to deny Heart benefits under this Critical Illness policy.

As a reminder, you and your client have exhausted his first level of appeal. If he disagrees with this decision, he may pursue his final administrative appeal. Please be sure to include, with his letter of appeal addressed to the The Lincoln National Life Insurance Company Risk Services, all medical records and supporting documentation that he would like to have considered for review.

Mr. Grose, or a person legally authorized as his representative may appeal the denial by requesting a review of his denied claim. To initiate this process, please have your client or a person legally authorized as his representative, submit a written request for review to us at the following address within 60 days after you receive this denial notice.

Risk Services
PO Box 2337
Omaha, NE 68103
Fax: 877-668-5331

Please include the following with your appeal:

1. The policy and claim number
2. Your reason(s) for appealing; and
3. If applicable, any additional documentation to support the appeal, such as medical treatment records, laboratory results, x-rays or other testing results.

Following receipt of your appeal, we will review the claim and provide him with a full written explanation of the decision within 60 days. If he wishes, he may also request copies of the pertinent documents related to his claim.

If your client's plan is subject to ERISA, he may have other voluntary alternative dispute resolution options, such as mediation. One way to find out what may be available is to contact his local U.S. Department of Labor Office or his state insurance regulatory agency. In addition, once all required reviews of his claim have been completed, he has the right to bring a civil action under applicable law.

Please contact me with any questions you may have at the number listed below.

Sincerely,

Janet Olsen
Senior Claims Examiner, Claims Professional
1-800-423-2765 *7492
Appeals Department – Claims Solutions Shared Services
The Lincoln National Life Insurance Company

GROSE, Herbert **DOB:** (61 yo M) **Acc No.** 8X703916123 **DOS:** 08/12/2021

TEXAS CARDIAC ARRHYTHMIA

**Taking**

- Aspir-81
- Farxiga 10 MG Tablet 1 tablet Orally Once a day
- Carvedilol 25 MG Tablet 1 tab(s) Orally BID
- Entresto 97-103 MG Tablet 1 tablet Orally Twice a day
- Proventil HFA 108 (90 Base) MCG/ACT Aerosol Solution 2 puffs as needed Inhalation every 6 hrs
- Symbicort 160-4.5 MCG/ACT Aerosol 2 puffs Inhalation Twice a day

**Discontinued**

- Furosemide 40 MG Tablet 1 tablet Orally Once a day
- Potassium Chloride ER 10 MEQ Tablet Extended Release as directed Orally
- Rosuvastatin Calcium 20 MG Tablet 1 tablet Orally Once a day
- Medication List reviewed and reconciled with the patient

Ventricular Premature Beats.
Dyslipidemia.
Left Ventricular Thrombus.
Dilated Cardiomyopathy.
Asthma.

Cardiac Cath- EF 15-20% 1/2/2018

Mother: deceased, healthy
Father: deceased, diagnosed with HTN

4 brother(s) , 1 sister(s) - healthy. 1 son

1. Yearly follow up

Patient History:

61-year-old man who was diagnosed with severe left ventricular systolic dysfunction a couple of years ago. Initially his ejection fraction was in the range of 15%. After maximization of his medical regimen the ejection fraction now is between 20 and 25%. He has a little bit less energy than he would like, in fact is now starting to get close to New York Heart Association class III despite a good medical regimen and biventricular pacing. He is s/p implantation of a BIV ICD on 11/12/2019.

8/12/2021: He has been having decreased energy, and very easy fatigability. He is having orthopnea no paroxysmal nocturnal dyspnea but the dyspnea on exertion is becoming more of a problem. He has occasional palpitations. He has not had any syncope no near syncope

EKG:

8/12/2021: Sinus rhythm with ventricular pacing,

2/21/2020: Sinus rhythm with ventricular pacing and premature ventricular contractions positive in lead V1, lead II, and lead I. In lead III they are almost isoelectric.

10/3/2019: Normal sinus rhythm with a QRS duration of 130 ms

Biventricular ICD interrogation (Medtronic):

8/12/2021: He has occasional atrial tachycardia with a cycle length of 350 ms. Today we turned atrial tachycardia therapies on. The pacing and sensing parameters are within normal limits. He has occasional runs of nonsustained ventricular tachycardia but they are short and terminated without any device intervention.

2/21/2020: The dual-chamber biventricular ICD from Medtronic was interrogated to evaluate the arrhythmia burden and to check device function. The pacing and sensing parameters are within normal limits. The battery is good. He is having an occasional atrial tachycardia with a cycle length of 350 ms, and occasional

GROSE, Herbert DOB: (61 yo M) Acc No. 8X703916123 DOS: 08/12/2021

(s) , 3 daughter(s) - healthy.

Alcohol Use Patient **does not use alcohol**.
Tobacco Status (CQW) Patient is **Never smoker**.
Tobacco Status Patient is **a never smoker**.
Exercise: 3/4 times weekly.
Marital Status: Divorced.
Lives with: ex-wife.
Ambulatory Status : **is independent**.
Caffeine: occasional.
Drugs: none.
Diet: none.
Children: yes.
Occupation/Work: service clerk.
He works for American Airlines handling luggage, he lives in Memphis but he works here in town from Tuesday to Friday.

Warfarin Sodium
Coumadin
Tramadol HCl
Percocet

See Surgical Hx

General ROS:
Constitutional: Negative for:, fever, night sweats.
Dermatology/Integumentary: Negative for:,, hives, keloid formation .
HEENT: Eye:, Negative for:, drainage, tearing, Ear:, Negative for:, drainage, fullness, Nose:, Negative for:, pain, itching.
Resp/Pulmonology: Negative for:, hacking, increased inhaler usage, tuberculosis.
Cardiology: Negative for:, blue coloration of skin , history of congenital heart problems.
Gastroenterology: Negative for:, jaundice, vomiting.
Genital/Urinary: Negative for:,

nonsustained ventricular tachycardia with a cycle length of about 345 ms. He has not required device intervention, and he is not feeling those episodes. He also has an average of 191 PVCs an hour (that works out to 4,580 PVCs in 24 hours).

Ht **68 in**, Wt **184.2 lbs**, Wt-kg **83.55 kg**, BMI 28.00, BP 143/84, HR **62**, Respiratory Rate 16, O2 L/min **99**.

GENERAL EXAMINATION:
Constitutional: Affect normal, no acute distress.
Head: normocephalic, atraumatic.
Eyes: PERRLA, sclera white.
Ears/Nose/Throat: oral mucosa moist without lesions.
Neck: trachea midline, supple.
Lungs: clear to auscultation and percussion, good inspiratory effort.
Heart: without gallop, without rub.
Chest no reproducible chest wall tenderness with palpation, normal.
Abdomen: negative for ascites, organomegaly.
Musculoskeletal: no clubbing, no cyanosis.
Extremities: no Janeway lesions, no petechia.
Neurological: no babinski, no clonus.
Psych: affect normal, alert and oriented x 3.

1. Nonischemic dilated cardiomyopathy - I42.0 (Primary)
2. Biventricular ICD (implantable cardioverter-defibrillator) in place - Z95.810
3. Ventricular tachycardia - I47.2
4. Supraventricular tachycardia - I47.1

**1. Nonischemic dilated cardiomyopathy**
IMAGING: EKG-COMPLETE (93000) IH
IMAGING: AICD - REPROGRAM - BIVENTRICULAR (93284) IH

**2. Biventricular ICD (implantable cardioverter-defibrillator) in place**
IMAGING: EKG-COMPLETE (93000) IH
IMAGING: AICD - REPROGRAM - BIVENTRICULAR (93284) IH

**3. Ventricular tachycardia**
IMAGING: EKG-COMPLETE (93000) IH
IMAGING: AICD - REPROGRAM - BIVENTRICULAR (93284)

GROSE, Herbert **DOB:** (61 yo M) **Acc No.** 8X703916123 **DOS:** 08/12/2021

blood in urine, difficulty urinating. Musculoskeletal: **Negative for:**, fractures, injury. Neurology: Negative for:, loss of coordination, paralysis. Psychology: Negative for:, mania, suicidal thoughts. Hem/Lymph: Negative for:, enlarged lymph nodes, fever, chills . Endocrinology: Negative for:, polydipsia, hirsutism.

IH

**4. Supraventricular tachycardia**

IMAGING: EKG-COMPLETE (93000) IH
IMAGING: AICD - REPROGRAM - BIVENTRICULAR (93284) IH

**5. Others**

Notes: A Healthy Lifestyle: Care Instructions, Hand-Washing: Care Instructions, High Blood Pressure: Care Instructions, Preventing Falls: Care Instructions material was published to portal.
Clinical Notes: He is nonischemic dilated cardiomyopathy symptoms have become fairly severe, he has asked for my medical opinion regarding whether this is something that will get better or not. He has been more than a year of good medical regimen and he remains symptomatic,, therefore I am starting to become a little pessimistic. His main cardiologist is Dr. Joseph Weinstein in Memphis and the patient tells me that he is also a little pessimistic. I think he is completely and permanently disabled from the cardiac standpoint. From the arrhythmia standpoint he is stable, his ICD is working properly. We will continue his present medical therapy and device prescription. We will see him again in a year or sooner if needed. Thanks for allowing us to participate in his care.

Immunization

Immunization record has been reviewed and updated.

Preventive Medicine

Quality Measures: Influenza Immunization: Exempt: System Reason **Drug not available - out of stock** . High Blood Pressure screening and follow up: Intervention Order **Yes,** Lifestyle Recommendation **Lifestyle education regarding hypertension (procedure)** . Weight Assessment Above Normal BMI Follow-Up **Lifestyle education regarding diet.**
Male Adult Health Promotion: Diabetes Screening Patient has been advised to follow up with PCP..
Dictated using Nuance Dragon Medical transcription program, subject to voice recognition errors.

