UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

**MEDIATION CERTIFICATION**

| Case Number: 2:24-cv-2385 | Case Title: Herbert Grose v. Lincoln National Life Insurance Company |
|---|---|
| Plaintiff Counsel: John E. Dunlap | |
| Defendant Counsel: Iwana Rademaekers | |
| Presiding Judge: Thomas Parker | Mediator: John R. Tarpley |

I, John R. Tarpley, in accordance with the Court's Plan for Alternative Dispute Resolution, 5.11(b), hereby certify that I conducted mediation proceedings in the above-styled case on 02/18/2025.

As a result of that mediation held on 02/18/2025.

☑ The case has settled in whole.

- ☐ Case settled prior to scheduling first mediation session.
- ☐ Parties have agreed that ______________________ will prepare settlement agreement and stipulation for dismissal to be filed with the Court.

---

☐ The case has not settled.

- ☐ Mediation will continue on ______________________.
- ☐ Parties may schedule another session at a later date.
- ☐ Mediation is complete. The case will proceed toward trial pursuant to the Court's scheduling order.

---

Certificate of Service

I hereby certify that a true and correct copy of the foregoing pleading has been served via the Court's Electronic Case Filing system to the following:

| | |
|---|---|
| | |
| Date: 02/18/2025 | Electronic Signature of Mediator: s/ *John R. Tarpley* |