**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**AT MEMPHIS**

| | |
|---|---|
| **HERBERT GROSE,** | **CIVIL ACTION NO. 2:24-CV-2385-TLP-atc** |
| **Plaintiff,** | |
| **V.** | **JUDGE THOMAS L. PARKER** |
| **THE LINCOLN NATIONAL INSURANCE COMPANY** | **MAGISTRATE JUDGE ANNIE T. CHRISTOFF** |
| **Defendant.** | |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Herbert Grose and Defendant The Lincoln National Life Insurance Company file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

Plaintiff and Defendant no longer desire to litigate this action.

Accordingly, Plaintiff and Defendant stipulate that this action is dismissed with prejudice with all costs taxed against the party that incurred them.

WHEREFORE, Plaintiff and Defendant request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

Dated this 4th day of March 2025.

Respectfully submitted,

By: /s/ John E. Dunlap (w/permission)
John E. Dunlap
3340 Poplar Avenue #320
Memphis, TN 38111
PH: (901) 320-1603 (telephone)
Fax: (901) 320-6914 (facsimile)
Email: jdunlap00@gmail.com

ATTORNEY FOR PLAINTIFF

**- AND -**

By: *___/s/ Iwana Rademaekers___*
Iwana Rademaekers (Texas Bar # 16452560)
Law Offices of Iwana Rademaekers, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT