**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| HERBERT M. GROSE,<br><br>Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL INSURANCE COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 2:24-cv-02385-TLP-atc |

# JUDGMENT

**JUDGMENT BY THE COURT**. This action came before the Court on Plaintiff's Complaint, filed on June 7, 2024. (ECF No. 1.) In accordance with the Stipulation of Dismissal (ECF No. 19), agreed to by the parties in the case and under Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

**IT IS ORDERED, ADJUDGED, AND DECREED** that this action is **DISMISSED WITH PREJUDICE**. Each party shall bear their own costs.

**APPROVED:**

s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE

March 6, 2025
Date