Procedure Codes

93000 EKG COMPLETE
93284 PRGRMG EVAL IMPLANTABLE IN PERSON MULTI LEAD DFB

Follow Up

1 Year

GROSE, Herbert **DOB:** (61 yo M) **Acc No.** 8X703916123 **DOS:** 08/12/2021



Electronically signed by JAVIER SANCHEZ., MD on 08/17/2021 at 01:27 PM CDT

Sign off status: Completed

35221TCt TEXAS CARDIAC ARRHYTHMIA
11970 N CENTRAL EXPY
STE 540
DALLAS, TX 75243-3718
Tel: 972-566-4822
Fax: 972-566-4170

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Name: | Herbert Grose | | **Midmark Diagnostics Group** | | Rate: | 63 | BPM | Interpretation: |
| ID: | 703916123 | | Req. Physician: | SANCHEZ, JAVIER E | PR: | 148 | msec | Electronic dual-chamber pacemaker |
| Sex: | Male | | Technician: | SATARA THOMAS | QT/QTc: | 430/435 | msec | Pacemaker ECG, No further analysis |
| BP: | 143/84 | mmHg | History: | , | QRSD: | 126 | msec | INSUFFICIENT DATA |
| Weight: | | lbs | Medication: | .. | P Axis: | 21 | | |
| Height: | | inches | Date of Report: | 08/12/21 09:35:27 | QRS Axis: | 20 | | |
| DOB: | | | Reviewed By: | DR. JAVIER SANCHEZ | T Axis: | 42 | | |
| Comments: | | | Review Date: | 08/12/21 09:37:14 | | | | |




Speed:25 mm/sec Gain:10 mm/mv MYO:OFF AC:ON DRIFT:ON Midmark Diagnostics Group Page 1 of 1 Version 8.4.1 ECG Analysis Ver. 8.4.1 Print Date 08/12/21 09:37:15

# Unsaved Frozen Strip

Device: **Claria MRI Quad CRTD DTMA1QQ** Serial Number: **RPA228097H** Date of Visit: **12-Aug-2021 08:45:1**

Patient: **GROSE, Herbert** ID: Physician: **Dr. Javier Sanchez 972-566-8855**




Unsaved Frozen Strip
Printed: 12-Aug-2021 09:57:31



05(31)

# Sensing Test Report

Device: **Claria MRI Quad CRTD DTMA1QQ** Serial Number: **RPA228097H** Date of Visit: **12-Aug-2021 08:45:10**
Patient: **GROSE, Herbert** ID: Physician: **Dr. Javier Sanchez 972-566-8855**

## Sensing Test

| | Test Value | Permanent |
|---|---|---|
| Mode | VVI | DDDR |
| AV Delay | | 150 ms |
| Lower Rate | 35 bpm | 60 bpm |

## Last Sensing Measurement

12-Aug-2021

| | |
|---|---|
| P-Wave Amplitude | 4.6 mV |
| R-Wave Amplitude | 14.5 mV |

## Sense Polarity

| | |
|---|---|
| P-wave | Bipolar |
| R-wave | Bipolar |


Copyright © Medtronic, Inc. 2020

## Non-sustained VT Episode #13

| | | |
|---|---|---|
| Device: **Claria MRI Quad CRTD DTMA1QQ** | Serial Number: **RPA228097H** | Date of Visit: **12-Aug-2021 08:45:10** |
| Patient: **GROSE, Herbert** | ID: | Physician: **Dr. Javier Sanchez 972-566-8855** |

**Episode #13: 30-May-2021 16:13:22**

| Episode Summary | |
|---|---|
| Initial Type | VT Non-sustained (spontaneous) |
| Duration | 1 sec (8 beats) |
| V. Median | 171 bpm (350 ms) |
| Activity at onset | Rest, Sensor = 69 bpm |

| Parameter Settings | | Initial | Redetect | V. Interval (Rate) |
|---|---|---|---|---|
| VF | On | 30/40 | 6/8 | 330 ms (182 bpm) |
| FVT | via VF | | | 240 ms (250 bpm) |
| VT | Off | 16 | 12 | |
| Monitor | Monitor | 32 | | 420 ms (143 bpm) |

| Polarity | RV |
|---|---|
| Pace Polarity | Bipolar |
| Sense Polarity | Bipolar |

| EGM | Source | Range | Sensitivity | |
|---|---|---|---|---|
| EGM1 | Atip to Aring | +/- 8 mV | Atrial | 0.3 mV |
| EGM2 (Wavelet) | Can to RVcoil | +/- 12 mV | RV | 0.3 mV |


Copyright © Medtronic, Inc. 2020

## Non-sustained VT Episode #13

Device: **Claria MRI Quad CRTD DTMA1QQ** Serial Number: **RPA228097H** Date of Visit: **12-Aug-2021 08:45:10**

Patient: **GROSE, Herbert** ID: **Episode #13 Chart speed: 25.0 mm/sec**





# Non-sustained VT Episode #13

| | | |
|---|---|---|
| Device: **Claria MRI Quad CRTD DTMA1QQ** | Serial Number: **RPA228097H** | Date of Visit: **12-Aug-2021 08:45:10** |
| Patient: **GROSE, Herbert** | ID: | **Episode #13 Chart speed: 25.0 mm/sec** |



## Non-sustained VT Episode #13

Device: **Claria MRI Quad CRTD DTMA1QQ** Serial Number: **RPA228097H** Date of Visit: **12-Aug-2021 08:45:10**

Patient: **GROSE, Herbert** ID: Physician: **Dr. Javier Sanchez 972-566-8855**

| Type | ATP Seq | Shocks | Success | ID# | Date | Time hh:mm | Duration hh:mm:ss | Avg bpm A/V | Max bpm A/V | Activity at Onset |
|---|---|---|---|---|---|---|---|---|---|---|
| VT-NS | | | | 13 | 30-May-2021 | 16:13 | :01 | 86/182 | | Rest |



# Non-sustained VT Episode #15

| Device: **Claria MRI Quad CRTD DTMA1QQ** | Serial Number: **RPA228097H** | Date of Visit: **12-Aug-2021 08:45:10** |
|---|---|---|
| Patient: **GROSE, Herbert** | ID: | Physician: **Dr. Javier Sanchez 972-566-8855** |

**Episode #15: 29-Jun-2021 19:18:52**

| **Episode Summary** | |
|---|---|
| Initial Type | VT Non-sustained (spontaneous) |
| Duration | 1 sec (5 beats) |
| V. Median | 88 bpm (680 ms) |
| Activity at onset | Rest, Sensor = 80 bpm |

| **Parameter Settings** | | **Initial** | **Redetect** | **V. Interval (Rate)** |
|---|---|---|---|---|
| VF | On | 30/40 | 6/8 | 330 ms (182 bpm) |
| FVT | via VF | | | 240 ms (250 bpm) |
| VT | Off | 16 | 12 | |
| Monitor | Monitor | 32 | | 420 ms (143 bpm) |

| **Polarity** | **RV** |
|---|---|
| Pace Polarity | Bipolar |
| Sense Polarity | Bipolar |

| **EGM** | **Source** | **Range** | **Sensitivity** | |
|---|---|---|---|---|
| EGM1 | Atip to Aring | +/- 8 mV | Atrial | 0.3 mV |
| EGM2 (Wavelet) | Can to RVcoil | +/- 12 mV | RV | 0.3 mV |


Copyright © Medtronic, Inc. 2020

Lincoln
Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

September 9, 2021

John Dunlap, PC
Attorney At Law
3340 Poplar Avenue #320
Memphis, TN 38111

Re: Group Policy Number: 00040500411700000000
Claimant: HERBERT GROSE
Claim Number: 00187027

Dear Mr. Dunlap:

This is to acknowledge our receipt of your client's appeal for Critical Illness benefits.

We are in the process of reviewing your client's appeal and we will notify you of the results within 60 days or as soon as a decision has been made.

Please contact me with any questions you may have at the number listed below.

Sincerely,

Janet Olsen
Senior Claims Examiner, Claims Professional
1-800-423-2765 *7492
Appeals Department – Claims Solutions Shared Services
The Lincoln National Life Insurance Company

Please archive this email chain into PORTAL under the above claim.

Thank you

**Janet Olsen**
Specialist, Claims
Appeals Department
402-361-7492 Office

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**From:** Olsen, Janet
**Sent:** Wednesday, September 8, 2021 10:52 AM
**To:** Pete Grumbles <pete@johnedunlap.com>
**Subject:** RE: FW: FW: CRITICAL ILLNESS CLAIM APPEAL FOR HERBERT GROSE CLAIM 187027 (SECURE)

Hi Pete,

We will then move forward with a review of the appeal and we will send you an acknowledgment letter and begin our review. Once we have a decision we will contact you.

Thank you

**Janet Olsen**
Specialist, Claims
Appeals Department
402-361-7492 Office

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**From:** Pete Grumbles <pete@johnedunlap.com>
**Sent:** Wednesday, September 8, 2021 10:43 AM
**To:** Olsen, Janet <Janet.Olsen@lfg.com>
**Subject:** Re: FW: FW: CRITICAL ILLNESS CLAIM APPEAL FOR HERBERT GROSE CLAIM 187027 (SECURE)

Janet,

Our client will not give us permission to withdraw this claim. We've spoken with him several times about it and he is adamant that it applies.

Truly Yours,

Pete Grumbles
Disability Representative
Business Accounts Manager

Law Office of John E. Dunlap
3340 Poplar Avenue, Ste. 321
Memphis, TN 38111
Phone 901-320-1603
Fax 901-320-6914

On Wed, Sep 8, 2021 at 7:23 AM Olsen, Janet <Janet.Olsen@lfg.com> wrote:

This message was sent securely using Zix®

Good morning Pete,

May we please have your decision whether you want us to proceed with an appeal on this critical illness claim or if you want to withdraw your request for an appeal on this claim.

Thank you

**Janet Olsen**
Specialist, Claims
Appeals Department
402-361-7492 Office

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**From:** Olsen, Janet
**Sent:** Wednesday, September 1, 2021 6:33 AM
**To:** Pete Grumbles <pete@johnedunlap.com>
**Subject:** RE: FW: CRITICAL ILLNESS CLAIM APPEAL FOR HERBERT GROSE CLAIM 187027 (SECURE)

Okay, thank you!

**Janet Olsen**
Specialist, Claims
Appeals Department
402-361-7492 Office

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**From:** Pete Grumbles <pete@johnedunlap.com>
**Sent:** Tuesday, August 31, 2021 3:59 PM
**To:** Olsen, Janet <Janet.Olsen@lfg.com>
**Subject:** Re: FW: CRITICAL ILLNESS CLAIM APPEAL FOR HERBERT GROSE CLAIM 187027 (SECURE)

Janet,

Attorney Dunlap is reviewing it still. We should have an answer by tomorrow.

Truly Yours,

Pete Grumbles

Disability Representative

Business Accounts Manager

Law Office of John E. Dunlap
3340 Poplar Avenue, Ste. 321

Memphis, TN 38111
Phone 901-320-1603
Fax 901-320-6914

10 BEST 2018
10 BEST LAW FIRM
CLIENT SATISFACTION
WORKERS' COMPENSATION
AMERICAN INSTITUTE OF LEGAL COUNSEL ™

On Mon, Aug 30, 2021 at 2:38 PM Olsen, Janet <Janet.Olsen@lfg.com> wrote:

This message was sent securely using Zix®

Good afternoon Pete,

Have you and the attorney made a decision whether you want us to review an appeal for this Critical Illness claim for Mr. Grose or if you want the appeal withdrawn?

Please advise at your earliest convenience.

Thank you

**Janet Olsen**
Specialist, Claims
Appeals Department
402-361-7492 Office

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**From:** Pete Grumbles <pete@johnedunlap.com>
**Sent:** Friday, August 20, 2021 9:13 AM
**To:** Olsen, Janet <Janet.Olsen@lfg.com>
**Subject:** Re: FW: CRITICAL ILLNESS CLAIM APPEAL FOR HERBERT GROSE CLAIM 187027 (SECURE)

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi Janet,

We've discussed this issue with our client and he emphatically insists that it should be payable. We are currently researching it. Can we get back to you on Monday?

Pete

On Fri, Aug 20, 2021, 7:04 AM Olsen, Janet <Janet.Olsen@lfg.com> wrote:

This message was sent securely using Zix®

Good morning Pete,

I telephoned your office this morning and left a voicemail message for Attorney John Dunlap inquiring if you would like us to move forward with a review of the appeal on this Critical Illness policy or if you are withdrawing the appeal.

Please respond at your earliest convenience as we need to determine what handling needs to be done on your request for an appeal on this claim.

Thank you

**Janet Olsen**
Specialist, Claims
Appeals Department
402-361-7492 Office

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination,

distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**From:** Olsen, Janet
**Sent:** Tuesday, August 10, 2021 7:25 AM
**To:** pete@johnedunlap.com
**Subject:** FW: CRITICAL ILLNESS CLAIM APPEAL FOR HERBERT GROSE CLAIM 187027 (SECURE)

Good morning Pete,

I was following up to see if you and/or the attorney have made a decision whether you want us to move forward with an appeal review on this Critical Illness claim for Mr. Herbert Grose or if you have are withdrawing the appeal.

Please advise at your earliest convenience.

Thank you

**Janet Olsen**
Specialist, Claims
Appeals Department
402-361-7492 Office

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**From:** Olsen, Janet
**Sent:** Friday, August 6, 2021 12:54 PM
**To:** pete@johnedunlap.com
**Subject:** CRITICAL ILLNESS CLAIM APPEAL FOR HERBERT GROSE CLAIM 187027 (SECURE)

Good afternoon Pete,

In response to our conversation on 08/05/2021, I have attached Mr. Grose's initial claim forms, medical documentation and copy of the claims denial letter.

As you can see his claim was denied as his diagnosis or cardio-myopathy is not a covered condition or illness under the Critical Illness policy and he does not carry the Permanent and Total Disability Benefit under the policy.

In addition his Employer American Airlines does not carry any other Short Term or Long Term Disability with our Company.

Please confirm if you would like this appeal withdrawn or if you wish us to complete an appeal review on his Critical Illness claim.

Thank you

| JANET OLSEN | 1-800-423-2765<br>*7492 Office | Follow us on: |
|---|---|---|
| Specialist, Claims | 402-361-1460 Fax | |
| Appeals Department | | |
| Claims Solutions Shared Services | LincolnFinancial.com | |
| Lincoln Financial Group | | |

8801 Indian Hills Drive

Omaha, NE 68122

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

This message was secured by **Zix**&#174.

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

This message was secured by **Zix**&#174.

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**From:** Olsen, Janet <Janet.Olsen@lfg.com>
**Sent:** Friday, August 20, 2021 7:15 AM
**To:** WorksiteIntake <worksiteintake@lfg.com>
**Subject:** FW: CRITICAL ILLNESS CLAIM APPEAL FOR HERBERT GROSE CLAIM 187027 (SECURE)

Please archive this email chain into PORTAL under the above claim number.

Thank you

**Janet Olsen**
Specialist, Claims
Appeals Department
402-361-7492 Office

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**From:** Olsen, Janet
**Sent:** Friday, August 20, 2021 7:05 AM
**To:** pete@johnedunlap.com
**Subject:** FW: CRITICAL ILLNESS CLAIM APPEAL FOR HERBERT GROSE CLAIM 187027 (SECURE)

Good morning Pete,

I telephoned your office this morning and left a voicemail message for Attorney John Dunlap inquiring if you would like us to move forward with a review of the appeal on this Critical Illness policy or if you are withdrawing the appeal.

Please respond at your earliest convenience as we need to determine what handling needs to be done on your request for an appeal on this claim.

Thank you

**Janet Olsen**
Specialist, Claims
Appeals Department
402-361-7492 Office

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination,

distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**From:** Olsen, Janet
**Sent:** Tuesday, August 10, 2021 7:25 AM
**To:** pete@johnedunlap.com
**Subject:** FW: CRITICAL ILLNESS CLAIM APPEAL FOR HERBERT GROSE CLAIM 187027 (SECURE)

Good morning Pete,

I was following up to see if you and/or the attorney have made a decision whether you want us to move forward with an appeal review on this Critical Illness claim for Mr. Herbert Grose or if you have are withdrawing the appeal.

Please advise at your earliest convenience.

Thank you

**Janet Olsen**
Specialist, Claims
Appeals Department
402-361-7492 Office

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**From:** Olsen, Janet
**Sent:** Friday, August 6, 2021 12:54 PM
**To:** pete@johnedunlap.com
**Subject:** CRITICAL ILLNESS CLAIM APPEAL FOR HERBERT GROSE CLAIM 187027 (SECURE)

Good afternoon Pete,

In response to our conversation on 08/05/2021, I have attached Mr. Grose's initial claim forms, medical documentation and copy of the claims denial letter.

As you can see his claim was denied as his diagnosis or cardio-myopathy is not a covered condition or illness under the Critical Illness policy and he does not carry the Permanent and Total Disability Benefit under the policy.

In addition his Employer American Airlines does not carry any other Short Term or Long Term Disability with our Company.

Please confirm if you would like this appeal withdrawn or if you wish us to complete an appeal review on his Critical Illness claim.

Thank you

**JANET OLSEN**
Specialist, Claims
Appeals Department
Claims Solutions Shared Services
Lincoln Financial Group
8801 Indian Hills Drive
Omaha, NE 68122

1-800-423-2765
*7492 Office
402-361-1460 Fax

LincolnFinancial.com

**Follow us on:**

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not

Please archive this email into PORTAL under the above claim.

Thank you

**Janet Olsen**
Specialist, Claims
Appeals Department
402-361-7492 Office

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**From:** Olsen, Janet
**Sent:** Tuesday, August 10, 2021 7:25 AM
**To:** pete@johnedunlap.com
**Subject:** FW: CRITICAL ILLNESS CLAIM APPEAL FOR HERBERT GROSE CLAIM 187027 (SECURE)

Good morning Pete,

I was following up to see if you and/or the attorney have made a decision whether you want us to move forward with an appeal review on this Critical Illness claim for Mr. Herbert Grose or if you have are withdrawing the appeal.

Please advise at your earliest convenience.

Thank you

**Janet Olsen**
Specialist, Claims
Appeals Department
402-361-7492 Office

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**From:** Olsen, Janet
**Sent:** Friday, August 6, 2021 12:54 PM

**To:** pete@johnedunlap.com
**Subject:** CRITICAL ILLNESS CLAIM APPEAL FOR HERBERT GROSE CLAIM 187027 (SECURE)

Good afternoon Pete,

In response to our conversation on 08/05/2021, I have attached Mr. Grose's initial claim forms, medical documentation and copy of the claims denial letter.

As you can see his claim was denied as his diagnosis or cardio-myopathy is not a covered condition or illness under the Critical Illness policy and he does not carry the Permanent and Total Disability Benefit under the policy.

In addition his Employer American Airlines does not carry any other Short Term or Long Term Disability with our Company.

Please confirm if you would like this appeal withdrawn or if you wish us to complete an appeal review on his Critical Illness claim.

Thank you

**JANET OLSEN**
Specialist, Claims
Appeals Department
Claims Solutions Shared Services
Lincoln Financial Group
8801 Indian Hills Drive
Omaha, NE 68122

1-800-423-2765
*7492 Office
402-361-1460 Fax

**LincolnFinancial.com**

**Follow us on:**

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

Please archive this email chain into PORTAL under the above claim number.

Thank you

**JANET OLSEN**
Specialist, Claims
Appeals Department
Claims Solutions Shared Services
Lincoln Financial Group
8801 Indian Hills Drive
Omaha, NE 68122

1-800-423-2765
*7492 Office
402-361-1460 Fax

LincolnFinancial.com

**Follow us on:**

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**From:** Olsen, Janet
**Sent:** Tuesday, August 10, 2021 7:40 AM
**To:** 'Pete Grumbles' <pete@johnedunlap.com>
**Subject:** RE: FW: CRITICAL ILLNESS CLAIM APPEAL FOR HERBERT GROSE CLAIM 187027 (SECURE)

Sounds good!

Thank you

**JANET OLSEN**
Specialist, Claims
Appeals Department
Claims Solutions Shared Services
Lincoln Financial Group
8801 Indian Hills Drive
Omaha, NE 68122

1-800-423-2765
*7492 Office
402-361-1460 Fax

LincolnFinancial.com

**Follow us on:**

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**From:** Pete Grumbles <pete@johnedunlap.com>
**Sent:** Tuesday, August 10, 2021 7:38 AM
**To:** Olsen, Janet <Janet.Olsen@lfg.com>
**Subject:** Re: FW: CRITICAL ILLNESS CLAIM APPEAL FOR HERBERT GROSE CLAIM 187027 (SECURE)

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Janet,

We received your paperwork and are meeting with Mr. Grose to discuss it with him. We should have something back to you by the end of the week.

On Tue, Aug 10, 2021, 7:25 AM Olsen, Janet <Janet.Olsen@lfg.com> wrote:

This message was sent securely using Zix®

Good morning Pete,

I was following up to see if you and/or the attorney have made a decision whether you want us to move forward with an appeal review on this Critical Illness claim for Mr. Herbert Grose or if you have are withdrawing the appeal.

Please advise at your earliest convenience.

Thank you

**Janet Olsen**
Specialist, Claims
Appeals Department
402-361-7492 Office

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**From:** Olsen, Janet
**Sent:** Friday, August 6, 2021 12:54 PM
**To:** pete@johnedunlap.com
**Subject:** CRITICAL ILLNESS CLAIM APPEAL FOR HERBERT GROSE CLAIM 187027 (SECURE)

Good afternoon Pete,

In response to our conversation on 08/05/2021, I have attached Mr. Grose's initial claim forms, medical documentation and copy of the claims denial letter.

As you can see his claim was denied as his diagnosis or cardio-myopathy is not a covered condition or illness under the Critical Illness policy and he does not carry the Permanent and Total Disability Benefit under the policy.

In addition his Employer American Airlines does not carry any other Short Term or Long Term Disability with our Company.

Please confirm if you would like this appeal withdrawn or if you wish us to complete an appeal review on his Critical Illness claim.

Thank you

| | | |
|---|---|---|
| **JANET OLSEN**<br><br>Specialist, Claims<br><br>Appeals Department<br><br>Claims Solutions Shared Services<br><br>Lincoln Financial Group | 1-800-423-2765 *7492 Office<br><br>402-361-1460 Fax<br><br>**LincolnFinancial.com** | **Follow us on:** |

8801 Indian Hills Drive

Omaha, NE 68122

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Service office: PO Box 2609
Omaha, NE 68103-2609
Toll free (877) 815-9256
Fax (877) 668-5331

June 2, 2021

Herbert Grose

Claimant Name: Herbert Grose
Group Policy Number: 00040500411700000
Claim: 00187027

Dear Herbert Grose:

We have completed our review of your Critical Illness claim and have determined we are not able to approve benefits.

Our records indicate you do not have the Permanent and Total Disability Benefit. Therefore, this benefit cannot be considered.

After a thorough review of the information currently contained in your claim file, we have determined that your condition/diagnosis does not fall within the one of the covered categories for which benefits are paid as shown in the Schedule of Benefits.

To be eligible for benefits under the policy issued, an individual must satisfy all of the provisions of the policy. This includes but is not limited to the following:

> **GENERAL CRITICAL ILLNESS BENEFITS.** The Company will pay a Critical Illness Benefit if an Insured Person or Insured Dependent sustains an Event/Illness shown in the Schedule of Benefits while covered under this Policy.
>
> **EVENT/ILLNESS** means a Critical Illness event or illness:
> (1) shown in the Schedule of Benefits; and
> (2) for which the Insured Person or Insured Dependent is covered under this Policy.

©2013 Lincoln National Corporation
www.Lincoln4Benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates. Affiliates are separately responsible for their own financial and contractual obligations.

The covered categories are as follows:

- Wellness
- Heart
- Cancer
- Organ
- Quality of Life
- Accident

The covered benefits under the Heart Category are as follows:

- Aneurysm due to Arteriosclerosis
- Arteriosclerosis
- Heart Attack
- Placement on United Network for Organ Sharing (UNOS) List for Heart Transplant
- Stroke

**ANEURYSM DUE TO ARTERIOSCLEROSIS** means an abnormal widening or ballooning of a portion of an artery due to weakness of the arterial wall caused by Arteriosclerosis, of sufficient severity to require angioplasty, stent placement, atherectomy, or bypass. Aneurysm is diagnosed by a Physician based on arteriography or other appropriate imaging studies.

**ARTERIOSCLEROSIS** means blockage of a coronary artery of sufficient severity to require angioplasty, stent placement, atherectomy, or bypass. Diagnosis is made by a board-certified or board-eligible cardiologist and is accompanied by the demonstrated need for intervention.

**HEART ATTACK (MYOCARDIAL INFARCTION)** means death of a portion of heart muscle due to inadequate circulation in coronary arteries. If no death of heart muscle occurs, this is not considered a heart attack. Diagnosis is made by a board-certified or board-eligible cardiologist and based on findings from an electrocardiogram (EKG) and elevation of cardiac enzymes associated with heart attack.

> **HEART TRANSPLANT** means the transplantation of a healthy heart from a suitable donor, necessitated by the diagnosis of end-stage heart disease, as determined by a Physician appropriately specialized for the heart. Acceptance to the UNOS (United Network for Organ Sharing) list is required for this determination. If the Insured Person or Insured Dependent is determined to be too ill for a transplant, but otherwise meets the criteria for placement on the UNOS list, the network requirement will be waived. The network requirement will also be waived if the Insured Person or Insured Dependent receives the transplant prior to placement on the network.
>
> **STROKE** means permanent neurological damage to the brain due to inadequate blood flow in any of the cranial vessels, due to either blockage or rupture of the vessel and categorized as Score 3 on the Modified Rankin Scale. Diagnosis of permanent neurological damage should be made by a neurologist and demonstrated by imaging (CT or MRI) and examination demonstrating lasting neurological deficits (motor, cognitive, or sensory). Transient Ischemic Attacks (TIA) are not considered Strokes.

In addition, our information indicates that the coverage ended as of September 23, 2020

Outlined below is the information reviewed which led to our determination.

**Information reviewed and action taken**

In our review process, all applicable information submitted to Lincoln is used to make a determination. The documentation contained in your claim file includes the following:

- Critical Illness Claim Form – Signed on May 21, 2021
- Attending Physician Statement completed by Dr. Joseph S. Weinstein on March 31, 2021
- Medical Records from Cardiovascular Physicians of Memphis

The Attending Physician Statement, signed by Dr. Joseph S. Weinstein on March 31, 2021, indicates you were diagnosed with cardiomyopathy on September 14, 2020 as well as ventricular thrombosis. However, this is not an applicable covered condition under the Heart Category and/or the Critical Illness Policy. Therefore, we have determined that no benefits are payable.

**Summary**

According to the information provided, your condition/diagnosis does not fall within one of the covered categories for which benefits are paid, as shown in the Schedule of Benefits.

If you disagree with our decision, you may appeal this determination by following the steps outlined below.

**Appeal Rights**

You, your attorney or a person legally authorized as your representative may request a review of your denied claim. Such request must be made in writing and submitted to the following address within 60 days after you receive this denial notice.

Risk Services
The Lincoln National Life Insurance Company
PO Box 2337
Omaha, NE 68103
Fax: 402-361-1460

Please include the following with your appeal letter:

1. The policy and claim number;
2. The reason(s) for appeal; and
3. If applicable, any additional documentation to support the appeal, such as medical treatment records, laboratory results, x-rays or other testing results.

Following receipt of your appeal, we will review the claim and provide you with a full written explanation of the decision within 45 days. If you wish, you may also request copies of the pertinent documents related to the claim.

If your plan is subject to ERISA, you may have other voluntary alternative dispute resolution options, such as mediation. One way to find out what may be available is to contact your local U.S. Department of Labor Office or your state insurance regulatory agency. In addition, once all required reviews of your claim have been completed, you have the right to bring a civil action under applicable law.

Typically, you would have 60 days to appeal this decision. Due to the impact of COVID-19, please be aware the Department of Labor has published guidance providing an additional 60 days past the "outbreak period" to appeal a claim. The "outbreak period" started 3/1/20 and will end when the end of the National Emergency is announced, or such other date is declared by the Department of Labor. While Lincoln will allow this additional time, which is as of yet undefined, for you to file an appeal, we encourage you to file any planned appeal as soon as possible.

Sincerely,

Kristine Rojas
Worksite Claims Specialist
The Lincoln National Life Insurance Company

FedEx Office

# Fax Cover Sheet

Date 5-26-2021 Number of pages 16 (including cover page)

**To:**

Name LINCOLN FINACIAL GROUP

Company THE LINCOLN NATIONAL LIFE CO.

Telephone 877 815 9256

Fax 877 668 5331

**From:**

Name HERBERT GROSE

Company AMERICAN AIRLINES

Telephone 901 371 1965

Comments CRITICLE ILLNESS CLAIM
POLICY # LN521950

7 90363 00711 1
Fax - Local Send

7 90363 00714 2
Fax - Domestic Send

7 90363 00720 3
Fax - International Send

fedex.com 1.800.GoFedEx 1.800.463.3339

© 2015 FedEx. All rights reserved. Products, services and hours vary by location. 615.OP00.002

0017745PM

Lincoln Financial Group
The Lincoln National Life Insurance Company
P.0 BOX 2609
Omaha, NE 68103-2609
877-815-9256 Fax 877-668-5331

I am submitting my Critical Illness Form, Policy Number LN521950.
Due to Covid-19 I encountered some unexpected delays, and misinformation in the process.

I recently just received the Critical Illness Forms.

Due to the delay in obtaining my medical information from my doctor's office. I am attaching my Doctor's Medical Diagnosis and Certification that were submitted to my employer American Airlines, and Met Life LTD.

I also have signed The Authorization Form if you need additional medical information.

Thank you, in advance for your understanding.

[signature] 5-21-2021

Herbert Grose

05/26/2021 14:34 901-368-0070 FEDEX OFFICE 0750 PAGE 03

Lincoln Financial Group®

# Critical Illness Claim Form

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll free (877) 815-9256 Fax (877) 668-5331
www.LincolnFinancial.com

**Policyholder Information**

Policyholder Name (Last, First, Middle Initial): HERBERT GROSE

Date of Birth: ______ Social Security Number: ______

Address: ______

City: ______ State: TN Zip Code: ______

email address: ______ Telephone Number: ______

Employer Name: AMERICAN AIRLINES Employment Date (MM/DD/YY): 01/07/1979

Occupation: FLEET SERVICE CLERK Policy Number: LN521950

Work Schedule at time of claim: 0500 - 1330 Days per Week: 5 Hours per Day: 8

Did CI coverage exist under a prior policy? ☐ Yes ■ No If Yes, Effective date of prior plan: ______
Termination date of prior plan: ______

Effective date of this coverage: JAN 2019 - JAN 2021

Claimants Name (if not employee): ______

Address: ______

City: ______ State: ______ Zip Code: ______

Claimant's relationship to Employee: ■ Self ☐ Spouse ☐ Child Gender: ☐ Male ☐ Female

Marital Status: ☐ Married ☐ Single ■ Divorced ☐ Widow

**This claim is being submitted for (check all that apply)**

■ Critical Illness Category (Provide attached Physicians Statement page 5)
☐ Organ ☐ Cancer ■ Heart ☐ Child ☐ Quality of Life

☐ Critical Illness Assessment Benefit (see policy for listing)
Date assessment was performed (Attach supporting documentation/provider invoice) ______

☐ Child Care Expense Benefit*
Dates requesting benefits for (Attach supporting documentation/provider invoice) ______

■ Permanent and Total Disability Benefit
Date Disability began (Provide attachments A&B) ______

☐ Treatment Care Benefit* (see policy for listing)
Date treatment was provided (Attach supporting documentation/provider Invoice) ______

☐ Occupational HIV/Hepatitis Benefit
Date testing provided (Attach supporting documentation/provider invoice) ______

*** For Services related to a hospitalization please provide the information below.**

Name of Hospital: ______

Address: ______

City: ______ State: ______ Zip Code: ______

Hospital Phone Number: ______ Hospital Fax Number: ______

Date admitted: ______ Date discharged: ______

Signature: Herbert Grose Date: 5-21-2021

PAGE 3/16 * RCVD AT 5/26/2021 3:35:11 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/1 * DNIS:8776685331 * CSID:901 368 0070 * ANI:9015681599 * DURATION (mm-ss):06-45

Lincoln Financial Group®

# Authorization For Release Of Information

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll free (877) 815-9256 Fax (877) 668-5331
www.LincolnFinancial.com

1. In connection with a claim for benefits, I (the undersigned) **authorize** any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; department of labor; acquaintance; group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

Name of Insured: GROSE (Last) HERBERT (First) M (Middle)

Date of Birth: Social Security Number:

2. **Information to be released** (hereinafter referred to as "My Information"):
   - data or records regarding my medical history, treatment, prescriptions, consultations [including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had];
   - any information regarding insurance coverage, claims or benefits; and/or
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, retirement income, financial information, earnings and employment history).

3. **Information to be released to:** The Lincoln National Life Insurance Company ("Lincoln")
PO Box 2609
Omaha, NE 68103-2609

4. **I understand My Information will be used by Lincoln to evaluate and administer my claim for benefits. I also authorize Lincoln to release My Information as follows:**
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   - to a vendor, approved by Lincoln, which specializes in the application for Social Security Disability Benefits
   - to vendors/consultants providing me with wellness, disability or leave related services as part of an employer sponsored benefit plan; or
   - for self-insured disability plans only, to my employer; or
   - for fully insured plans, I understand the the information obtained with this Authorization may be used in discussions between Lincoln and my employer regarding my functional capacity, and any related restrictions and limitations, in order to facilitate my return to work; or
   - as otherwise may be required by law or as I may further authorize.

5. I understand My Information may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may not be re-disclosed or reused by the recipient under Colorado law.

6. I understand that I may revoke this Authorization in writing at any time, except to the extent Lincoln has taken action in reliance on this Authorization. To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address. If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below, or the duration of my claim for benefits, whichever is shorter.

7. A photocopy of this Authorization is to be considered as valid as the original. I am entitled to receive a copy of this Authorization.

**SIGNATURE** [signature] **DATE** 5-21-2021

Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

**PRINT NAME:** Herbert Grose

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient Self

**ADDRESS:**

TN (State) (Zip Code)

**PHONE NO:**

**Attending Physician's Statement - Critical Illness**

Employee (Patient) Information (to be completed by Employee)

Policyholder Name: HERBERT GROSE

Patient's Name (First, Middle, Last): HERBERT M. GROSE

Patient Date of Birth: ____________

Address: ____________

City: ____________ State: ____________ Zip Code: ____________

Patient's relationship to Employee: ■ Self ☐ Spouse ☐ Child Patient's Gender: ☐ Male ☐ Female

Patient's or Authorized Person's Signature: ____________ Date: ____________

**Physician or Supplier Statement**

Primary Diagnosis: ____________

Date of Diagnosis: ____________

Date first consulted for this condition: ____________ Reported date of first symptoms: ____________

Secondary Diagnoses: ____________

Has the patient ever had same or similar condition? ☐ Yes ☐ No If so, please provide dates: ____________

Other providers to whom you have referred the patient: ____________

Predisposing risk factors or conditions related to the diagnoses, with dates:

____________

Please check the condition(s) that apply to this patient, and provide for each diagnosis the test results, operative reports, pathology reports, or other detailed rationale as required below for the condition:

**Quality of Life Category**

☐ Amyotrophic Lateral Sclerosis (diagnostic criteria)
☐ Advanced Multiple Sclerosis (neurological exam, imaging, CSF)
☐ Advanced Parkinson's Disease (disease progressed to Stage 4)
☐ Loss of Hearing (diagnosis by otolaryngologist and permanent)
☐ Advanced Alzheimer's Disease (FAST scale rating)
☐ Muscular Dystrophy (diagnosed during childhood)
☐ Loss of Sight (diagnosis by ophthalmologist and permanent)
☐ Loss of Speech (unintelligible for at least 12 months)

**Organ Category**

☐ End-Stage Renal Failure (irreversible, permanent dialysis/transplant required)
☐ Required Major Organ Transplant (end stage (major) organ disease)
☐ Acute Respiratory Distress Syndrome (inadequate oxygenation due to aspiration or infection)

**Heart Category**

☐ Myocardial Infarction (Heart Attack) (death of heart muscle, based on EKG)
☐ Required Heart Transplant (as determined by physician and placed on UNOS list)
☐ Stroke (permanent, demonstrated by CT/MRI)
☐ Arteriosclerosis (severity requires angioplasty, stent place, therectomy or bypass)
☐ Aneurysm due to Arteriosclerosis (surgical intervention required)

**Cancer Category**

☐ Cancer (diagnosis by oncologist based on biopsy)
☐ Cancer in Situ (diagnosis by oncologist, no spread to lymph nodes or tissues)
☐ Benign Brain Tumor (non-malignant, results in neurological deficit)
☐ Required Bone Marrow Transplant (inability to produce blood cells)

**Child Category**

☐ Structural Congenital Defect (during childhood, by pediatrician)
☐ Genetic Disorders (during childhood, by Physician)
☐ Congenital Metabolic Disorder (during childhood based on blood test, physical exam, or genetic testing)
☐ Type I Diabetes (during childhood by endocrinologist)

**Fraud Notice: The Statements on the previous page are true and complete to the best of my knowledge and belief.**

Print or Type Name: ____________________

Degree: ____________________

Medical Specialty: ____________________

Address: ____________________

City: ____________________ State: _____ Zip Code: ____________________

Phone Number: ____________________ Fax Number: ____________________

Signature of Physician: ____________________ Date: ____________________

Tax ID Number: ____________________

Are you, the physician, related to the patient? ☐ Yes ☐ No If yes, what is the relationship? ____________________

American Airlines

**DISABILITY CLAIM**
**ATTENDING PHYSICIAN STATEMENT**

MetLife

Note to Employee: Complete the first section and forward this statement to your attending physician for completion, then submit it to MetLife at:

Metropolitan Life Insurance Company
P.O. Box 14590
Lexington, KY 40512
Fax number: 1-800-230-9531

If you have more than one physician, please use additional forms.

**The following section must be completed and signed by the employee/patient. Any fee for the completion of this form is the patient's responsibility.**

Occupation (job title): FLEET SERVICE CLERK

Name: HERBERT M. GROSE

Employer: AMERICAN AIRLINES

I hereby authorize my physician to release any information acquired in the course of my examination or treatment.

Date of Birth

Signature of Employee: [signature] Date: 3-31-2021

**The following section must be completed and signed by the attending physician.**
**The purpose of this report is to assist us in making a disability determination. Please complete all applicable sections of this form. Failure to do so may result in a delay of your patient's benefit decision. A MetLife claim representative may telephone your office if additional information is needed.**

**History**

Symptoms result from: ☐ Injury ☑ Illness ☐ Pregnancy (If pregnancy-related, please complete pregnancy section below)

Is condition work-related? ☐ Yes ☑ No Initial date of treatment

Date disability commences (DDC): 09.14.2020 Estimated dates of confinement:

Did you advise the patient to cease the above-noted occupation? ☑ Yes ☐ No If Yes, provide date 09.14.2020

In your opinion, why is the patient unable to perform job duties? Cardiomyopathy EF15-20%.

If patient was referred to you, by whom? Please provide name and phone number

Names and Phone Numbers of the other providers the patient was referred to:

Name | Phone # | Name | Phone #

Has patient been hospitalized? ☑ Yes ☐ No If Yes, provide dates from 12.11.2020 to 12.11.2020

Name and address of facility: St. Francis Hospital 5959 Park Ave. Memphis, TN. 38119

**Pregnancy** *(Please also complete the Diagnosis and Treatment section below)*

Most recent date of treatment: N/A

Delivery date: N/A ☐ Expected ☐ Actual Delivery type: ☐ Vaginal ☐ Cesarean

Is recommendation not to work due to preventive reasons? ☐ Yes ☐ No

Did patient suffer any totally disabling complication of pregnancy? ☐ Yes ☐ No

If yes, please explain

**Diagnosis and Treatment**

Primary Diagnosis Code: I42.0 Diagnosis: Dilated Cardiomyopathy

Secondary Diagnosis Code: I23.6 Diagnosis: Ventricular thrombosis

Height: 68 inches Weight: 175 lbs.

Subjective Symptoms: dizziness

**OBJECTIVE FINDINGS** *(INCLUDE COPIES/RESULTS OF ANY X-RAYS, LAB TESTS, EKG'S, MRI'S, SCANS AND OFFICE NOTES)*

Current and Recommended Treatment Plans: Cardiac testing, ICD, medications

If surgery performed / anticipated, provide the following:

CPT-4 Procedure: ICD Implant Date: 11.12-2019

Medications prescribed (names, dosages):
Carvedilol 25mg BID ASA 81mg QD
Entresto 97-103mg BID
Farxiga 10mg QD

**Psychological Functions**

Check applicable box below
- ☑ Class 1 - Patient is able to function under stress and engage in interpersonal relations *(no limitations)*
- ☐ Class 2 - Patient is able to function in most stress situations and engage in some interpersonal relations *(slight limitations)*
- ☐ Class 3 - Patient is able to engage in only limited-stress situations and engage in only limited interpersonal relations *(moderate limitations)*
- ☐ Class 4 - Patient is unable to engage in stress situations or engage in interpersonal relations *(marked limitations)*
- ☐ Class 5 - Patient has significant loss of psychological, physiological, personal and social adjustment *(severe limitations)*

Remarks:

What stress factors or problems with interpersonal skills have affected patient's ability to perform the duties of his or her job?

Is patient competent to endorse checks and direct use of the proceeds? ☑ Yes ☐ No

## Physical Capabilities *(Check all that apply which are supported by clinical findings)*

*(A)* The patient can perform the following in an 8-hour workday *(specify percentage)*:

| | | | | | |
|---|---|---|---|---|---|
| Sitting | ☐ 0% | ☐ 1-5% | ☐ 6-33% | ☒ 34-66% | ☐ 67-100% |
| Standing | ☐ 0% | ☐ 1-5% | ☐ 6-33% | ☒ 34-66% | ☐ 67-100% |
| Walking | ☐ 0% | ☐ 1-5% | ☐ 6-33% | ☒ 34-66% | ☐ 67-100% |
| Climbing | ☐ 0% | ☐ 1-5% | ☒ 6-33% | ☐ 34-66% | ☐ 67-100% |
| Bending / Stooping / Twisting | ☐ 0% | ☒ 1-5% | ☐ 6-33% | ☐ 34-66% | ☐ 67-100% |
| Reaching above Shoulder Level | ☐ 0% | ☒ 1-5% | ☐ 6-33% | ☐ 34-66% | ☐ 67-100% |
| Handling - Right Hand | ☐ 0% | ☐ 1-5% | ☐ 6-33% | ☒ 34-66% | ☐ 67-100% |
| Left Hand | ☐ 0% | ☐ 1-5% | ☐ 6-33% | ☒ 34-66% | ☐ 67-100% |
| Fingering - Right Hand | ☐ 0% | ☐ 1-5% | ☐ 6-33% | ☒ 34-66% | ☐ 67-100% |
| Left Hand | ☐ 0% | ☐ 1-5% | ☐ 6-33% | ☒ 34-66% | ☐ 67-100% |

*(B)* Patient's ability to lift / carry: *(check)*

| | | | | | |
|---|---|---|---|---|---|
| Up to 10 lbs. | ☐ 0% | ☐ 1-5% | ☐ 6-33% | ☒ 34-66% | ☐ 67-100% |
| 11 to 20 lbs. | ☐ 0% | ☐ 1-5% | ☐ 6-33% | ☒ 34-66% | ☐ 67-100% |
| 21 to 50 lbs. | ☐ 0% | ☐ 1-5% | ☒ 6-33% | ☐ 34-66% | ☐ 67-100% |
| 51 to 100 lbs. | ☒ 0% | ☐ 1-5% | ☐ 6-33% | ☐ 34-66% | ☐ 67-100% |
| Over 100 lbs. | ☒ 0% | ☐ 1-5% | ☐ 6-33% | ☐ 34-66% | ☐ 67-100% |

*(C)* Push / pull force: 20 lbs. ☐ 0% ☐ 1-5% ☒ 6-33% ☐ 34-66% ☐ 67-100%

*(D)* Patient's dominant hand: ☐ Right ☒ Left

*(E)* Other work or activity restrictions. Please be specific.

## Cardiac

Functional Capacity *(American Heart Association)* Complete only if applicable.

☐ Class 1 *(No Limitation)* ☐ Class 2 *(Slight Limitation)* ☐ Class 3 *(Marked Limitation)* ☒ Class 4 *(Complete Limitation)*

Blood pressure *(latest reading)*________ as of *(date)*________

Is patient in a cardiac rehabilitation program? ☐ Yes ☐ No Stress test performed? ☐ Yes ☐ No Please attach report.

## Prognosis for Return to Work

Have you advised patient to return to work?

☐ Yes *If Yes, date of return*________ ☐ To regular occupation ☐ Full Time ☐ Part Time

☒ No If not, please explain. ☐ To any other occupation ☐ Full Time ☐ Part Time

Is patient able to return to modified work? ☐ Yes ☒ No

If so, specify any applicable work / activity restrictions.

## Rehab

Do you suggest that the patient become involved in any of the following? Please check as many as apply.

If so, was this discussed with the patient? ☐ Yes ☒ No Dates________

☐ Physical Therapy ☐ Pain Management Program ☐ Vocational Rehabilitation

☐ Occupational Therapy ☐ Work Hardening Program ☐ Psychological Counseling

☐ Cardiac Rehabilitation ☐ Job Modification ☐ Other________

American Airlines Employer Health & Wellness Services with ActiveHealth

*Online and telephone health coaching for weight, diabetes, blood pressure, chronic pain, back care, quitting smoking, dealing with stress

*Call Healthmatters at 1-888-227-6598 to schedule a call with a Health Advocate team member.

**Disability Claim Attending Physician Statement *(Continued)***

Name of Employee: HERBERT GROSE Social Security Number:

**Fraud Warning:**

**Before signing this claim form, please read the warning for the state where you reside and for the state where the insurance policy under which you are claiming a benefit was issued.**

**Alabama, Arkansas, District of Columbia, Louisiana, Massachusetts, Minnesota, New Mexico, Ohio, Rhode Island and West Virginia – Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.**

**Alaska – A person who knowingly and with intent to injure, defraud or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.**

**Arizona – For your protection, Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of loss is subject to criminal and civil penalties.**

**California – For your protection, California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.**

**Colorado – It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance, and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.**

**Delaware, Idaho, Indiana and Oklahoma – WARNING: Any person who knowingly and with the intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.**

**Florida – Any person who knowingly and with intent to injure, defraud or deceive any insurance company files a statement of claim or an application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.**

**Kentucky – Any person who knowingly and with the intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.**

**Maine, Tennessee, Virginia and Washington – It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.**

**Maryland – Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.**

**New Hampshire – A person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.**

**New Jersey – Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.**

**Oregon and Vermont – Any person who knowingly presents a false statement of claim for insurance may be guilty of a criminal offense and subject to penalties under state law.**

**Disability Claim Attending Physician Statement *(Continued)***

Name of Employee: HERBERT GROSE Social Security Number: ______

**Fraud Warning *(continued)*:**

**Puerto Rico – Any person who knowingly and with the intention to defraud includes false information in an application for insurance or files, assists or abets in the filing of a fraudulent claim to obtain payment of a loss or other benefit, or files more than one claim for the same loss or damage, commits a felony and if found guilty shall be punished for each violation with a fine of no less than five thousand dollars *($5,000)*, not to exceed ten thousand dollars *($10,000)*; or imprisoned for a fixed term of three *(3)* years, or both. If aggravating circumstances exist, the fixed jail term may be increased to a maximum of five *(5)* years; and if mitigating circumstances are present, the jail term may be reduced to a minimum of two *(2)* years.**

**Texas – Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.**

**Pennsylvania and all other states – Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or a statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning a fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.**

**New York – Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.**

**Physician**

Name Joseph S. Weinstein, MD Degree/Specialty Cardiology

Street Address 4901 Raleigh Common City Memphis State TN Zip Code 38128

Telephone # 901-572-1801 Fax # 901-730-0683 Tax ID # 611898857

Contact person if additional information is necessary

Signature [signature] Date 3-31-2021



Uodox e-Sign: 796223.325441808974 / Wed Mar 31 2021 16:30:08 GMT-0500 (Central Daylight Time)

PAGE 10/16 * RCVD AT 5/26/2021 3:35:11 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/1 * DNIS:8776685331 * CSID:901 368 0070 * ANI:9015551599 * DURATION (mm-ss):06-45

**Health Care Provider Certification Form - Section A** – Completed by the Team member

1. Herbert (First Name) Grose (Last Name) 00085143 (AA Employee#) DFW (Base)

2. **Are you requesting this leave of absence for your own serious health condition?** ☑ Yes ○ No
If No, Are you requesting this leave of absence for your family members serious health condition? ○ Yes ○ No
If Yes, who will you be providing care for?

Family Member's First Name ____ Family Member's Last Name ____ Date of Birth ____ Age ____

Relationship: ○ Son ○ Father ○ Spouse ○ Adopted Son* ○ Adopted Daughter* ○ Foster Son* ○ Foster Daughter*
○ Daughter ○ Mother ○ Domestic Partner ○ Other: ____

3. Are you requesting leave to bond with your newborn child or newly adopted child or foster child? ○ Yes ☑ No If Yes, please provide the start and end dates for the bonding period (must take place within 12 months following the birth or placement of the child):

Bonding Start Date: ____ Bonding End Date: ____

Child's First Name ____ Child's Last Name ____ Date of Birth ____ Date of Placement (adoption/foster care only) ____

Relationship: ○ Son ○ Adopted Son* ○ Foster Son*
○ Daughter ○ Adopted Daughter* ○ Foster Daughter*

*PLEASE NOTE: You are required to provide Section A and proof of birth or documentation of the adoption or placement of the foster child.

If No, What kind of leave are you requesting? MLOA - 5 year (TAM)

4. **Acknowledgement – By signing this document I acknowledge that:**
- I have received, read and understand all pages of this document.
- I have access to the Company's FMLA policy.
- I can check the status of my FMLA leave on Jetnet.
- I have not made or will not make any alterations to the information documented by the treating healthcare provider.
- I have not completed any of the questions of Section B, which is to be completed only by the treating health care provider.
- An ARC representative may need to contact my treating health care provider to clarify or authenticate this form and has permission to do so.
- I affirm that both my permanent and alternate mailing addresses on the file with the company are accurate.
- It is my responsibility to ensure this completed form and any additional information requested at a later date is submitted to and received by the ARC via fax or U.S. mail within the administrative timelines listed on page 1.
- Misrepresentation of any kind in my application for and/or use of FMLA are subject to corrective action, up to and including termination.

[signature] Signature 4-21-2021 Date

5. **Submitting the completed form** – You must fax, or email mail the completed form to the Absence & Return Center (ARC). By fax, send the completed form to the ARC and retain your fax transmittal sheets or mail to the Absence and Return Center's address below. **Your FMLA leave status will be updated on Jetnet within 5 days of receipt. Please keep a copy of this form for your records.**

Fax completed form to (412) 324-3426

**Health Care Provider Certification Form - Section B** – Completed by the Patient's Health Care Provider

| Herbert | Grose | 00085143 | 392871093 |
|---|---|---|---|
| First Name | Last Name | AA Employee # | Case Number |

**Items 6-20 MUST be completed by the treating health care provider to provide American Airlines with a confidential certification of the patient's health conditions. This certification is needed so we can determine if we can designate the requested leave as FMLA. Please answer all applicable parts of this certification fully and completely. Several questions seek a response as to the frequency or duration of a condition, treatment, etc. Your answer should be your best estimate based upon your medical knowledge, experience, and examination of the patient. Be as specific as you can. Terms such as "lifetime," "unknown" or "indeterminate" may not be sufficient to determine FMLA coverage. Please limit your responses to the condition for which the team employee is seeking leave. Please complete all that apply for condition that you are treating the patient for.**

6. Approximate date condition commenced: 09 / 14 / 2020
7. Probable duration of condition: Until further notice through 9/14/2022
8. Was patient admitted for an overnight stay in a hospital, hospice or residential medical care facility?
   ___ No X Yes If so, dates of admission: 12 / 11 20 through 12 / 11 20
9. Date(s) you treated the patient for this condition: 2018 to present
10. Will the patient need to have treatment visits at least twice per year due to the condition?
    ___ No X Yes If so, provide the dates of the last two office visits and the date(s) of next visit: 12.14.2020, 2.8.2021, 8.9.21
11. Was medication, other than over-the-counter medication, prescribed? ___ No X Yes
12. Was the patient referred to other health care provider(s) for evaluation or treatment (e.g., physical therapist)?
    X No ___ Yes If so, state the nature of such treatments and expected duration of treatment ____________
13. Is the medical condition pregnancy?
    X No ___ Yes If so, expected delivery date: ___/___/___ or actual delivery date: ___/___/___
14. (Only for Employee's Own Health Condition) If you are not provided a list of the employee's essential functions or a job description, answer this question based upon the employee's own description of his/her job functions. Is the patient unable to perform any of his/her job functions due to the condition?
    ___ No ___ Yes If so, identify the job functions the team member is unable to perform: No heavy lifting, no strenuous activity, no stooping, bending, climbing, etc >10mins.
15. Describe the relevant medical facts related to the condition for which the team member seeks leave or the condition for which the patient needs care (medical facts may include symptoms, diagnosis or any regimen of continuing treatment such as the use of specialized equipment): *Note to California Healthcare Providers: Do not provide diagnosis without written consent from the patient.*
    Pt is diagnosed c̄ dilated cardiomyopathy Echocardiogram 12.14.2020 c̄ EF of 10%.
16. For chiropractic use only
    ___ No ___ Yes Has Subluxation of the spine has been demonstrated to exist by x-ray imaging? Date of x-ray ____________
    ___ No ___ Yes Is the patient being treated by manual manipulation of the spine for subluxation of the spine.

**Fax completed form to (412) 324-3426**

**Health Care Provider Certification Form - Section B** – Completed by the Patient's Health Care Provider

| Herbert | Grose | 00085143 | 392871093 |
|---|---|---|---|
| First Name | Last Name | AA Employee # | Case Number |

**Questions 17-20, enter the start and end dates of the appropriate type(s) of leave in the columns below that apply for your patient's condition. The medical facts (question 16) on this form must substantiate the type(s) and length of leave requested.**

17. **Regular/Block/Continuous** – Is indicated when the employee or family member is incapacitated and requires a single block of time away from work due to the serious health condition.

**Dates of incapacity are:**

Start Date: 4 / 21 / 2021

End Date: 4 / 21 / 2026

Please note, the dates of incapacity are not necessarily the dates of absence from work (e.g. trip sequence or scheduled work days).

MLOA

18. **Intermittent** – Is indicated when the employee requires leave in intermittent periods of time away from work due to the employee or family member's serious health condition or for treatment. (does not apply to MLOA)

Start Date: ____ / ____ / ____

End Date: ____ / ____ / ____

***Complete A as pertains to the patient's condition.*** *If absences due to treatment are not applicable please enter N/A.*

A. **Frequency of leave for episodes of incapacity:**

____ # times/episodes per: *(select only one)*

O year, O month, or O week

**For a duration of:** *(select only one)*

____ # hours, or

____ # day(s) per episode

*Example: 4 times/episodes per year lasting 1-2 days each time*

***A. Frequency of Leave:***

*4 # times/episodes per:*
*● year*
*O month*
*O week*

*For a duration of: (select only one)*
*____ # hours, or*
*1-2 # day(s) per episode*

19. **Reduced-schedule** – is indicated when the employee requires a reduced number of hours of daily work due to the employee or family member's serious health condition.

Start Date: ____ / ____ / ____

End Date: ____ / ____ / ____

Estimate the part-time or reduced work schedule the team member needs, if any?

____ # hours per day; ____ # days per week

20. **Treating Health Care Provider Information**

Joseph S. Weinstein, MD
Name (Please print)

00000020105
License #

Cardiology
Type of practice

Tennessee
State (location) of practice

901-572-1801
Office phone #

901-730-0683
Office fax #

By signing this form, you are certifying that you are the treating health care provider for this condition.

[signature]
Treating Health Care Provider's Signature

4, 26, 2021
Today's Date

**Fax completed form to (412) 324-3426**

***Please note:*** *The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we ask that you not provide any genetic information when responding to this request for medical information. "Genetic Information" as defined by GINA includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.*

Joseph S. Weinstein, M.D., F.A.C.C., F.S.C.A.I.
Jennifer Renee Potts, AGNP-C

7/27/20 EF remains same. Needs 2 month f/u appt. Not made. cdw,rn

Cardiovascular Physicians of Memphis

Interventional Cardiology and Arrhythmia Management

**CARDIOVASCULAR PHYSICIANS OF MEMPHIS**
**HEART CENTER USA INCORPORATED**
**TRANSTHORACIC ECHOCARDIOGRAM REPORT**

PATIENT NAME: **Herbert Grose**
DOB:
Date of Procedure: 7/22/20
PCP: None
READING MD: Dr. Joseph Weinstein
CLINICAL HISTORY: Dilated Cardiomyopathy/ICD

**MEASUREMENTS:**

| | | | |
|---|---|---|---|
| RV: 2.44 | cm (.9 - 2.0 cm) | LVEF: | 10% |
| IVS: 0.95/0.96 | cm (.0 – 1.1 cmD) | Pulmonic Regurgitation: | No |
| LVPW: 1.21/1.30 | cm (.0 – 1.1 cmD) | Aortic Regurgitation: | No |
| LA DIAM: 2.87 | cm (2.5 – 4.0 cm) | Mitral Regurgitation: | Yes Mild |
| AO DIAM: 3.36 | cm (2.2 – 3.7 cm) | Tricuspid Regurgitation: | Yes Mod |

**Impression:**

1. Global hypokinesis with a left ventricular ejection fraction of approximately 10%
2. No pericardial effusion
3. Mild mitral regurgitation
4. Moderate tricuspid regurgitation with a PA systolic pressure of approximately 46 mmHg
5. ICD artifact

Joseph S. Weinstein, MD, FACC

7-24-20
Date of Signature

Dictated: 7/22/20
Transcribed: 7/24/20

(901) 572-1801 • (901) 730-0683 Fax
Suite 100 • 4901 Raleigh Common Drive • Memphis, Tennessee 38128
Heart Center USA, Inc.

12/17/20 EF 10%. No sign. change in echo from 2019. Has f/u in February. cdw,rn

Joseph S. Weinstein, M.D., F.A.C.C., F.S.C.A.I.
Jennifer Renee Potts, AGNP-C

Cardiovascular Physicians of Memphis

Interventional Cardiology and Arrhythmia Management

**CARDIOVASCULAR PHYSICIANS OF MEMPHIS**
**HEART CENTER USA INCORPORATED**
**TRANSTHORACIC ECHOCARDIOGRAM REPORT**

PATIENT NAME: Herbert Grose
DOB:
Date of Procedure: 12/14/20
PCP: None
READING MD: Dr. Joseph Weinstein
CLINICAL HISTORY: Dilated cardiomyopathy/LV Thrombus/HTN/Hx AICD

**MEASUREMENTS:**

| | | | |
|---|---|---|---|
| RV: 2.9 | cm (.9 - 2.0 cm) | LVEF: | 10% |
| IVS: 0.8/0.9 | cm (.0 – 1.1 cmD) | Pulmonic Regurgitation: | Yes |
| LVPW: 1.1/1.4 | cm (.0 – 1.1 cmD) | Aortic Regurgitation: | No |
| LA DIAM 4.2 | cm (2.5 – 4.0 cm) | Mitral Regurgitation: | Yes Mild |
| AO DIAM: 3.4 | cm (2.2 – 3.7 cm) | Tricuspid Regurgitation: | Yes Mild |

**Impression:**

1. Global hypokinesis with a left ventricular ejection fraction of approximately 10%
2. No pericardial effusion
3. Mild mitral regurgitation
4. Pulmonic regurgitation with mild tricuspid regurgitation and a PA systolic pressure of approximately 33 mmHg
5. No left atrial or left ventricular thrombus seen.
6. PM artifact
7. Doubt significant change from prior echocardiogram of 7/2019

Joseph S. Weinstein, MD, FACC

12-16-20
Date of Signature

Dictated: 12/15/20
Transcribed: 12/15/20

ID:
DOB
yr.

Herbert Grose

14-Dec-2020 04:06:22

Vent rate 61 BPM
PR int 168 ms
QRS dur 105 ms
QT/QTc 393/395 ms
P-R-T axes 192 56 -54

ELECTRONIC ATRIAL PACEMAKER
ELECTRONIC VENTRICULAR PACEMAKER
ABNORMAL RHYTHM ECG
INTERPRETATION BASED ON A DEFAULT AGE OF 40 YEARS

UNCONFIRMED REPORT




1202960000241 [redacted]

Site # 0 Cart # 0 Version 2.3.0 Sequence #00880 25mm/s 10mm/mV 0.05-150 Hz

The Law Offices of John E Dunlap ,PC

3340 Poplar Avenue #320

Memphis, Tennessee 38111

July 19,2021

Lincoln

Appeals Unit

PO Box 2337

Omaha , NE 68103

Attention : Appeals Unit (Kristine Rojas)

Re: Our Client: Herbert Gross

Your Insured: American Airlines

Policy No.: 00040500411700000

Claim No.: 00187027

Dear Kristine,

Our office has been employed to assist Mr. Gross with his claim for short /long term disability benefits with your company. We are appealing your June 2,2021 denial. We are enclosing the following documents for your review:

- Notice of Appeal;
- We will provide additional records from her treating doctor;
- Limited Power of Attorney and Authorization to Discuss;
- This letter constitutes an appeal of your most recent decision to terminate disability benefits.

If you have additional questions, please feel free to contact our office.

Respectfully,

John E Dunlap

PAGE 2/3 * RCVD AT 7/22/2021 2:12:49 PM [Eastern Daylight Time] * SVR:VA1PWFAX013/3 * DNIS:8776685331 * CSID:9013216914 * ANI:9013206914 * DURATION (mm-ss):00-52

# NOTICE OF APPEAL

To: Lincoln

From: The Law Offices of John E. Dunlap, P.C., 3340 Poplar Avenue #320
Memphis, Tennessee 38111.

Re: Herbert Gross

You are hereby informed that the decision to terminate benefits on Policy No. 0004050041170000 is hereby appealed pursuant to administrative action. Please send all future correspondence to the Law Offices of John E. Dunlap.

Respectfully submitted,

John E. Dunlap
3340 Poplar Avenue, No. 320
Memphis, Tennessee 3811
(901) 320-1603
jdunlap00@gmail.com

07/22/2021 13:13 Law Office of John E. Dunlap (FAX)9013216914 P.002/003

**The Law Offices of John E Dunlap ,PC**

**3340 Poplar Avenue #320**

**Memphis, Tennessee 38111**

July 19,2021

**Lincoln**

**Appeals Unit**

PO Box 2337

**Omaha , NE 68103**

**Attention : Appeals Unit (Kristine Rojas)**

**Re: Our Client: Herbert Gross**

**Your Insured: American Airlines**

**Policy No.: 00040500411700000**

**Claim No.: 00187027**

**Dear Kristine,**

**Our office has been employed to assist Mr. Gross with his claim for short /long term disability benefits with your company. We are appealing your June 2,2021 denial. We are enclosing the following documents for your review:**

- **Notice of Appeal;**
- **We will provide additional records from her treating doctor;**
- **Limited Power of Attorney and Authorization to Discuss;**
- **This letter constitutes an appeal of your most recent decision to terminate disability benefits.**

**If you have additional questions, please feel free to contact our office.**

**Respectfully,**

John E Dunlap

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

05/27/2021

The Lincoln National Life Insurance Company
P.O. Box 2616
Omaha, NE 68103-2616
Toll Free (877) 815-9256
www.LFG.com

HERBERT GROSE
1805 W HOMES RD
MEMPHIS, TN 38109

Re: Policy number: 000405004117000000000
Claim Number: 00187027

Dear Herbert Grose:

This is to acknowledge that we have received your claim and are looking forward to giving you prompt and efficient service.

We appreciate your patience while we are reviewing your claim. If you would like to contact us prior to our review please reference the claim number provided at the top of this letter.

Sincerely,

Customer Service
The Lincoln National Life Insurance Company

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

01/14/2019

The Lincoln National Life Insurance Company
P.O. Box 2616
Omaha, NE 68103-2616
Toll free (877) 815-9256
www.LFG.com

HERBERT GROSE

Group ID: TWUATD
Group Policy Number: 00040500411700000
Employee Name: HERBERT GROSE
Class: 1

The following is your confirmation of elected Critical Illness coverage with The Lincoln National Life Insurance Company:

| CI – Employee | | |
|---|---|---|
| **Amount** | **Status** | **As of Date** |
| $30,000 | Approved | 01/01/2019 |
| **Category** | **Status** | **As of Date** |
| Heart Category | Approved | 01/01/2019 |
| Cancer Category | Approved | 01/01/2019 |
| Organ Category | Approved | 01/01/2019 |
| Quality Of Life Category | Approved | 01/01/2019 |
| **Rider** | **Status** | **As of Date** |
| Accident Benefits | Approved | 01/01/2019 |

Total Premium Amount as of 01/01/2019: $94.77
Your payroll deductions will begin accordingly.

Any coverage currently inforce will remain in effect in accordance with the provisions of the Policy identified above. Please keep this confirmation letter with your Certificate of Group Critical Illness Insurance. Please read your certificate carefully.

If you have questions, please email our customer service department at clientservices@lfg.com or call (877) 815-9256.

The Lincoln National Life Insurance Company

cc: TRANSPORT WORKERS UNION OF AME
1060 MAITLAND CENTER COMMONS,
SUITE 210
MAITLAND, FL 32751

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

July 27, 2023

LAW OFFICE OF JOHN DUNLAP
3340 POPLAR AVENUE
SUITE 320
MEMPHIS TN 38111

Re: Claimant Name: Herbert Grose
Group Policy Number: 00040500411700000
Claim: 00187027

Dear Mr. Dunlap:

This letter is regarding your client's appeal for Critical Illness benefits. We have provided adequate time for your client to submit additional medical records for his appeal.

Therefore, as a courtesy to Mr. Grose, we are submitting his claim file for a medical review to determine if his claim meets the policy definition of a Heart Attack.

Your client will be notified in writing on the outcome of the medical review and second level appeal.

Due to these special circumstances of allowing your client time to submit additional information, an extension of time to process this appeal is required and we are exercising our right to take a 60 extension of time to decide the appeal.

Please contact our office with any questions you may have 800-423-2765 x7634 or via email at LFGappeals@lfg.com.

Sincerely,

Mary Newman
Claim Resolution Consultant
Claim Resolution Services
The Lincoln National Life Insurance Company

**Newman, Mary Jane**

| | |
|---|---|
| **From:** | Newman, Mary Jane <Mary.Newman@lfg.com> |
| **Sent:** | Thursday, July 27, 2023 9:35 AM |
| **To:** | jdunlap00@gmail.com |
| **Cc:** | WORKSITECLAIMS |
| **Subject:** | (SECURE) EMAIL FROM LINCOLN FINANCIAL GROUP RE 00187027/LN521950 |
| **Attachments:** | H GROSE CI APPEAL ATTORNEY LETTER.pdf |

Re: Claimant Name: Herbert Grose
Claim: 00187027

**Mary Newman**
Claim Resolution Consultant
Claim Resolution Services

**Lincoln Financial Group**
LincolnFinancial.com

800-423-2765 Office

402-361-1460 Fax

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. For more information, please see our privacy policy. Thank You.**

**From:** John Dunlap
**To:** Newman, Mary Jane
**Subject:** Re: (SECURE) EMAIL FROM LINCOLN FINANCIAL GROUP RE 00187027/LN521950
**Date:** Tuesday, July 2, 2024 4:03:18 PM

Yes.

Sent from my iPhone

On Jun 14, 2023, at 6:22 PM, Newman, Mary Jane <Mary.Newman@lfg.com> wrote:

This message was sent securely using Zix®

Good evening,

Are you still planning to submit medical records?

Mary Jane

<image001.png>

**Mary Jane Newman**
**DIA, DHP, DBA, HCAFA**
**Claim Resolution Consultant Claim Resolution Services**
**Lincoln Financial Group**
**8801 Indian Hills Drive**
**Omaha NE 68114**

800-423-2765 Toll Free
402-361-1460 Fax

LincolnFinancial.com

**Follow us on:**

<image002.png>

<image003.png>

<image004.png>

<image005.png>

<image006.png>

---

**From:** Newman, Mary Jane
**Sent:** Wednesday, June 14, 2023 2:49 PM
**To:** John Dunlap <jdunlap00@gmail.com>
**Subject:** RE: (SECURE) EMAIL FROM LINCOLN FINANCIAL GROUP RE 00187027/LN521950

No they have not. Mary Jane

<image001.png>

**Mary Jane Newman**
**DIA, DHP, DBA, HCAFA**
**Claim Resolution Consultant Claim Resolution Services**
**Lincoln Financial Group**

**8801**

**Indian**

800-423-2765 Toll Free
402-361-1460 Fax

LincolnFinancial.com

**Follow us on:**

<image002.png>

<image003.png>

<image004.png>

<image005.png>

<image006.png>

# Hills

# Drive

**Omaha NE 68114**

---

**From:** John Dunlap <jdunlap00@gmail.com>
**Sent:** Wednesday, June 14, 2023 2:08 PM
**To:** Newman, Mary Jane <MaryNewman@lfg.com>
**Subject:** Re: (SECURE) EMAIL FROM LINCOLN FINANCIAL GROUP RE 00187027/LN521950

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi Mary Jane,

Have administrative remedies been exhausted in this matter?

On Mon, Jun 5, 2023 at 8:09 AM Newman, Mary Jane <Mary.Newman@lfg.com> wrote:

This message was sent securely using Zix®

RE: Herbert Grose

| | | | |
|---|---|---|---|
| <image001.png> | **Mary Jane Newman DIA, DHP, DBA, HCAFA Claim Resolution Consultant Claim Resolution Services Lincoln Financial Group 8801 Indian Hills Drive Omaha NE 68114** | 800-423-2765 Toll Free<br>402-361-1460 Fax<br><br>**LincolnFinancial.com** | **Follow us on:**<br><image002.png><br><image003.png><br><image004.png><br><image005.png><br><image006.png> |

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. This email and its attachments may collect your personal information to improve Lincoln products or to provide you with services related to its products. For more information, please see our privacy policy. Thank You.**

This message was secured by Zix&#174.

--
Law Office of John E Dunlap
3340 Poplar Avenue, Suite 320
Memphis, TN 38111
Phone 901-320-1603
Fax 901-320-6914
<image007.jpg>

This message was secured by Zix®.